FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2019 JAN -8 AM 11: 26
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES OF AMERICA

v.   CASE NO. 3:19-cr-1-J-32PDB

JOHN R. NETTLETON

## MOTION TO SEAL INDICTMENT
## AND RELATED DOCUMENTS

Pursuant to Fed. R. Crim. P. 6(e)(4), and in the interests of law enforcement, the United States of America by AnnaLou Tirol, Acting Chief, Public Integrity Section of the United States Department of Justice, Todd Gee, Deputy Chief of the Public Integrity Section, and Peter Nothstein, Trial Attorney for the Public Integrity Section, hereby moves the Court to direct the Clerk to seal the Indictment, the file copy of the warrant, defendant information sheet, this motion, the Court's order regarding this motion and any other documents filed in this case that would identify the defendant. Disclosure of the existence of these documents prior to the arrest of a defendant could hinder or impede arrest efforts.

The United States further moves that the Court direct the Clerk to seal the Indictment in this case except when necessary to provide certified copies of the Indictment to the United States Department of Justice Public Integrity

Section.

The United States further requests that the Court's Order allow the United States Marshals Service to release certified copies of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Department of Justice Public Integrity Section, upon verbal request of the Public Integrity Section to the United States Marshals Service, without further order of the Court.

The United States further requests that the Court's Order allow the United States Marshals Service or other appropriate law enforcement agency to enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database, without further order of the Court.

The United States further requests that the Court's Order allow the United States to disclose the existence of the Indictment in any subsequent search and/or seizure warrants which may be executed in conjunction with the arrest of the defendant.

The United States further moves that the Court direct the Clerk to unseal the documents described herein without further order when any named defendant is taken into custody.

Respectfully submitted,

ANNALOU TIROL
Acting Chief
Public Integrity Section
Criminal Division
U.S. Department of Justice

By:    /s/ Todd Gee
TODD GEE
Deputy Chief, Public Integrity Section
PETER M. NOTHSTEIN
Trial Attorney, Public Integrity Section
1400 New York Avenue, NW
12th Floor
Washington, DC, 20005
Telephone:  (202) 514-1412
Todd.Gee2@usdoj.gov
Peter.Nothstein@usdoj.gov