UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2019 JAN -8 AM 11: 27
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES OF AMERICA

v.   CASE NO. 3:19-cr- 1-J-32 PDB

JOHN R. NETTLETON

## MOTION FOR CAPIAS

The United States of America, by AnnaLou Tirol, Acting Chief of the Public Integrity Section of the Criminal Division of the Department of Justice, moves this Court to issue a capias for JOHN R. NETTLETON, against whom an indictment was returned in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

ANNALOU TIROL
Acting Chief, Public Integrity Section

By:  /s/ Todd Gee
TODD GEE
Deputy Chief, Public Integrity Section
PETER M. NOTHSTEIN
Trial Attorney, Public Integrity Section
1400 New York Avenue, NW, 12th Floor
Washington, DC, 20005
Telephone: (202) 514-1412
Todd.Gee2@usdoj.gov
Peter.Nothstein@usdoj.gov