UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
2019 JAN -8 AM 11: 27
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES OF AMERICA

v.                                    CASE NO. 3:19-cr-1-J-32PDB

JOHN R. NETTLETON

### ORDER

The Motion for Capias filed herein by the United States of America is hereby GRANTED, and a capias shall issue for the Defendant. The conditions for the Defendant's release or detention shall be set by the proper judicial officer upon arrest.

DONE AND ORDERED at Jacksonville, Florida, this 8th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Copies to:

Public Integrity Section, Department of Justice
United States Marshal