United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.  NO. 3:19-cr-01-J-32PDB

**JOHN R. NETTLETON**

---

### Order

Having received a request by a member of the press, the Court waives the requirements of Administrative Order regarding Photography, Broadcasting, Television and Recording Equipment, Case No.3:13-mc-38, for the limited purpose of allowing any member of the press to enter the courthouse with a laptop computer or tablet (no cellular phone) to attend today's proceeding at 3:00 p.m. in Courtroom 5B. Any member of the press entering the courthouse with a laptop or tablet must present Court Security Officers with media credentials and a copy of this order. Live transmission of any kind from the courtroom while Court is in session is prohibited. The prohibition includes, but is not limited to, texting, emailing, tweeting, blogging, and messaging or posting via social media. In addition, no audio or video recording is allowed in the courthouse at any time.

**Ordered** in Jacksonville, Florida, on January 9, 2019.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:  U.S. Marshal Service
    Court Security Officer Division Mgr.
    Division Manager