# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

Bryan Simpson United States Courthouse
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202
(904) 549-1900
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Jim Leanhart<br>Jacksonville Division Manager |

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 3:19-cr-1-J-32PDB

**JOHN R. NETTLETON**

## NOTICE OF SURRENDERED U.S. PASSPORT

To:  U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
PO Box 1227
Sterling, VA 20166-1227

**PURSUANT** to the Court's order entered on January 9, 2019 in the above styled case, the Defendant's passport, **Number 496087142** was surrendered to the custody of the Clerk of Court on January 9, 2019. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | November 26, 1965 |
| Defendant's place of birth: | Florida, USA |
| Passport received from: | Daniel Jonathan Schwarz |
| Passport issued to: | John Robert Nettleton |
| Date of issuance: | March 1, 2012 |

ELIZABETH M. WARREN, CLERK

By *T. Wright*
Deputy Clerk

January 9, 2019

Original to Case File
c:  Counsel and Unrepresented Defendant
Pretrial Services (if before Judgment)
Probation Office (if after Judgment)
Appropriate Agency Listed Above
Passport Coordinator