United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.  NO. 3:19-cr-01-J-32PDB

**JOHN R. NETTLETON**

## Clerk's Minutes

| | |
|---|---|
| **Proceeding** | Initial Appearance and Arraignment |
| **Date** | January 9, 2019 |
| **Time** | 3:00—24 pm. |
| **Judge** | Patricia Barksdale, United States Magistrate Judge |
| **Courtroom Deputy** | Angela Loeschen, Courtroom Deputy |
| **Counsel for United States** | Peter Nothstein, Esquire |
| **Counsel for Defendant** | Daniel Schwartz, Esquire |
| **Pretrial Services Officer** | Kimberly Barrett, United States Pretrial Services Officer |
| **Filed in Open Court** | Notice of Acceptance of General Discovery |
| **Digital/Reporter** | Digital |

Mr. Nettleton was arrested on January 9, 2019, on an indictment out of Jacksonville, Florida.

Judge Barksdale advised Mr. Nettleton of his right to remain silent.

Judge Barksdale asked Mr. Nettleton questions to assess competency.

Mr. Schwartz stated he had received the indictment.

Judge Barksdale advised Mr. Nettleton of his rights, the charges, and the possible penalties.

Mr. Nettleton entered pleas of not guilty to counts one through ten of the indictment.

Mr. Nothstein stated that discovery will be provided after entry of a consent protective order.

The parties agreed to provide witness lists and *Jencks* material five calendar days before trial.

Judge Barksdale explained the Honorable Timothy Corrigan will conduct a status conference on **February 19, 2019, at 4:00 p.m.**, and the trial during the **March 4, 2019**, trial term.

Mr. Schwarz moved to continue the trial by two months.

Judge Barksdale directed Ms. Loeschen to determine from Judge Corrigan whether he would refer the motion to Judge Barksdale.

Mr. Nothstein agreed the discovery is substantial.

Mr. Nothstein did not oppose Mr. Nettleton's release on bond and proposed conditions. Mr. Schwartz had no objection to the proposed conditions with requested changes. Mr. Nothstein had no objection to the requested changes.

Judge Barksdale ordered Mr. Nettleton released on a personal recognizance bond and imposed both standard and special release conditions. A written order will follow.

Judge Barksdale directed Mr. Nothstein to provide Mr. Schwartz a list of government witnesses by **January 13, 2019**.

On referral from Judge Corrigan, and without objection from the United States, Judge Barksdale found the ends of justice served by the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and granted the defendant's motion to extend the trial date.

The parties must file motions by **April 15, 2019**.

Judge Corrigan will conduct a status conference on **April 22, 2019, at 4:00 p.m.**, and the trial during the **May 6, 2019**, trial term. Judge Barksdale will enter Judge Corrigan's standing scheduling order.