United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                                 No. 3:19-cr-01-J-32PDB

**JOHN R. NETTLETON**

---

### Order Setting Conditions of Release

The Court **orders** that the defendant's release is subject to the following conditions:

1. The defendant must not commit any offense in violation of federal, state, or local law while on release in this case and must report any violations, arrests, or convictions, or contact with law enforcement personnel (including traffic stops) to Pretrial Services immediately.

2. The defendant must reside at 512 Cunningham Hollow Way, St. Johns, Florida, and must not change that address without prior permission from the Court.

3. The defendant must appear at all proceedings as required and must surrender for service of any sentence imposed as directed. The defendant must next appear upon notification of the Clerk of Court.

4. The defendant must participate in DNA collection if required by law.

### Additional Conditions of Release

To reasonably assure the appearance of the defendant and the safety of other persons and the community, the Court further **orders** that the defendant's release is subject to the following additional conditions:

**5. Release on Personal Recognizance or Unsecured Bond**

The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

**6. Specific Conditions**

   a. The defendant must restrict travel to the Middle District of Florida. He may travel to Bushnell, Florida, on Friday, January 11, 2018, to attend a funeral, and, with

      advance and reasonable notice, he may obtain permission from Pretrial Services, to travel to the Northern District of Florida to visit family.

b. Avoid all contact, directly or indirectly, outside the presence of counsel, with any government witnesses except required for work purposes. The United States will provide a witness list under seal to defense counsel by January 14, 2019.

c. Surrender his passport to the Clerk of Court by 4:00 p.m., on January 9, 2019, and not obtain any new travel documents.

## Advice of Penalties and Sanctions

**To the defendant: you are advised of the following penalties and sanctions:**

    A violation of any of the conditions of release in this Order may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

    Your commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

    Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine, or both, to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the Court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim, or informant, or to retaliate against a witness, victim, or informant, or to threaten or attempt to do so.

    If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

- an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

- an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

- any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

- a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

*I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth in this Order.*

Signature: *[signed]*   Date: 9 Jan 19

Address: 512 Cunningham Hollow Way, St. Johns, FL 32259

Telephone: 904-200-2885

### Directions to the United States Marshal

The Court **orders** the defendant's release after processing.

January 9, 2019

*[signed]*
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:  Peter Nothstein, Esquire
    Daniel Schwarz, Esquire
    U.S. Marshals Service
    U.S. Pretrial Services
    John R. Nettleton