United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.                                                                                                                  No. 3:19-cr-01-J-32PDB

**JOHN R. NETTLETON,**

    *Defendant.*

## Order

During the initial appearance and arraignment on January 9, 2019, defense counsel orally moved to continue the trial term for two months to provide adequate time to review the discovery, consult experts, and coordinate with co-counsel. Both sides agreed the discovery is substantial. The prosecutor had no objection. Based on the reasons provided by defense counsel, the Court found that, under 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court thus **granted** the motion and continued the trial to the **May 6, 2019**, trial term. The continuance period is excluded under the Speedy Trial Act. The Court will enter Judge Corrigan's scheduling order setting forth deadlines.

During the initial appearance and arraignment, the prosecutor explained the penalties the defendant faces if convicted. The prosecutor stated that if the defendant is convicted of all ten counts in the indictment, he faces a maximum term of supervised release of 30 years. The Court requested clarification, but the prosecutor may have misunderstood the request. To clarify, the prosecutor stated the correct penalties **except** if the defendant is convicted of all ten counts, he faces a maximum term of supervised release of 3 years—not 30 years as stated by the prosecutor—because terms of supervised release may not be imposed consecutively. *See United*

*States v. Magluta*, 198 F.3d 1265, 1283 (11th Cir. 1999) (holding that under the clear language of 18 U.S.C. § 3624(e), terms of supervised release must run concurrently), *vacated in part on other grounds*, 203 F.3d 1304 (11th Cir. 2000); *accord* USSG § 5G1.2, comment. (n.2(C)) ("In the case of a consecutive term of imprisonment … any term of supervised release imposed is to run concurrently with any other term of supervised release imposed.").

**Ordered** in Jacksonville, Florida, January 10, 2019.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:	Peter Nothstein, Esquire
	Daniel Schwarz, Esquire
	United States Marshal Services
	United States Pretrial Services
	John Nettleton