**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CASE NO. 3:19-cr-00001-TJC-PDB**

**UNITED STATES OF AMERICA,**

**v.**

**JOHN R. NETTLETON,**
    **Defendant.**
_____/

## NOTICE OF APPEARANCE

Comes now TERENCE LENAMON, attorney for Defendant JOHN R. NETTLETON, and hereby enters this Notice of Appearance on Defendant's behalf in the above-captioned cause.

Submitted on January 10, 2019, by

s/ Terence Lenamon
Terence Lenamon
Lenamon Law
Florida Bar No. 970476
245 SE 1st Street, Suite 404
Miami, FL 33131
Phone: 305-373-9911
Fax: 305-503-6973
Email: terry@lenamonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, and thereby served on all interested parties.

s/ Terence Lenamon
Terence M. Lenamon