UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) UNDER SEAL <br> ) <br> ) |
| v. | ) CRIMINAL NO. 3:19-cr-00001-TJC-PDB <br> ) <br> ) |
| JOHN R. NETTLETON, <br> Defendant. | ) <br> ) <br> ) |

## MOTION TO SEAL

The United States of America, through its undersigned attorneys, hereby moves this Court to seal the attached list of potential government witnesses, as ordered by the Court on January 9, 2019 to be produced under seal.

Respectfully submitted,

ANNALOU TIROL
Acting Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

Dated: January 15, 2019

By: _____
Todd Gee, Deputy Chief
Peter M. Nothstein, Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice
Todd.Gee2@usdoj.gov
Phone: (202) 514-9752 (Gee)
Peter.Nothstein@usdoj.gov
Phone: (202) 616-2401 (Nothstein)

SO ORDERED, this 15 day of January, 2019

_____
The Honorable Patricia D. Barksdale
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant, and provided a copy of the proposed sealed document to all counsel of record via email.

Dated: January 15, 2019

                                            /s/ Todd Gee, Deputy Chief
Peter M. Nothstein, Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice