UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) UNDER SEAL |
| | ) |
| v. | ) CRIMINAL NO. 3:19-cr-00001-TJC-PDB |
| | ) |
| JOHN R. NETTLETON, | ) |
| Defendant. | ) |

## MOTION TO SEAL

The United States of America, through its undersigned attorneys, hereby moves this Court to seal the attached list of potential government witnesses, as ordered by the Court on January 9, 2019 to be produced under seal.

Respectfully submitted,

ANNALOU TIROL
Acting Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

By: /s/

Dated: January 15, 2019

Todd Gee, Deputy Chief
Peter M. Nothstein, Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice
Todd.Gee2@usdoj.gov
Phone: (202) 514-9752 (Gee)
Peter.Nothstein@usdoj.gov
Phone: (202) 616-2401 (Nothstein)

SO ORDERED, this 15 day of January, 2019

_____
The Honorable Patricia D. Barksdale
United States Magistrate Judge