UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

    v.                                           CASE NO. 3:19-cr-00001-TJC-PDB

JOHN R. NETTLETON

## JOINT MOTION REQUESTING A STATUS CONFERENCE

The parties, by and through counsel for the United States of America and for the Defendant, respectfully jointly move the Court to schedule a status conference – by telephone if the Court will permit it given that all counsel are based outside of the Jacksonville area – in order to reschedule the trial in the above-captioned matter currently set for May 6, 2019. In support of this request the parties state as follows:

1. The May 6, 2019 trial date, which was set when the Defendant appeared before the Honorable Patricia D. Barksdale for his initial appearance on January 9, 2019, is the first trial date set in this matter;

2. The parties estimate that the trial in this matter will be approximately 2-3 weeks and involve testimony from numerous fact witnesses and experts.

3. Several of the counsel for both parties have trials already scheduled outside of the Middle District of Florida that are close in time to the

May 6, 2019 trial date, which would make it difficult to adequately prepare for the Defendant's trial;

4. The Government has provided the Defense with thousands of pages of reports, witness statements, and other materials in discovery, which counsel for the Defendant will need more time to review and analyze in order to prepare for trial;

5. The parties intend to continue discussions regarding a possible disposition, but the Defendant rejected the Government's last plea offer, which makes a trial likely in this matter and the parties would therefore like to set a firm trial date when all the parties can be adequately prepared; and

6. Because the parties' first scheduled hearing before the Court is not until April 15, 2019, the parties believe it would be helpful to schedule a status conference before the Court in order to address these matters.

WHEREFORE, for the reasons discussed above and any others stated at a hearing on this motion, the parties would respectfully request the Court schedule a status hearing in this matter.  Given that the primary offices of counsel for both parties are outside of the Jacksonville area, the parties would request this status conference be held by telephone if the Court will permit that convenience.

Respectfully submitted,

| | |
|---|---|
| By:    */s/ Todd Gee* | By:    */s/ Terence Lenamon* |
| *Counsel for the Government* | *Counsel for the Defendant* |
| TODD GEE | TERENCE LENAMON, PA. |
| Deputy Chief, Public Integrity Section | 226 E Flagler St Ste 200 |
| PETER M. NOTHSTEIN | Miami, FL 33131-1324 |
| Trial Attorney, Public Integrity Section | Telephone: (305) 373-9911 |
| Criminal Division | terry@lenamonlaw.com |
| U.S. Department of Justice | |
| 1400 New York Avenue, NW | DANIEL SCHWARTZ, P.A. |
| 12th Floor | 245 SE 1st Street, Suite 404 |
| Washington, DC, 20005 | Miami, FL 33131 |
| Telephone: (202) 514-1412 | Telephone: (305) 557-4671 |
| Todd.Gee2@usdoj.gov | daniel@danielschwartzlaw.com |
| Peter.Nothstein@usdoj.gov | |

DATED: February 12, 2019