# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                          Case No. 3:19-cr-1-J-32PDB

JOHN R. NETTLETON

## O R D E R

This Case is before the Court on the Joint Motion Requesting a Status Conference (Doc. 23) filed on February 12, 2019.

Accordingly, it is hereby

**ORDERED:**

1. Joint Motion Requesting a Status Conference (Doc. 23) is **GRANTED**.

2. This case is **SET** for a telephonic status conference on **March 12, 2019 at 11:00 a.m.** Counsel will receive a separate email with the dial-in instructions.

3. Defendant's presence is not required.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of March, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Todd Gee, AUSA
Daniel Schwarz, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant