**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JOHN R. NETTLETON | CASE NO. 3:19-cr-1-J-32PDB |

| | |
|---|---|
| <u>Counsel for Government</u>:<br>Peter Marshall Nothstein<br>Todd Gee | <u>Counsel for Defendant</u>:<br>Terrence Lenamon |

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Marielena Diaz          Court Reporter: Shannon Bishop

CLERK'S MINUTES
PROCEEDINGS OF: TELEPHONE CRIMINAL STATUS CONFERENCE

Discussion regarding pretrial matters and appropriate trial schedule.

Order to enter.

DATE: March 12, 2019          TIMES: 11:05 a.m. - 11:55 p.m.   TOTAL: 50 Minutes