**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.   Case No. 3:19-cr-1-J-32PDB

JOHN R. NETTLETON

## ORDER SCHEDULING TRIAL

This case is before the Court on Defendant's Motion to Continue Trial (Doc. 26) filed on March 14, 2019. The Government does not oppose the motion. On March 12, 2019 the Court held a status conference to discuss case scheduling. Accordingly, it is now

**ORDERED:**

1. For the reasons stated in defendant's motion and during the March 12, 2019 status conference, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial (18 U.S.C. §3161(h)(7)(A)); Defendant's Motion (Doc. 26) is **GRANTED**.

2. The Jury trial previously set for the May 2019 term is **rescheduled** for the trial term commencing **January 6, 2020 at 9:00 a.m.**, and continuing through the last day of the month in the United States Courthouse, Courtroom No. 10D, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.

3. Not later than **April 30, 2019** the Government shall serve its Federal Rule of Criminal Procedure 16(a)(1)(G) expert reports.

4. Not later than **July 2, 2019** Defendant shall serve his Rule 16(b)(1)(C) expert reports.

5. Not later than **July 22, 2019** the parties shall file any pretrial motions. Responses to motions are due not later than **August 16, 2019**.

6. A status conference and hearing on all motions is set for **September 18, 2019 at 2:00 p.m.** before the undersigned in United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.[1]

**DONE** and **ORDERED** in Jacksonville, Florida this 15th day of March, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Todd Gee, Esquire
Terence Lenamon, Esquire
U.S. Probation

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices are not generally allowed in the building, counsel are permitted to bring those items with them upon presentation to Court Security Officers of a Florida Bar card or Order of special admission pro hac vice.

3

U.S. Pretrial Services
U.S. Marshals Service
Defendant