## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

### CASE NO. 3:19-cr-00001-TJC-PDB

UNITED STATES OF AMERICA,
    **Plaintiff,**

v.

**JOHN R. NETTLETON,**
    **Defendant.**

_____/

## MOTION TO APPEAR *PRO HAC VICE*, WRITTEN DESIGNATION, AND CONSENT TO ACT AS LOCAL COUNSEL

Pursuant to United States District Court for the Middle District of Florida Local Rule 2.02, the undersigned counsel hereby moves for the admission *pro hac vice* of COLBY VOKEY, ESQ., as co-counsel for Defendant JOHN NETTLETON in this matter, and states in support:

1.      VOKEY is an attorney licensed to practice in the State of Texas and is a member in good standing with the state bar for the State of Texas.

2.      VOKEY is also a member in good standing of the bar for the U.S. Supreme Court, Circuit Court of Appeals for the Fifth Circuit, Court of Appeals for the Armed Forces, the District Court for the Northern District of Texas, the District Court for the Western District of Texas, and the District Court for the Eastern District of Texas.

3.      VOKEY is not a resident Florida attorney, nor is he a member of the bar of the United States District Court for the Middle District of Florida.

4.     A check in the amount of $150.00 for the Special Admission fee is being mailed to the Clerk of the United States District Court for the Middle District of Florida on the same date of this motion.

5.     Attached below are the following: Written Designation, and Consent to Act as Local Counsel.

WHEREFORE, undersigned counsel DANIEL SCHWARZ requests entry of an order authorizing COLBY VOKEY'S admission *pro hac vice* to practice before this Court and to represent Defendant JOHN NETTLETON in this case only.

Submitted on  June 24  , 2019, by

Daniel Schwarz
Fla. Bar No. 84665
Daniel Schwarz, P.A.
245 SE 1st Street, Suite 404
Miami, FL 33131
Phone: (305) 557-4671
Fax: (305) 503-6973
Daniel@danielschwarzlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on  June 24  , 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, and thereby served on all interested parties.

Daniel Schwarz

2

## **WRITTEN DESIGNATION**

I, COLBY VOKEY, designate DANIEL SCHWARZ, a resident Florida attorney, who has entered an appearance as counsel for Defendant JOHN NETTLETON in this matter, and who is qualified to practice in this Court and who consents to designation as local counsel. Attached to this motion is DANIEL SCHWARZ'S "Consent to Act."

I certify that I am a member in good standing of the bar for the State of Texas, the U.S. Supreme Court, Circuit Court of Appeals for the Fifth Circuit, Court of Appeals for the Armed Forces, the District Court for the Northern District of Texas, the District Court for the Western District of Texas, and the District Court for the Eastern District of Texas. I certify that I have never been disbarred and am not currently suspended from the practice of law in the State of Texas or any other state, nor from any United States District Court or Court of Appeals.

I certify that I have not previously moved for admission *pro hac vice* to appear in a proceeding in the United States District Court for the Middle District of Florida. I certify that I have made myself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the District Court for the Middle District of Florida and the Jacksonville Division of this United States District Court.

I certify that upon entry of an order by this Court approving the motion to appear *pro hac vice*, I shall comply with the requirements of Local Rule 2.01(d) regarding fee and email registration requirements with the Clerk of Courts.

Colby C. Vokey
Texas Bar No. 24043391
The Law Firm of Colby Vokey PC
6924 Spanky Branch Court

3

Dallas, Texas 75248
(214) 697-0274
(214) 594-9034 Fax
vokeylaw@colbyvokey.com


## CONSENT TO ACT AS LOCAL COUNSEL

I, DANIEL SCHWARZ, an attorney qualified to practice in this Court and a resident

Florida attorney, and co-counsel for Defendant JOHN NETTLETON, consent to designation as

the local attorney for COLBY VOKEY in this case, and agree to serve as designee with whom

the Court and opposing counsel may readily communicate regarding the conduct of this case and

any related proceedings, and upon whom papers shall be served, and who will be responsible for

the progress of the case, including the trial in default of the non-resident attorney.

Daniel Schwarz
Fla. Bar No. 84665
Daniel Schwarz, P.A.
245 SE 1st Street, Suite 404
Miami, FL 33131
Phone: (305) 557-4671
Fax: (305) 503-6973
Daniel@danielschwarzlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on _____June 24_____, 2019, a true and correct copy of the

foregoing was electronically filed with the Clerk of the Court using CM/ECF, and thereby served

on all interested parties.

Daniel Schwarz

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CASE NO. 3:19-cr-00001-TJC-PDB**

**UNITED STATES OF AMERICA,**
     **Plaintiff,**

**v.**

**JOHN R. NETTLETON,**
     **Defendant.**
_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, WRITTEN
DESIGNATION, AND CONSENT TO ACT AS LOCAL COUNSEL**

This matter, having come before the Court on the Motion to Appear *Pro Hac Vice*,
Written Designation, and Consent to Act as Local Counsel for COLBY VOKEY, and pursuant to
Local Rules 2.01 and 2.02 of the United States District Court for the Middle District of Florida,
and the Court being fully advised in its premises and good cause being shown, it is hereby

**ORDERED AND ADJUDGED** that:

The Motion is **GRANTED**, and COLBY VOKEY may appear and participate in this
action as counsel on behalf of Defendant JOHN NETTLETON. Upon receipt of the $150.00
special admission fee, the Clerk of Courts is authorized to issue to COLBY VOKEY a CM/ECF
login/password.

DONE AND ORDERED in Chambers at Jacksonville, Florida, this _____day of
_____, 2019.


_____
**PATRICIA D. BARKSDALE**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to counsel via CM/ECF