United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.                                                                                         No. 3:19-cr-01-J-32PDB

**JOHN R. NETTLETON,**

    *Defendant.*

___

## Order Granting Special Admission

Daniel Schwarz, Esquire, has filed a motion under Local Rule 2.02 asking the Court to allow Colby Vokey, Esquire, to specially appear to represent the defendant in this case, with Mr. Schwarz serving as local counsel. Doc. 28.

Based on the information with the request and payment of the required fee, the Court grants the motion, Doc. 28, permits Mr. Vokey to specially appear to represent the defendant in this case, with Mr. Schwarz serving as local counsel; and directs Mr. Vokey to expeditiously register with the Court's electronic case filing (ECF) system by completing the E-Filer Registration Form.

For future filings, please see United States District Court, Middle District of Florida, Administrative Procedures for Electronic Filing, § IV.A.4, which provides: "No proposed order … may be submitted unless authorized by the assigned judge."

**Ordered** in Jacksonville, Florida, on July 5, 2019.

                                                        _____
                                                        PATRICIA D. BARKSDALE
                                                        *United States Magistrate Judge*

c:      Counsel of Record