United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA,

      *Plaintiff,*

v.                                  No. 3:19-cr-01-J-32PDB

JOHN NETTLETON,

      *Defendant.*

---

## Order

Without opposition from the United States or United States Pretrial Services, the defendant asks the Court to temporarily modify his release conditions so he can travel to West Virginia to prepare his property to be placed on the market. Doc. 30 (motion), Doc. 12 (order setting conditions of release). For the reasons stated in the motion, the requested modification is reasonable. Under 18 U.S.C. § 3142(c)(3), the Court grants the motion, Doc. 30, and permits the defendant to travel to his property in West Virginia on August 7, 2019, returning on August 28, 2019. If his tenant has not vacated the property in West Virginia by August 7, 2019, he may stay with a friend in Virginia on August 7, 2019. At least 24 hours before traveling, he must provide Pretrial Services his itinerary, including his address in West Virginia and his friend's address in Virginia. All other release conditions remain in effect.

**Ordered** in Jacksonville, Florida, on July 24, 2019.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:      Counsel of Record
        United States Pretrial Services