UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-cr-00001-TJC-PDB |
| | ) | |
| JOHN R. NETTLETON, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE CONSOLIDATED BRIEF ADDRESSING PENDING MOTIONS AND TO EXCEED PAGE LIMIT

The United States of America, by and through the Department of Justice, Public Integrity Section Acting Chief AnnaLou Tirol, Deputy Chief Todd Gee, and Trial Attorney Peter M. Nothstein, respectfully requests leave to file a consolidated opposition to Defendant John R. Nettleton's six pretrial motions (Dkts. 31-36), filed on July 22, 2019, and for leave to file a pleading in excess of the 20-page limit imposed by Local Rule 3.01(b).  The grounds for the instant motion are described in more detail below:

### INCORPORATED MEMORANDUM OF LAW

Pursuant to Local Rule 3.01(b), any party opposing a motion must file a memorandum of legal authorities which may not exceed 20 pages in length. *See* M.D. Fla. L. R. 3.01(b).  However, if the need arises, a party may request leave of Court to file a motion exceeding that page limit.  *See id.* at 3.01(d).

On July 22, 2019, the Defendant filed the following six motions:

1. Motion for Leave to File a Jury Questionnaire and for Individual Voir Dire (Dkt. 31);

2. Motion to Exclude the Indictment from Being Given to Jurors (Dkt. 31);

3. Motion to Strike (Dkt. 33);

4. Motion to Dismiss Count One or Two (Dkt. 34);

5. Motion to Suppress Statements (Dt. 35); and

6. Motion in Limine (Dkt. 36).

The Government's memoranda in opposition to all six motions are due on August 16, 2019. In preparing the Government's responses to the motions, there is substantial overlap in the relevant facts and applicable law, and that the most efficient method for the Government to present the facts and law on these matters is through a consolidated memorandum addressing all six motions. This also favors judicial economy because it will result in a single, comprehensive filing from the Government for the Court to consider rather than six separate filings, each of which would need to repeat the relevant facts, law, and procedural history.

Therefore, the Government requests permission to file a consolidated memorandum of law in response to all six of the Defendant's pretrial motions that will not exceed 70 pages in length, which, while lengthy, is still 50 pages shorter than if the Government filed six 20-page memoranda in opposition.

The Government has endeavored to reduce the length of the memorandum, but the Defendant's motions present arguments which require complex legal and factual analysis.

Counsel for the Defendant has consented to the Government filing a consolidated response to all six motions and to the government's opposition brief exceeding the 20-page limit of Local Rule 3.01(b).

Accordingly, pursuant to Local Rule 3.01(d), the Government respectfully requests leave to file a consolidated memorandum of no more than 70 pages in opposition to the Defendant's six pretrial motions.   Dkts. 31-36.

            Respectfully submitted,

            */s/ Peter M. Nothstein*
            *Counsel for the Government*
            TODD GEE
            Deputy Chief, Public Integrity Section
            PETER M. NOTHSTEIN
            Trial Attorney, Public Integrity Section
            Criminal Division
            U.S. Department of Justice
            1400 New York Avenue, NW
            12th Floor
            Washington, DC, 20005
            Telephone:  (202) 514-1412
            Todd.Gee2@usdoj.gov
            Peter.Nothstein@usdoj.gov

            DATED:  August 15, 2019

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-cr-00001-TJC-PDB |
| | ) | |
| JOHN R. NETTLETON, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon the motion of the United States, it is ORDERED, pursuant to Local Rule 3.01(d), that the United States may file a consolidated memorandum of law in opposition to the Defendant's pretrial motions, Dkts. 31 through 36, not to exceed 70 pages.

Entered in Jacksonville, Florida this ___ day of August 2019.

_____
THE HONORABLE TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

Dated: August 15, 2019                    */s/ Peter M. Nothstein*
                                          Todd Gee, Deputy Chief
                                          Peter M. Nothstein, Trial Attorney
                                          Public Integrity Section
                                          Criminal Division
                                          U.S. Department of Justice