

1

2                              TESTIMONY

3                                 OF

4                    ███████████████████████

5

6                 COMPLAINT NUMBER 2015R02127

7

8

9

10                   ███████████████████

11          THE BRYAN SIMPSON UNITED STATES COURTHOUSE

12                    300 NORTH HOGAN STREET

13                 JACKSONVILLE, FLORIDA 32202

14

15

16

17

18

19

20

21

22

23                      TODD GEE, ESQUIRE

24              MARK J. CIPOLLETTI, ESQUIRE

25      US DEPARTMENT OF JUSTICE, PUBLIC INTEGRITY SECTION

1    Q.    All right.  Let's move to Monday, January the 12th.

2  When you came into work that Monday, January the 12th, did things

3  start to change with respect to the situation going on with

4  Guantanamo Bay?

5    A.    Somewhat.  You know, I arrived in early because of what

6  was going on, and when I arrived -- very soon after I arrived,

7  our inspector general          came to my office and said --

8  you know, he was -- I think he was made aware of what was going

9  on over the weekend, but he came into his office that morning and

10  there was -- he had received a report from somebody at Guantanamo

11  Bay, which had alleged that the commanding officer has -- was

12  allegedly having an affair with the wife of the person who was

13  recently found deceased and that there had been an altercation

14  that night at the officer's club -- the Friday night before at

15  the officer's club that -- you know, it alleged that Captain

16  Nettleton had been, you know, dancing closely with the wife and

17  there had been a verbal and kind of a screaming altercation

18  between them.  So that changed the complexion a little bit.

19    Q.    So you learn ed some of the -- sort of a summary of

20  some of the allegations in the IG report from your IG that Monday

21  morning?

22    A.    Correct.

23    Q.    Okay.  And after you had that conversation with your IG

24  that Monday, did you also speak with Chris Nettleton that Monday?

25  I'm sorry.  Captain Nettleton.

1    A.    I'm sure I did throughout the course of the day, yes.

2    Q.    And on that Monday, were those also sort of the same

3 types of logistical-type conversations you had with him the day

4 before after the body had been found?

5    A.    Yes.

6    Q.    About --

7    A.    Yeah.  I -- you know, when we are made aware of those

8 type of allegations, you know, an IG complaint, then what I had

9 done is I had talked to captain -- or, I'm sorry, ▮▮▮▮▮▮▮▮▮▮

10 who is the IG, about initiating an investigation on our own to,

11 you know, verify or, you know, disprove the veracity of the

12 claims.  So he and I talked about him initiating an investigation

13 that would, you know, entail -- most likely entail him going down

14 to Guantanamo Bay for a few days to ask people some questions to

15 find out whether or not this was valid.

16    Q.    Okay.  And would that IG investigation be something

17 that Captain Nettleton would be anticipated to be a member of the

18 investigative team for that?

19    A.    No, no, absolutely not, because he was -- you know, he

20 was allegedly involved in it.  So it would have been -- he would

21 not have been included in on it.  He would have obviously found

22 out about it once somebody came down and started asking

23 questions, but it wasn't something that I made him aware of in

24 any of our conversations throughout the week, because, you know,

25 again, I didn't want to taint the -- kind of the investigation,

1    or if he was doing the things that he was alleged to be doing and

2    then I told him we were coming to investigate, then he could

3    potentially interfere or in some way try and modify, you know.

4        Q.   And maybe it's part of that; just for those of us that

5    aren't in the Navy or may not be very familiar with the IG

6    process, you know, that Monday you learn about this IG complaint

7    and you speak to Chris Nettleton that Monday about logistics and

8    things like that.  Why -- in your mind, like, why would you not

9    be like, you know -- I'm sorry.  Captain Nettleton.  Why would

10   you not then ask him, like, have you had an affair and all these

11   sorts of things; why is it that you wouldn't do that after having

12   receiving an IG report?

13       A.   Well, because he reported to me.  Myself and the

14   admiral we're his next level chain of command.  So if there were

15   a disciplinary issue for him, then we would be responsible for

16   administering military justice against Captain Nettleton.

