Naval Criminal Investigative Service
CCN: 11JAN15-SEGT-0005-7HNA
S/NETTLETON, John Robert/CAPT USN
Bloodstain Documentation of S/NETTLETON Residence
Date: 22Mar16

9.1 Figure 1 is a Google Earth image depicting the NETTLETON residence, CO's Dock and Bayview Club. Figures 2 and 3 show the walkway from the CO's driveway leading south, down to the CO's Dock. The stairway began at the driveway of the CO's residence and ended attached to the CO's Dock.



Figure 4: Overall view of the CO's Dock from halfway down the stairway facing south (DSC_2883). Labels, outlines and arrows were added to show the approximate location of items seized as evidence.

9.2 Figure 4 shows the overall view of the CO's Dock and walkway. The areas marked as D1-D5 were labeled as such for this report. These areas were swabbed subsequent to treatment with **Bluestar** [5] and observed **luminescence**[6] at those locations. The approximate location where **bloodstained** paper towels were previously located is noted above. There were several steps that led east off the walkway to a sandy/dirt path, which led back to the parking lot of the Bayview Club, which include the area marked as D5 in Figure 4 above.

---

[5] Bluestar is designed to reveal blood, fresh, dried or still humid, washed away blood, pure or diluted, in large or minute quantity. It will create a positive reaction when in contact with iron within the heme nucleus of blood hemoglobin. It can react with other materials, such as household detergents, bleach or copper, Bluestar website.

[6] Luminescence: the low-temperature emission of light (as by a chemical or physiological process), Merriam-Webster.

Naval Criminal Investigative Service
CCN: 11JAN15-SEGT-0005-7HNA
S/NETTLETON, John Robert/CAPT USN
Bloodstain Documentation of S/NETTLETON Residence
Date: 22Mar16



Figure 5: Midrange photograph of paper towels containing V/TUR's blood found west of the walkway leading to the CO's Dock (DSC_0068). The arrow was added to show the location of the paper towels.



Figure 6: Close-up photograph of paper towels containing V/TUR's blood found west of the walkway leading to the CO's Dock (DSC_0070).

9.3 Figures 5 and 6 above depict the stained paper towels that were located west of the walkway leading to the dock subsequent to V/TUR's disappearance. The paper towels were determined by USACIL to contain V/TUR's blood.

Case 3:19-cr-00001-TJC-PDB  Document 43-5  Filed 08/16/19  Page 3 of 5 PageID 287   USDOJ-00441513

Naval Criminal Investigative Service
CCN: 11JAN15-SEGT-0005-7HNA
S/NETTLETON, John Robert/CAPT USN
Bloodstain Documentation of S/NETTLETON Residence
Date: 22Mar16



Figure 7: Midrange view of the west railing of the CO's Dock at the bottom of the stairway facing west (DSC_2874). The circle was added to depict D1.



Figure 8: Midrange view of the west railing of the CO's Dock halfway down the walkway to the dock facing west (DSC_2876). The circle was added to depict D2.

Naval Criminal Investigative Service
CCN: 11JAN15-SEGT-0005-7HNA
S/NETTLETON, John Robert/CAPT USN
Bloodstain Documentation of S/NETTLETON Residence
Date: 22Mar16



Figure 9: Midrange view of the west railing of the CO's Dock near the end walkway to the dock facing west (DSC_2877). The circles were added to depict the locations of D3 and D4.




Figures 10 and 11: Midrange photograph of steps east of the walkway leading to the CO's (DSC_2879) and (DSC_2880). The circles were added to depict the location of D5.

Naval Criminal Investigative Service
CCN: 11JAN15-SEGT-0005-7HNA
S/NETTLETON, John Robert/CAPT USN
Bloodstain Documentation of S/NETTLETON Residence
Date: 22Mar16

9.4 **Bluestar** was utilized on the dirt/rock area where the paper towels depicted in Figures 5-6 were recovered. The handrail near where the paper towels were located, the curb area of the walkway at the south end of the handrail and the walkway from the end of the stairway to the dock were also sprayed with **Bluestar**. It was also used on the steps leading east and the dirt/sand area just beyond the steps. The center and west sections of the dock and several areas of the NETTLETON's boat were also sprayed with **Bluestar**. The following locations were observed to **luminesce** during the two occasions **Bluestar** was applied: an area 3'8" south of the west railing elbow (where the stairway ended and the walkway began – labeled as D1) [Figure 7], an area 23' 11" south of the west railing elbow – labeled as D2) [Figure 8], an area at the south end of the west railing (labeled as D3) [Figure 9], an area on the curb below the fold-down stairs at the end of the west railing [Figure 9] (labeled as D4), an area on the middle step leading east off of the walkway [Figures 10 and 11] (labeled as D5), and several locations on the dock and boat.

9.5 Samples were collected from the areas on the handrail, curb and step that had been observed to **luminesce**. Areas on the NETTLETON's boat and the center and west sections of the dock were presumptively tested for blood utilizing **Hexagon OBTI**[7] with no positive results.

9.6 According to laboratory testing conducted by USACIL, no blood was detected on D1. A chemical indication of blood was obtained on the swab from the curb (D4) but no confirmatory test was conducted due to the limited sample. No DNA was detected. A chemical indication of blood was also obtained from the steps (D5); however, the presence of blood could not be confirmed with immunological testing. The partial DNA profile obtained from the swab from the steps was consistent with the DNA profile of V/TUR. The DNA profile obtained from a swabbing of the stain on the paper towel matched the DNA profile from V/TUR.

---

[7] Hexagon OBTI will create a positive reaction when in the presence of human hemoglobin, Hexagon OBTI User Manual.