**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JOHN R. NETTLETON | CASE NO. 3:19-cr-1-J-32PDB |
| <u>Counsel for Government</u>:<br>Todd Gee<br>Peter Marshall Nothstein | <u>Counsel for Defendant</u>:<br>Colby Vokey<br>Daniel Schwarz |

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Chloe Swinton/Marielena Diaz
Court Reporter:  Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF:  PENDING MOTIONS HEARING AND STATUS CONFERENCE**

Order(s) to enter.

_____

**DATE:** September 18, 2019                                             **TIME:** 2:00 p.m. – 4:54 p.m.