United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.                                           **NO. 3:19-cr-01-J-32PDB**

**JOHN R. NETTLETON.,**

    *Defendant.*

---

## Order Setting Hearing

The undersigned will conduct a hearing to discuss jury selection and the use of a juror questionnaire on **December 16, 2019, immediately following the final pretrial conference before the Honorable Timothy Corrigan,** at the Bryan Simpson United States Courthouse, Courtroom 5B, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida, 32202.

**Ordered** in Jacksonville, Florida, on October 20, 2019.

                                                 PATRICIA D. BARKSDALE
                                                 *United States Magistrate Judge*

c:      Counsel of Record