## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

### CASE NO. 3:19-cr-00001-TJC-PDB

**UNITED STATES OF AMERICA,**

**v.**

**JOHN R. NETTLETON,**
       **Defendant.**

_____/

## UNOPPOSED MOTION TO TRAVEL FROM NOVEMBER 26, 2019 THROUGH NOVEMBER 30, 2019

Defendant JOHN R. NETTLETON, by and through undersigned counsel, files this unopposed motion requesting permission to travel, and states in support:

1.      Defendant is presently on pretrial release. The terms of his release require him to remain within the Middle District of Florida.

2.      During the Thanksgiving holiday, Defendant is seeking to travel to Connecticut with his girlfriend to spend the holiday at his girlfriend's mother's residence.

3.      Defendant requests permission to travel to Connecticut on November 26, 2019, and to return home on November 30, 2019.

4.      Defendant, if permitted, will travel out of the Orlando airport on November 26 and fly to Hartford, Connecticut, and then drive to his girlfriend's mother's residence in Marlborough, Connecticut. Defendant will return via flight to Orlando on November 30.

5.      Defendant has provided his pretrial officer Kimberly Barrett with the flight information, along with the name and the home address of his girlfriend's mother where he'll be staying in Connecticut.

1

6.      Pretrial Services has no objection to this request to travel.

7.      Opposing counsel Todd Gee, of the U.S. Dept. of Justice, has stated that the Government does not oppose this motion.

WHEREFORE, Defendant requests for permission to travel to Connecticut from November 26, 2019, through November 30, 2019, for the reasons stated herein.

Submitted on October 28, 2019, by

s/ Daniel Schwarz
Daniel Schwarz
Fla. Bar No. 84665
Daniel Schwarz, P.A.
245 SE 1st Street, Suite 404
Miami, FL 33131
Phone: (305) 557-4671
Fax: (305) 503-6973
Daniel@danielschwarzlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, and thereby served on all interested parties.

s/ Daniel Schwarz
Daniel Schwarz

2