United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.                                        No. 3:19-cr-01-J-32PDB

**JOHN NETTLETON,**

    *Defendant.*

_____

# Order

Without opposition from the United States or United States Pretrial Services, the defendant asks the Court to modify his release conditions so he can travel to Connecticut with his girlfriend for Thanksgiving. Doc. 52 (motion), Doc. 12 (order setting conditions of release). For the reasons stated in the motion, the requested modification is reasonable. Under 18 U.S.C. § 3142(c)(3), the Court **grants** the motion, Doc. 52, and **permits** the defendant to travel from the Orlando Airport to Hartford, Connecticut, on November 26, 2019, then drive to his girlfriend's mother's residence in Marlborough, Connecticut, returning to Orlando on November 30, 2019. At least 24 hours before traveling, he must provide Pretrial Services his itinerary, including his girlfriend's mother's name and address in Connecticut. All other release conditions remain in effect.

**Ordered** in Jacksonville, Florida, on October 29, 2019.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:     Counsel of Record
       United States Pretrial Services