# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 3:19-cr-1-J-32PDB

JOHN R. NETTLETON

## **O R D E R**

This Case is set for a status conference on December 16, 2019. To prepare for that conference and subsequent trial, the parties shall file their respective witness and exhibit lists by **December 12, 2019**.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of November, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:
The Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of Record
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant