UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-cr-00001-TJC-PDB |
| | ) | |
| JOHN R. NETTLETON, | ) | |
| | ) | |
| Defendant. | ) | |

## **GOVERNMENT'S PROPOSED VERDICT FORM**

The United States respectfully submits the following proposed Verdict Form.

Respectfully submitted,

*/s/ Todd Gee*
*Counsel for the Government*
TODD GEE
Deputy Chief, Public Integrity Section
Todd.Gee2@usdoj.gov
PETER M. NOTHSTEIN
Trial Attorney, Public Integrity Section
Peter.Nothstein@usdoj.gov
Criminal Division
U.S. Department of Justice
1331 F Street, NW
3rd Floor
Washington, DC, 20005
Telephone:   (202) 514-1412


DATED:  December 6, 2019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

Dated: December 6, 2019

/s/ Todd Gee
Todd Gee, Deputy Chief
Peter M. Nothstein, Trial Attorney
Public Integrity Section
Criminal Division
U.S. Department of Justice

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA )
)
    v.                    )   CASE NO. 3:19-cr-00001-TJC-PDB
)
JOHN R. NETTLETON,        )
)
    Defendant.            )

## **VERDICT**

1.      With regard to <u>Count One</u> of the Indictment, which charges the Defendant with

Obstruction of Justice (by knowingly engaging in misleading behavior towards another

person with the intent to hinder, delay, and prevent the communication to law

enforcement officers of information relating to the commission and possible

commission of a federal offense), we, the Jury, find the Defendant:


            NOT GUILTY _____        GUILTY _____


2.      With regard to <u>Count Two</u> of the Indictment, which charges the Defendant with

Obstruction of Justice (by corruptly obstructing, influencing, and impeding official

proceedings, or attempting to do so), we, the Jury, find the Defendant:


            NOT GUILTY _____        GUILTY _____


1

3.      With regard to <u>Count Three</u> of the Indictment, which charges the Defendant

with Concealment of Material Facts, we, the Jury, find the Defendant:


            NOT GUILTY _____        GUILTY _____


4.      With regard to <u>Count Four</u> of the Indictment, which charges the Defendant

with Falsification of Records (with regard to the Navy Blue communication sent to

Navy officials), we, the Jury, find the Defendant:


            NOT GUILTY _____        GUILTY _____


5.      With regard to <u>Count Five</u> of the Indictment, which charges the Defendant with

Falsification of Records (with regard to emails to his superior officers, Admiral Mary

Jackson and Captain Christopher Gray), we, the Jury, find the Defendant:


            NOT GUILTY _____        GUILTY _____


6.      With regard to <u>Count Six</u> of the Indictment, which charges the Defendant with

Making a False Statement (by stating to Command Duty Officer Anthony Thibodeaux

that Christopher Tur was last seen on or about January 9, 2015 at the Officers

Club/Bayview), we, the Jury, find the Defendant:


            NOT GUILTY _____        GUILTY _____

7.      With regard to <u>Count Seven</u> of the Indictment, which charges the Defendant

with Making a False Statement (by stating in an email to Admiral Mary Jackson and

Captain Christopher Gray that Christopher Tur was last seen on or about January 9,

2015 at the Officers Club/Bayview), we, the Jury, find the Defendant:

           NOT GUILTY _____          GUILTY _____


8.      With regard to <u>Count Eight</u> of the Indictment, which charges the Defendant

with Making a False Statement (by stating to Executive Officer Alonza Ross that

Christopher Tur did not come to the Defendant's residence on or about January 9,

2015 after the Hail and Farewell party at the Officers Club/Bayview), we, the Jury,

find the Defendant:

           NOT GUILTY _____          GUILTY _____


9.      With regard to <u>Count Nine</u> of the Indictment, which charges the Defendant

with Making a False Statement (by stating to Executive Officer Alonza Ross that

Christopher Tur had come to the Defendant's residence on or about January 9, 2015,

but that he had not come inside), we, the Jury, find the Defendant:

           NOT GUILTY _____          GUILTY _____

10.     With regard to <u>Count Ten</u> of the Indictment, which charges the Defendant with Making a False Statement (by stating to Admiral Mary Jackson and Captain Christopher Gray that the Defendant and Christopher Tur's spouse were not having an affair), we, the Jury, find the Defendant:

NOT GUILTY _____          GUILTY _____

SO SAY WE ALL, this _____ day of _____, 2020.

_____
FOREPERSON'S SIGNATURE