UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 3:19-cr-00001-TJC-PDB |
| | ) |
| JOHN R. NETTLETON, | ) |
| | ) |
| Defendant. | ) |

## **GOVERNMENT'S WITNESS LIST**

The Government respectfully submits the following list of witnesses who may be called in its case-in-chief.

1. Patrice Austin, former NCIS Special Agent
2. Chief Warrant Officer Randall Barger, US Navy (ret.)
3. Lydia Benyam
4. Erica Bisesi, NCIS
5. Petty Ofc., 1st Class Eric Bohyer, US Navy (ret.)
6. Jason Boswell, NCIS Special Agent
7. Walter Bulnes, NCIS Special Agent
8. Rachel Clergy, NCIS Special Agent
9. Lt. Jeffrey Crabtree, US Navy
10. Tara Culbertson
11. Carl Davis
12. Charity Day, NCIS Special Agent

13. Rick Dunwoodie, NCIS

14. Jodi Gamble, NCIS

15. Dr. Christopher Gordon

16. Shaun Grant

17. Adm. Christopher Gray, US Navy

18. Gregory Hall, NCIS Special Agent

19. Leon Hendricks

20. Amie Houghton, former NCIS Special Agent

21. Adm. Mary Jackson, US Navy

22. Dr. George Jackson

23. Michael Mann

24. Lt. Ryan Marino, US Navy

25. Carrie McNamara, NCIS Special Agent

26. Lee Merrill

27. Dwayne Murphy

28. Julia Nettleton

29. Riley Nettleton

30. Dawnell Pavao

31. Cdr. Michael Eric Powell, US Navy (Ret.)

32. Douglas Robinson, NCIS Special Agent

33. Capt. Alonza Ross, US Navy

34. Lara Sabonash (formerly Lara Tur)

35. Michael Scherach, former NCIS Special Agent

36. Stephen Shewell

37. Christine Tarallo

38. Sr. Chief. Anthony Thibodeaux, US Navy

39. Lt. Paul Tidd, US Navy (ret.)

40. Madison Tur

41. Chief Chris Vaughan, US Navy

42. Kelly Wirfel

43. Ursula Zipperer

      Respectfully submitted,

      */s/ Peter M. Nothstein*
      *Counsel for the Government*
      TODD GEE
      Deputy Chief, Public Integrity Section
      Todd.Gee2@usdoj.gov
      PETER M. NOTHSTEIN
      Trial Attorney, Public Integrity Section
      Peter.Nothstein@usdoj.gov
      Criminal Division
      U.S. Department of Justice
      1331 F Street, NW
      3rd Floor
      Washington, DC, 20005
      Telephone:   (202) 514-1412

      DATED:  December 12, 2019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

Dated: December 12, 2019        　　/s/ *Peter M. Nothstein*
　　　　　　　　　　　　　　　　Todd Gee, Deputy Chief
　　　　　　　　　　　　　　　　Peter M. Nothstein, Trial Attorney
　　　　　　　　　　　　　　　　Public Integrity Section
　　　　　　　　　　　　　　　　Criminal Division
　　　　　　　　　　　　　　　　U.S. Department of Justice