17            So, for me, I had to be very careful in my discussions

18   with him, because if I were to have begun probing him and asking

19   him those types of questions without first reading him his

20   rights, then that information -- any information that I might

21   have asked him or that he might have revealed, I wouldn't have

22   been able to use then in a subsequent military -- you know, a

23   disciplinary proceeding.  So I had to be very careful.

24       Q.   So that's why after learning about the IG report that

25   Monday, you're not probing him asking him a whole bunch of

1  questions about the IG report?

2      A.   Exactly.

3      Q.   Let's move on to the next day, Tuesday the 13th.  Did

4  you speak with Captain Nettleton on that Tuesday the 13th?

5      A.   I did.

6      Q.   Okay.  And, as best you can remember, tell us what it

7  is that you believe occurred in those conversations with him on

8  that Tuesday.

9      A.   Well, you know, I think it was around mid-morning I got

10  what I deemed to be a -- it was a bit of a -- it was a little

11  strange call.  He seemed to be a little bit rattled, and he said,

12  hey, you know, I want to let you know there's some crazy rumors.

13  I was out and about doing my work in the community and a couple

14  of folks that I know stopped me and said there's these crazy

15  rumors about me having an affair with the wife of this individual

16  who showed up dead.

17          And, you know, it's a small community here.  There's no

18  where to go.  You're in a fence in a foreign country that you

19  can't go out into it.  So it's very close-knit community.

20          And he said, you know, rumors spread quickly here, but,

21  you know, hey, I want to let you know there's absolutely no truth

22  to this rumor.  I was not having an affair.  None of this is

23  going on.

24          But he was very concerned because he -- because of the

25  position that I talked, his position as the commanding officer,

1  and being responsible for military justice and security and

2  safety and all of things, and, you know, kind of the military

3  very high standards about, you know, conduct of a commanding

4  officer, he felt very uneasy given the circumstances of the death

5  and now these rumors.  He felt like it put him -- you know, shed

6  a bad light on him.  And, frankly, it's not unusual for

7  commanding officers in those circumstances to be relieved of

8  their duties because of things like that.

9       Q.   And, Captain, did he -- in relaying to you these rumors

10  that he had overheard circulating or had learned on the island

11  about him having an affair with Mr. Tur's wife, what did he say

12  with respect to the veracity of those rumors?

13       A.   He said unequivocally that they were not true.  There's

14  no truth to them, period.

15       Q.   Okay.  And in this conversation with you where he is

16  relaying sort of the rumors on the island to you -- in that

17  conversation on approximately that Tuesday in this rumor

18  conversation, we'll call it, did he relay to you any information

19  about either rumors -- or, actually, did he relay any sort of

20  information to you at all about Chris Tur having been at his

21  house or himself being in any kind of physical or verbal

22  altercation with Chris Tur before his death?

23       A.   No, none whatsoever.

24       Q.   So he doesn't even relay that information as a rumor on

25  the island at that point?

1           A.    No.

2           Q.    And, additionally, in these conversations that you were

3     having with him that Tuesday, was there also references to an

4     e-mail that contained other rumors that were about Mr. Tur's

5     death?

6           A.    Yeah.   At some point during the day, he talked about an

7     individual who had previously served in some capacity on the

8     island, and he relayed to me that this individual -- I believe it

9     was his -- or he had gotten in trouble or his family members had

10    gotten in trouble, and the end result of a series of disciplinary

11    events that happened Captain Nettleton in his role again as kind

12    of the CO of the base made the decision to force him to leave the

13    island and to leave his job because he was a disciplinary issue

14    for him.

15          That's -- it's not completely unusual.   It doesn't

16    happen a lot because, you know, obviously it has big

17    ramifications for an individual.   So, generally, if you're

18    kicking somebody off your base -- and in some cases that entails

19    them being fired from their job -- it's got to be something

20    that's pretty substantial for that very reason.

21          So he said that this guy had been a problem in the past

22    that he ended up investigating and took the action of kicking him

23    off the island because of his behavior.   That since then, this

24    individual had on occasion, you know, sent e-mails to the chain

25    of command and others to try and, you know, seek some retribution

1   for him getting kicked off the island.

2          So he mentioned that this guy had sent him an e-mail

3   and was making, you know, kind of some veiled accusations, that

4   kind of thing. He eventually sent this to me, which, again, I

5   took to be part of, hey, these are the wild rumors that are going

6   around.

7          Q.   Okay. And so Grand Jury Exhibit Number 2, is this the

8   series of e-mails that ultimately get forwarded to you and

9   Admiral ▮▮▮▮▮ that you guys are back and forth communicating

10  about from this individual Mr. ▮▮▮▮ that he had sent Captain

11  Nettleton that he also spoke with you about that Tuesday?

12         A.   Yes.

13  (Grand Jury Exhibit Number 2 was marked for identification.)

14  BY MR. GEE:

15         Q.   And in your conversations with Captain Nettleton, he

16  sort of, as you described -- he sort of described the background

17  on this person and how they relayed things before, you know.

18  Based on your conversation with him, what impression did he leave

19  you with about the veracity of this person?

20         A.   He -- again, he said unequivocally there's no truth at

21  all to any of these rumors.

22         I can tell you that. I'm perfectly comfortable with

23  that, but at the same time he was a little bit rattled. He was a

24  little shaken because of the potential ramifications of this.

25  And so, again, in my role as the chief of staff and as a mentor,

1    I said, you know -- JR was his kind of call sign.  I said, JR,

2    you can't really worry about this stuff.  You've got a lot to

3    take care of.  You've got to take care of this family.  You've

4    got a lot of work to do to organize getting folks there.

5         Now we were talking about bringing additional NCIS

6    agents in from off the base and how are we going to get the body

7    and the family back to the states to the location that they're

8    eventually going to want to go to have a funeral, and assisting

9    them with all those other things.  So, you know, I just tried to

10   reassure him that, you know, now there's an investigation going

11   on.  You know, you're telling me it's not true.  Great.  That's

12   all going to come out in the wash in this investigation.  I said,

13   you can't really focus on that right now.  You need to focus on

14   doing your job as the commanding officer and make sure you're

15   doing everything you can to not only take care of the family,

16   but, you know, you have a wider community now.  There's a 5,000

17   person community there that's very isolated, very insular, and

18   close that you need to insure that the community is taken care of

19   as well.

20   Q.   And you talk about how he was rattled in these

21   conversations you were having with him on Tuesday where he was

22   relaying to you the rumors.  You're, of course, speaking to him

23   on the telephone; correct?

24   A.   Yeah.

25   Q.   What was it that you could tell about him in the

1  conversation that -- what is it that was occurring on the other
2  end of the phone that made you feel like he was rattled, as you
3  say?

4      A.   Well, he just sounded very nervous and I -- in the
5  course of the conversation it came out, you know -- I think he
6  conveyed something like, hey, you know, I've got a guy that's --
7  who showed up dead here and now there's these allegations that
8  I'm having an affair and so it puts me in a very bad position as
9  a commanding officer because -- and I know the history in the
10  Navy and commanding officers often get relieved for these kind of
11  things.  So it scares me that these false rumors are out there,
12  because it has implications for my job as the commanding officer
13  and potentially my career.

14      Q.   And, now, in this e-mail that he ultimately forwards to
15  you and Admiral ▮▮▮▮ later that evening or that afternoon --
16  it looks like he forwards it to Admiral ▮▮▮ first at 4:39
17  p.m. and then you get looped in a little bit later on that
18  evening on some of the e-mails by about that evening.

19          In the original e-mail that sort of -- the e-mail from
20  this person Mr. ▮▮▮ to Captain Nettleton he says, I know you
21  will do your best to get to the bottom of the situation.  I have
22  also heard someone previously got into a fight with a deceased
23  person at the Bayview over some alleged sexual harassment of the
24  victim's wife.  Have you heard about his too?

25          In your conversations with Captain Nettleton that

1  Tuesday when he's talking about the wild rumors and so forth, did

2  he provide -- in the wild rumors conversations that Tuesday, did

3  he make any references to the Bayview or the fight with the

4  deceased person or alleged sexual harassment of the wife?

5      A.   No, he didn't.

6      Q.   So most of your conversation about this Mr. Stone

7  person was basically him describing the veracity and the

8  background on this person?

9      A.   Yeah.   Saying there's absolutely no truth to it, and,

10  essentially, to me he led me to believe that Stone was somebody

11  with an ax to grind who had gone after him before and he -- you

12  know, Captain Nettleton had, essentially, said, hey, he's done

13  this kind of before.   He's made allegations against me because

14  he's, you know, seeking retribution, and I'm talking to NCIS and

15  the Jags here about what I can do to stop him from harassing me,

16  that kind of thing.

17      Q.   Now, turning to the next couple days of that week, so

18  Wednesday, Thursday of that week following the finding of the

19  body.   Do you believe that that Wednesday, Thursday, that

20  sometime in that timeframe you may have had another conversation

21  with Captain Nettleton where he started to provide you with more

22  information than in the past?

23      A.   Yeah, he did.

24      Q.   Okay.   And you believe that that conversation was on

25  either Wednesday or Thursday?

1  A. I think it was late Wednesday, early Thursday.  I can't

2 remember exactly.

3  Q. Okay.

4  A. It was towards the end of the week.

5  Q. And tell us how that conversation occurred and, as best

6 you can, what was said in that conversation.

7  A. Well, he called and, you know, got a note that, hey,

8 Captain Nettleton is calling for you, and so I presumed it was

9 just a -- kind of an update on what's going on.

10   He was on the line and he said, hey, I need to call you

11 and tell you something.  He said that, you know, I wanted to

12 provide some additional information; that there was, essentially,

13 a going away party -- an event at the officer's club on Friday

14 night and during that -- that he was there and the Turs were

15 there and a number of other folks were there.

16   During that conversation -- or during that event, he,

17 essentially, said that he had gotten into a verbal altercation

18 with the deceased, Chris Tur, over some accusations from him

19 directly that he had been sleeping with his wife, having an

20 affair with his wife, and that his behavior during the -- during

21 his time at the O'Club was kind of cyclical.  It would go from

22 one minute to, hey, you're screwing around with my wife kind of

23 poking you in the chest aggressively going after him to kind

24 of -- to back to the other end of the scale that said -- where he

25 was saying, hey, you're a great guy.  I really like you.  You're

1  a good CO.

2          You know, so it added a different -- a new and

3  different dimension to the situation.  He said later, you know,

4  the party broke up at the -- it kind of was settled down, the

5  argument settled down, and everybody kind of went their own way.

6  Then later some time that evening that he eventually showed back

7  up to his house and kind of did the same thing.  You know, I --

8  hey, you're screwing around with my wife.  Why are you doing?

9  That, you know, kind of angry to back, you know, cyclical that I

10 really like you.  You're a really great guy.  You've done a great

11 job here as the CO.

12         So he told me these things, and he said they kind of

13 had some discussions at his house -- at the front door of his

14 house, which after some amount of time was kind of again tamped

15 back down -- his concerns were tamped back down.  He denied them.

16 At some point, you know, he said Chris Tur wanted to come in, but

17 he said he wouldn't allow him to do that because his daughter was

18 in the house, and at some point Chris Tur left the house.

19 Q.    And in this conversation, did he -- did he say to you

20 where Chris Tur went after he left his house or which direction

21 he was going or anything like that?

22 A.    Well, there's only one direction because his house is

23 on the end of a peninsula.  It's on the very tip of a peninsula,

24 so the only direction you can go is back down, unless he was

25 going to jump in the water.

1    Q.    Well, leaving aside your sort of knowledge of the

2  geography, in that conversation with him, did he have a specific

3  recollection of where he --

4    A.    No, he just said he left.

5    Q.    He just said he left.

6    A.    Yeah.

7    Q.    And focusing on just a couple parts of that

8  conversation, Captain.  First, as he's relaying these additional

9  details to you in this conversation, are these additional details

10  about the argument at the Bayview and the -- and Chris Tur coming

11  to his house, when you're hearing these details on that -- in

12  that Wednesday or Thursday call, is this -- in your mind, were

13  you recognizing these are not details he has provided me before?

14    A.    Yeah.  I was absolutely shocked, to be honest, because

15  it was 180 degrees out from what he had been providing.  You

16  know, he had -- all along he had relayed this information as if

17  it was second or thirdhand reports that he was receiving from

18  others.  And, now, you know, we're -- Saturday, Sunday, Monday,

19  Tuesday, Wednesday, Thursday -- five-ish days into this and he's

20  telling me not that he -- he's admitting to me that, although he

21  led me to believe that he was getting these reports, he had

22  direct first-hand knowledge of it.  So, you know, my jaw dropped

23  to my belt line, you know.

24    Q.    And in addition to him providing -- you know, in your

25  mind, after you got off the phone with him or during the phone

1   call, in addition to sort of there being a difference in his

2   description of where information is coming from -- so now some of

3   it is information of things he saw and witnessed himself, the

4   additional details about himself being in a fight and Mr. Tur

5   coming to his house, those were not details that had -- were

6   those details that he relayed to you in any fashion --

7        A.   No.

8        Q.   -- previously, whether it was I, myself, saw these

9   things or other people are saying these things happened; those

10  two details were new to you?

11       A.   Yes.

12       Q.   And in this conversation, where is it that he -- well,

13  in this conversation where he's describing to you how Mr. Tur

14  came to his house, did he -- was it -- did he make it clear to

15  you that the conversation occurred outside of his house?

16       A.   That was my impression that -- from what he said was

17  that -- because I remember him saying something along the lines

18  of that he wanted to come in and talk about it, and he said, no,

19  I talked to him about it at the front door.  And so, yeah, he

20  didn't come in the house.  He led me to believe that he was not

21  in the house.

22       Q.   And did you ask him -- in this conversation with him

23  where now he's providing these additional details, did you ask

24  him or did he say -- was there a relaying of why all this is just

25  coming out now; an explanation of why this is coming out now?

1      A.    Well, again, I had to be very careful from the military

2   justice that I didn't start -- because, you know, as an

3   inquisitive person, I wanted to start going -- I wanted to get

4   some of the details, but I couldn't do that because I would have

5   been soliciting information that then would have been tainted for

6   any type of military justice.

7           So -- but, you know, to me, again, it was shocking

8   information.  I, you know, said, why didn't you tell us this

9   before.

10          And he said, well, I didn't say it because I just

11  didn't think it was particularly relevant, which, again, caused

12  my jaw to drop because I thought, well, wait a second, you've got

13  a guy who's missing and dead and you potentially were now the

14  last person to see this guy, you know.  I'm thinking to myself,

15  how do you think that this wasn't relevant to what's going on.

16      Q.    And so his explanation was that he didn't think it was

17  relevant; that was the word he used?

18      A.    Exactly.

19      Q.    And, to be clear, Captain, in this conversation when

20  he's providing you the explanation of why he's providing these

21  different details, did he say anything about not providing the

22  details because he was embarrassed or concerned about his career?

23  Was that any part of the explanation?

24      A.    No.  He just said, I didn't mention it because I didn't

25  think it warranted being mention.

1    Q.   And in this conversation, even when he's providing you
2    these additional details you've described, did he ever mention
3    there being a physical altercation with Chris Tur in that
4    conversation, a physical altercation?

5        A.   Well, I think at the -- yes, at the O'Club.  There was
6    that altercation at the O'Club, but he never indicated in our
7    conversation that there was a physical altercation at the front
8    door or anything along those lines.

9        Q.   Okay.  And, as best you can remember, what was it
10   that's described that was physical at the O'Club?

11       A.   Well, you know, what I recall was that, you know, he
12   confronted him -- confronted him, got in his face kind of -- I
13   don't know whether -- I don't think there was any blows thrown,
14   but there may have been some close interaction and pushing and
15   shoving.  That's my impression, you know.

16       Q.   Okay.  And -- but he never said anything physical
17   occurred at his home?

18       A.   No.

19       Q.   Okay.  Fast-forwarding, Captain.  Is it accurate to say
20   that in the weeks and months that followed you as sort of the --
21   you eventually became the commander of Guantanamo Bay on a
22   temporary basis; is that right?

23       A.   Correct.

24       Q.   And, also, as chief of staff to Admiral          as
25   well; correct?

1        A.    Correct.

2        Q.    And so in performing those roles, was there certain
3    information that you learned about what NCIS was uncovering
4    during the investigation?

5        A.    Yeah.  I was intimately involved in it because,
6    again -- because I was the chief of staff and I was more senior
7    and more experienced and had had command of an instillation and
8    had the experience and the knowledge, and then going into a
9    situation that was unfolding at Guantanamo, Admiral
10   wanted to have somebody who was kind of seasoned and knew what
11   they were doing.  So she sent me to take over.  Eventually, when
12   the decision was made to relieve Captain Nettleton, she sent me
13   down there because I, you know, kind of knew the ropes.

14       Q.    And so, for example, in those roles, did you learn that
15   the investigators had found Chris Tur's blood inside Captain
16   Nettleton's home?

17       A.    I did.  They -- NCIS asked for -- as the investigation
18   began to unfold and they started interviewing folks and it led
19   them in various directions, you know, I provided search warrants
20   for the property and various locations to facilitate the
21   investigation.

22             In the course of that investigation, we learned that
23   there had been, in fact, an altercation in the house, that a very
24   large amount of blood was discovered to have been in the house
25   that had been clearly attempted to be cleaned up, that there were

1  missing items from the house -- so, yeah, pretty...

2      Q.   And did you learn that Captain Nettleton's daughter

3  reported actually seeing Mr. Tur inside the home?

4      A.   I did.  Part of the -- one of the things that they did

5  was they searched all the cell phone records, and, at some point

6  during that evening, her -- Captain Nettleton's daughter had text

7  a friend and --

8      Q.   That's okay.  I don't need you to report on it, though,

9  but part of the text information that was relayed to you that

10  Mr. Tur had been inside the house?

11     A.   That's right.  That there was an altercation going on

12  inside the house.  That there was a lot of noise downstairs.  She

13  peeked around the corner and saw --

14     Q.   Saw Mr. Tur and other details?

15     A.   Right.  Exactly.

16     Q.   And when you learned this information from the

17  investigators that there had been -- that there was blood in the

18  house, that it had been cleaned up, that his daughter had

19  reported seeing Mr. Tur inside the house, when you learned those

20  facts, what in your mind, if anything, did you think about those

21  facts in comparison to what he told you in this

22  Wednesday-Thursday conversation when he was describing Mr. Tur

23  coming to his home; was there anything that, in your mind, when

24  you learned those facts stuck out that is different than what he

25  told me before?

1      A.    Well, it was clearly different.  By that time, I --

2  yes, it stuck out to me as here's another example of an attempt

3  by him to not fully tell the truth or not -- or to kind of tell

4  the different version of what happened, because he specifically

5  told me, hey, I turned him -- we had a discussion at the front

6  door and I turned him away and told him, you know, to go home.

7  So, now, you know, the next day or, you know, over the next

8  couple of weeks I found out that that as well was untrue.

9      Q.    Okay.  Now, after this conversation with -- we're going

10 to have to move through things a little bit quickly, but after

11 this conversation with him that Wednesday or Thursday when he's

12 providing you a lot of these additional details for the first

13 time, did you have another conversation with him after that later

14 that week -- so, you know, Thursday, Friday, something like

15 that -- where he conveyed other odd information or discussed odd

16 proposals to you, something that stuck out in your mind?

17     A.    Yes.  You know, late in the week -- you know, again, it

18 might have been later Thursday or Friday -- he was clearly very

19 concerned at that point and he -- you know, he -- it was kind of

20 a strange call as well.

21     He said to me, hey, I know this sheds a bad light on me

22 as the CO.  It sheds a bad light on the Navy because of these

23 untrue rumors that are going around.  He said, I know how it

24 looks.  It's absolutely not the case.  None of it is true.  But,

25 you know, maybe I should resign; maybe you guys should just let

1    me resign as the commanding officer and, you know, kind of walk

2    away from this thing and that way it doesn't shed a bad light on

3    the command and on the Navy.

4           You know, at that point, I essentially said to him,

5    look, it is what it is at this point. There's an investigation

6    underway. That investigation has to play out now, and so for you

7    to resign really would be moot. We have to just let it play out

8    and see where it goes.

9           So at end of the conversation it was, you know, let's

10   just kind of wait and see. We're in a wait and see mode and let

11   the investigation go.

12       Q.   Okay. And, now, fast-forwarding to the following week.

13   So this would be the week of that included January 21st, so a

14   full week after the body has been found.

15          By early -- sometime early that week, did Admiral

16   ████████ notify Captain Nettleton that he was going to be removed

17   from command in Guantanamo?

18       A.   Yes. You know, I was getting reports over the weekend

19   from NCIS, you know, updates of their investigation. Obviously,

20   the information that he relayed to me that kind of corroborated

21   the IG, you know, all the other stuff that had gone on. Yeah,

22   that got to the point where Admiral ████████  as his boss, was

23   taking very seriously the fact that, you know, hey, I got a

24   commanding officer of an overseas isolated instillation who is

25   alleged to have had an affair, which that in and of itself might

1    warrant his relief as the commanding officer, but now there's a
2    missing person and a person who's shown up dead that he is
3    implicated -- potentially implicated in. You know, the
4    inevitability of it was building throughout the weekend.

5         When -- you know, when I left on Friday, we kind of had
6    agreed that we would get updates through the weekend and then
7    early the following week see where we were and make a decision.
8    So came into work on Monday, had another brief of where we were,
9    and Admiral          was at the point where she felt like she
10   needed to relieve Captain Nettleton because of all the things
11   that were going on. So it's not as simple as her picking up the
12   phone and saying, hey, you're relieved.

13        Q.   Sure.

14        A.   We've got to prep our chain of command, which goes up
15   to Washington, D.C., and they have to have time to notify
16   congress. Then it comes back down, okay, we've done it, and now
17   you can do it. So that -- you know, I believe it was Tuesday
18   mid-day she ended up calling him and telling him that she was
19   going to relieve him.

20        Q.   And then after he was relieved, did you have another
21   conversation with him about his -- did you, yourself, have a
22   separate conversation with him after he was relieved in which he
23   references his resignation or anything like that?

24        A.   I did. He -- as that was -- you know, he essentially
25   said to me afterwards he said, hey, you know, I offered to resign

1  last week.  Is there any way we can kind of work that?  I mean,

2  can I not be relieved?  Can you just let me resign?

3          And I said, no, I can't.  That's -- you know, that's

4  not possible at this point.  You know, you've got to be --

5  Admiral Jackson has lost confidence in you and it is what it is

6  and...

7     Q.    Okay.  And just jumping forward for a little bit, by

8  approximately January 21st -- on or about January 21st, you were

9  sent to Guantanamo Bay and you flew there; correct?

10    A.    Correct.

11    Q.    And when you got there, did you encounter Captain

12  Nettleton?

13    A.    I did just very briefly.  I got off the airplane, and

14  he was waiting to get on the airplane in the air terminal.  So I

15  went in and I met with him, you know, for 10, 15 minutes max.  It

16  was, you know, by then all a done deal.  So the tone of the

17  conversation was, hey, keep your head up.  Again, if what you're

18  saying is true, none of this is true, then it's all going to come

19  out and you'll be exonerated.  So it wasn't -- I wasn't going to

20  try to further beat him down, but I was just trying to tell him

21  to keep his head up.

22          You know, obviously, these are situations where you

23  don't know how folks are going to react.  So one of the things

24  that I had done prior to him actually getting the call that he

25  was going to get relieved was to call the executive officer

1    Commander    and tell him it was going to happen so that he

2    knew so that if, you know, Captain Nettleton tried to do

3    something crazy that I had somebody there watching him, you know.

4    You never know.  I mean, he could have gone to the armory.  You

5    don't know what's going to happen.

6         Q.   And so in that conversation with him at the airport,

7    did he provide you any additional details about his interactions

8    with Mr. Tur or anything like that?

9         A.   Not that I recall; just more of the same.

10        Q.   And in any of your conversations with him from the day

11    that he first reported that Mr. Tur was missing all the way until

12    the airport conversation until you saw him at Guantanamo Bay and

13    he got on the plane, did he ever in any of those conversations

14    tell you there had been a physical altercation at his house with

15    Mr. Tur?

16        A.   No.

17        Q.   Would that have stuck out in your mind had he told you

18    that?

19        A.   Absolutely.

20        Q.   And, Captain    just briefly, can you explain to the

21    grand jury what a commander of Guantanamo Bay like Captain

22    Nettleton what a command investigation would be; give us some

23    examples of what a command investigation would be versus an NCIS

24    investigation?

25        A.   Yeah.  We generally will do command investigations