UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-cr-00001-TJC-PDB |
| | ) | |
| JOHN R. NETTLETON, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S EXHIBIT LIST

Attached please find the Government's exhibit list in the above-captioned

matter.

Respectfully submitted,

*/s/ Peter M. Nothstein*
*Counsel for the Government*
TODD GEE
Deputy Chief, Public Integrity Section
Todd.Gee2@usdoj.gov
PETER M. NOTHSTEIN
Trial Attorney, Public Integrity Section
Peter.Nothstein@usdoj.gov
Criminal Division
U.S. Department of Justice
1331 F Street, NW
3rd Floor
Washington, DC, 20005
Telephone:   (202) 514-1412


DATED:  December 12, 2019

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

Dated: December 12, 2019          <u>   /s/ Peter M. Nothstein               </u>
                                  Todd Gee, Deputy Chief
                                  Peter M. Nothstein, Trial Attorney
                                  Public Integrity Section
                                  Criminal Division
                                  U.S. Department of Justice

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

Government __X__

v                                        Case No  3:19-cr-0001-TJC-PDB

JOHN R NETTLETON                         ——— Evidentiary
                                         __X__ Trial

Defendant _____

| GOVERNMENT'S EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit Number** | **Date/ Witness Identified** | **Date/ Witness Admitted** | **Bates Number** | **Description** |
| _**Stipulations**_ | | | | |
| **Stipulation #1** | | | | Stipulation: Discovery, recovery, identification, and chain-of-custody of body |
| **Stipulation #2** | | | | Stipulation: DNA testing of suspected blood swabs taken from Defendant's residence |
| **Stipulation #3** | | | | Stipulation:  Discovery and DNA testing of paper towel with suspected blood |
| **Stipulation #4** | | | | Stipulation: Toxicology reports of Dr. George Jackson |
| **Stipulation #5** | | | | Stipulation: Authenticity and admissibility of telephone records, reports on downloads of electronic devices, and summary charts |
| | | | | |

US v JOHN NETTLETON                                    Case No 3:19-cr-0001-TJC-PDB

| | | | | |
|---|---|---|---|---|
| **Electronic Devices** | | | | |
| **Phone 1** | | | 00443552-00443557 | L. Tur Cell Phone [Nokia Model RM-975, S/N 353047062574912] |
| **Phone 2** | | | 00443552-00443557 | L. Tur Cell Phone [Nokia Model RM-975, S/N 35304706825975] |
| **Phone 3** | | | 00442224-00442238 | Capt. Nettleton Blackberry |
| **Phone 4** | | | 00442516-00442677 | Julia Nettleton iPad (S/N DMQHQQ5PDJ8T) |
| **Phone 5** | | | 00441295-00441309 | R. Nettleton's iPhone (S/N C8PHX17MDTFD) |
| **Phone 6** | | | 00441950-00441952 | L. Nettleton phone (S/N C28FH0EUDDP9) |
| | | | | |
| **Electronic Device Data Extractions and Phone Records** | | | | |
| | | | | |
| **R1** | | | 00440995 | Mobile Data Extraction of T. Heath's iPhone |
| **R2** | | | 00440995 | Mobile Data Extraction of K. Wirfel Blackberry |
| **R3** | | | 00440995 | Mobile Data Extraction of L. Tur's phone |
| **R4** | | | 00268233 to 00268474 | Mobile Data Extraction of L. Tur Cell Phone [Nokia Model RM-975, S/N 353047062574912) and  L. Tur Cell Phone |
| **R5** | | | 00440995 | Mobile Data Extraction of Capt. Nettleton Blackberry |
| **R6** | | | 00440995 | Mobile Data Extraction of K McManus's iPad Mini |

US v JOHN NETTLETON                                    Case No 3:19-cr-0001-TJC-PDB

| | | | | |
|---|---|---|---|---|
| **R7** | | | 00440995 | Mobile Data Extraction of L Nettleton's phone |
| **R8** | | | 00440995 | Mobile Data Extraction of Julia Nettleton's iPad |
| **R9** | | | 00445548-00445550 | Printed excerpt of Mobile Data Extraction of Julia Nettleton's iPad [10/22/15, GJ Ex 1] |
| **R10** | | | 00440995 | Mobile Data Extraction of R Nettleton Phone (S/N C8PHX17MDTFD) |
| **R11** | | | 00267561-00267571 | Phone Records for Ext 7887 (Nettleton Residence) |
| **R12** | | | 00268771-00268816 | GTMO Telephone Records |
| | | | **<u>Swabs of Suspected Blood</u>** | |
| **036-15, Item A** | | | | Swab from bottom of west handrail of walkway to boat dock |
| **036-15, Item B** | | | | Swab from north end of handrail of walkway to boat dock |
| **036-15, Item C** | | | | Swab from south end of handrail of walkway to boat dock |
| **036-15, Item D 27** | | | | Swab from curb near fold down stairs on boat dock |
| **036-15, Item E** | | | | Swab from concrete steps on east side of boat dock |
| **037-15, Item E** | | | | Swab from AT&T telephone on kitchen counter near bar area entryway |
| **037-15, Item F** | | | | Two swabs from AT&T telephone (Item E) on kitchen counter near bar area entryway |

| | | | | |
|---|---|---|---|---|
| **037-15, Item G** | | | | Swab from wall (57" from floor) in corner between sitting area and dining room/living room |
| **037-15, Item H** | | | | Swab from wall (50" from floor) in corner between sitting area and dining room/living room |
| **037-15, Item I** | | | | Two swabs from dining area wall |
| **039-15, Item B17** | | | | Two swabs from left side of sink in downstairs master bathroom |
| **039-15, Item C** | | | | Two swabs from right side of sink in downstairs master bathroom |
| **039-15, Item F** | | | | Two swabs from sink drain in master bathroom |
| **039-15, Item H** | | | | Two swabs from corner of green trunk in sitting room |
| **039-15, Item I** | | | | Two swabs from front side of green trunk in sitting room |
| **039-15, Item J** | | | | Two swabs from side of green trunk |
| **039-15, Item K** | | | | Two swabs (#1) from sitting room floor |
| **039-15, Item L** | | | | Two swabs from (#2) from sitting room floor |
| **039-15, Item M** | | | | Two swabs from (#3) from sitting room floor |
| **039-15, Item N** | | | | Two swabs from (#4) from sitting room floor |
| **039-15, Item O** | | | | Two swabs from (#5) from sitting room floor |

| | | | | |
|---|---|---|---|---|
| **039-15, Item P** | | | | Two swabs from (#6) from door frame between sitting room and bar area (east side) |
| **039-15, Item Q** | | | | Two swabs from (#7) from door frame between sitting room and bar area (east side) |
| **039-15, Item R** | | | | Two swabs from (#8) from door frame between sitting room and bar area (west side) |
| **039-15, Item S** | | | | Two swabs from (#9) from door frame between sitting room and bar area (west side) |
| **039-15, Item T** | | | | Two swabs from (#10) from glass on door between living room hall and bar area |
| **039-15, Item U** | | | | Two swabs from (#11) from exterior door of living room hallway to outside |
| **039-15, Item V** | | | | Two swabs (#12) from interior door handle of exterior door of living room hallway to outside |
| **039-15, Item W** | | | | Two swabs (#13) from door between bar area and living room hallway |
| **044-15, Item A** | | | | Two swabs from table in kitchen (#101) |
| **044-15, Item B** | | | | Two swabs from chair in kitchen, middle of south end (#102) |
| **044-15, Item C** | | | | Two swabs from north side of kitchen/bar area doorway (#103) |
| **044-15, Item D** | | | | Two swabs from south side of kitchen/bar area doorway (#104) |
| **044-15, Item E** | | | | Two swabs from door area to kitchen /bar (#105) |
| **044-15, Item F** | | | | Swab from Black shelf - north edge of bottom shelf |

| | | | | |
|---|---|---|---|---|
| **044-15, Item G** | | | | Swab from Black shelf - west edge of bottom shelf - 2 swabs from shelf in bar area (#107) |
| **044-15, Item H** | | | | Two swabs from wall of bar area between shelves (#108) |
| **044-15, Item I** | | | | Two swabs from wall of bar area between shelves (#109) |
| **044-15, Item J** | | | | Two swabs from south side, top left corner of butcher block table in northwest corner of bar area (#110) |
| **044-15, Item K** | | | | Two swabs from right half of south side of butcher block table in northwest corner of bar (#111) |
| **044-15, Item L** | | | | Two swabs from bottom of the southwest corner of butcher block table in northwest corner of bar area (#112) |
| **044-15, Item M** | | | | Two swabs from top left corner of east side of butcher block table in northwest corner of bar area (#113) |
| **044-15, Item N** | | | | Two swabs from southeast leg of butcher block table in northwest corner of bar (#114) |
| **044-15, Item O** | | | | Two swabs from southeast leg of butcher block table in northwest corner of bar area (#115) |
| **044-15, Item P** | | | | Two swabs from bottom middle of east side of butcher block table in northwest corner of bar area (#116) |
| **044-15, Item Q** | | | | Two swabs from northeast leg facing inside and underneath butcher block table in northwest corner of bar area (#117) |
| **044-15, Item R** | | | | Two swabs from inside lower portion of northeast leg of butcher block table in northwest corner of bar area (#118) |

| | | | | |
|---|---|---|---|---|
| **044-15, Item S** | | | | Two swabs from northwest leg of butcher block table in northwest corner of bar area (#119) |
| **044-15, Item T** | | | | Two swabs from Butcher block table in northwest corner of bar area - 2 swabs from lower portion of northeast leg of butcher block (#120) |
| **044-15, Item U** | | | | Two swabs from Butcher block table in northwest corner of bar area - 2 swabs from wall behind southwest side of butcher block (#121) |
| **044-15, Item V** | | | | Two swabs from wall behind southeast corner of butcher block table (#122) |
| **044-14, Item W** | | | | Two swabs from floor underneath southeast portion of butcher block table (#123) |
| **044-15, Item X** | | | | Two swabs from wall behind north side of butcher block table (#124) |
| **044-15, Item Y** | | | | Two swabs from wall behind north side of butcher block table (#125) |
| **044-15, Item Z** | | | | Two swabs from light switch on north wall above butcher block table (#126) |
| **044-15, Item AA** | | | | Two swabs from wall behind northwest corner of butcher block table (#127) |
| **044-15, Item BB** | | | | Two swabs from underneath north edge of butcher block table (#128) |
| **044-15, Item CC** | | | | Two swabs from floor underneath southeast corner of butcher block table (#129) |
| **044-15, Item DD** | | | | Two swabs from picture from on west wall of bar area (#130) |
| **044-15, Item EE** | | | | Two swabs from door frame of exterior of exterior door (#131) |

| | | | | |
|---|---|---|---|---|
| **044-15, Item FF** | | | | Two swabs from  glass outside of exterior of exterior hallway door (#132) |
| **044-15, Item GG** | | | | Two swabs from hallway side of door separating bar area and hallway (#133) |
| **044-15, Item GG** | | | | Two swabs from hinge edge (interior) of bar door |
| **044-15, Item MM** | | | | Two swabs from sink faucet handles in bar area |
| **044-15, Item NN** | | | | Two swabs from counter near sink and soap dispenser in bar area |
| **044-15, Item MM** | | | | Swab from counter near sink and soap dispenser in bar area |
| **053-16, Item C** | | | | Swab #1 taken from bottom-side of shelf of bookcase |
| **053-16, Item D** | | | | Swab #2 taken from bottom-side of Shelf E of bookcase |
| **053-16, Item E** | | | | Swab #3 taken from bottom-side of Shelf D of bookcase |
| **053-16, Item F** | | | | Swab #4 taken from bottom-side of Shelf C of bookcase |
| **053-16, Item G** | | | | Swab #5 taken from bottom-side of Shelf C of bookcase |
| **053-16, Item H** | | | | Swab #6 taken from bottom-side of top shelf of bookcase |
| **053-16, Item II** | | | | Swab #7 taken from side face of rail labeled G |
| **053-16, Item J** | | | | Swab #8 from area A1 on rear side of rail labelled A |

| | | | | **Documents** | |
|---|---|---|---|---|---|
| **D1** | | | 00442383-00442390 | Autopsy Report prepared by Dr Christopher J. Gordon | |
| **D2** | | | 00442391-00442394 | Reports of Toxicology Examination prepared by Dr Gregory Jackson | |
| **D3** | | | 00442395 | Certificate of Death | |
| **D4** | | | 00449482 | 10 USC § 5947 | |
| **D5** | | | 00449732-00449951 | US Navy Regulations | |
| **D6** | | | 00449789-00449800 | US Navy Regulations, Ch 8 | |
| **D7** | | | 00449791-00449792 | US Navy Regulation Ch 8, § 1, art 0802 (also codified at 32 CFR § 700802) | |
| **D8** | | | 00449795 | US Navy Regulation Ch 8, § 1, art 0815 (also codified at 32 CFR § 700815) | |
| **D9** | | | 00449797 | US Navy Regulation Ch 8, § 1, art 0820 | |
| **D10** | | | 00449798 | US Navy Regulation Ch 8, § 1, art 0826 (also codified at 32 CFR § 700826) | |
| **D11** | | | 00449528-00449622 | OPNAVINST 553014E (also referred to as the Physical Security and Law Enforcement Program), Chapter 3, § 0300(c) | |
| **D12** | | | 00449486-00449493 | CNRSE Notice 5214 | |
| **D13** | | | 00449494-00449527 | OPNAVINST 31006H | |
| **D14** | | | 00449623 | UCMJ 107 – False Official Statement | |

| D15 | | | 00449624 | UCMJ 128 - Assault |
|---|---|---|---|---|
| D16 | | | 00449625 | UCMJ 133 – Conduct Unbecoming |
| D17 | | | 00449626 | UCMJ 134 – General Article |
| D18 | | | 00441611-00441614 | 1/12/15 anonymous on-line complaint sent to the Navy Inspector General |
| D19 | | | 00443086-00443090 | Written Statement of Adm. Mary Jackson on 6/5/15 |
| D20 | | | [to be provided] | Calendar for January 2015 |
| **Photographs of Body and Paper Towel** | | | | |
| P1 | | | 00448917 | Autopsy Photo: Overall view of body waist up |
| P2 | | | 00448918 | Autopsy Photo: Overall view of body waist down |
| P3 | | | 00448943 | Autopsy Photo: Laceration above right eye |
| P4 | | | 00448960 | Autopsy Photo: Rib cage |
| P5 | | | 00448962 | Autopsy Photo: Rib cage |
| P6 | | | 00448963 | Autopsy Photo: Side of body |
| P7 | | | 00448980 | Body Recovery Photo:  View of Body |
| P8 | | | 00448974 | Body Recovery Photo: View of body after recovery, waist up |

US v JOHN NETTLETON                                      Case No 3:19-cr-0001-TJC-PDB

| | | | | | |
|---|---|---|---|---|---|
| **P9** | | | 00448976 | | Body Recovery Photo: View of body after recovery waist down |
| **P10** | | | 0044892 | | Body Recovery Photo: Picture of Chris Tur's credit card and wallet |
| **P11** | | | 0044983 | | Body Recovery Photo:  Picture of Chris Tur's driver's license found in his wallet |
| **P12** | | | 00449007 | | Morgue Photo:  Keys and other items found in Chris Tur's pockets at the morgue |
| **P13** | | | 00449013 | | Morgue Photo:  Lighter and change found in Chris Tur's pockets at the morgue |
| **P14** | | | 00449036 | | Paper Towel Discovery: view of towel |
| **P15** | | | 00449039 | | Paper Towel Discovery: close up view of paper towel |
| **P16-20** | | | | | [Reserved] |
| **Photographs of Miscellaneous GITMO Locations** | | | | | |
| **P21** | | | 00448674 | | Photograph: GITMO watch tower |
| **P22** | | | 00448693 | | Photograph: Port area |
| **P23** | | | 00448694 | | Photograph: Port area |
| **P24** | | | 00448816 | | Photograph: Fueling barge |

US v JOHN NETTLETON                                          Case No 3:19-cr-0001-TJC-PDB

| | | | | | |
|---|---|---|---|---|---|
| **Photographs of Bayview Club Area** | | | | | |
| **P25** | | | 00448679 | | Photograph:<br>Bayview exterior and sign |
| **P26** | | | 00448680 | | Photograph:<br>Bayview driveway |
| **P27** | | | 00448774 | | Photograph:<br>Internal view of entry way to the Bayview Club |
| **P28** | | | 00448775 | | Photograph:<br>Side of Bayview Club |
| **P29** | | | 00448776 | | Photograph:<br>Photo of sign for Bayview Club |
| **P30** | | | 00448777 | | Photograph:<br>Front view of Bayview Club |
| **P31** | | | 00448778 | | Photograph:<br>Back of Bayview Club |
| **P32** | | | 00448779 | | Photograph:<br>Parking lot across from Bayview with view of Deer Point Sign |
| **P33** | | | 00448909 | | Photograph:<br>Bayview at night |
| **P34** | | | 00448910 | | Photograph:<br>Bayview at night |
| **P35** | | | 00448881 | | Photograph:<br>Bayview at night |

US v JOHN NETTLETON                              Case No 3:19-cr-0001-TJC-PDB

| | | | | |
|---|---|---|---|---|
| **P36** | | | 00448882 | Photograph:<br>Bayview at night |
| **P37** | | | 00448883 | Photograph:<br>Bayview parking lot at night |
| **P38** | | | 00448830 | Photograph:<br>Bayview Parking Lot looking towards officers'<br>quarters |
| **P39** | | | 00448832 | Photograph: Bayview interior |
| **P40** | | | 00448833 | Photograph:<br>Patio Seating overlooking water/Bayview<br>exterior |
| **P41** | | | 00448834 | Photograph:<br>Patio Seating overlooking water/Bayview<br>exterior |
| **P42** | | | 00448835 | Photograph:<br>Patio Seating overlooking water/Bayview<br>exterior |
| **P43** | | | 00448836 | Photograph:<br>Event Room w/Piano-Bayview interior |
| **P44** | | | 00448837 | Photograph:<br>Event Room/Bayview interior |
| **P45** | | | 00448838 | Photograph:<br>Event Room/Bayview interior |
| **P46** | | | 00448838 | Photograph:<br>Event Room/Bayview Interior |
| **P47** | | | 00448840 | Photograph:<br>Event Room/Bayview Interior |

US v JOHN NETTLETON                                    Case No 3:19-cr-0001-TJC-PDB

| P48 | | | 00448841 | Photograph: Event Room/Bayview interior |
| P49 | | | 00448866 | Photograph: Bayview lobby |
| P50 | | | 00448867 | Photograph: Bayview lobby |
| P51 | | | 00448868 | Photograph: Bayview lobby |
| P52 | | | 00448869 | Photograph: Bayview patio |
| P53 | | | 00448870 | Photograph: Bayview patio |
| P54 | | | 00448871 | Photograph: Bayview patio |
| P55 | | | 00448677 | Photograph: Bayview exterior |
| P56 | | | 00448678 | Photograph: Bayview exterior |
| P57 | | | 00448774 | Photograph: Internal view of entry way to the Bayview Club |
| P58 | | | 00448775 | Photograph: Side of Bayview Club |
| P59 | | | 00448830 | Photograph: Bayview Parking lot looking towards officers' quarters |
| P60 | | | 00448904 | Photograph: View of Bayview from water |

US v JOHN NETTLETON                                   Case No 3:19-cr-0001-TJC-PDB

| | | | | |
|---|---|---|---|---|
| **P61** | | | 00448905 | Photograph:<br>View of Bayview from water |
| **P62** | | | 00448906 | Photograph:<br>View of Bayview from water |
| **P63** | | | 00448907 | Photograph:<br>View of Bayview from water |
| **P64** | | | 00448908 | Photograph:<br>View of Bayview from water |
| **P65** | | | 00448909 | Photograph:<br>Bayview at night |
| **Photographs of Rick's Bar Area** | | | | |
| **P66** | | | 00448842 | Photograph:<br>Rick's Bar (stage area) |
| **P67** | | | 00448843 | Photograph:<br>Rick's Bar (bar area) |
| **P68** | | | 00448844 | Photograph:<br>Rick's Bar (bar area) |
| **P69** | | | 00448845 | Photograph:<br>Rick's Bar (seating area) |
| **P70** | | | 00448846 | Photograph:<br>Rick's Bar (billiard tables) |
| **P71** | | | 00448847 | Photograph:<br>Rick's Bar (doorway view from inside) |
| **P72** | | | 00448848 | Photograph:<br>Rick's Bar (stage area) |

| | | | | |
|---|---|---|---|---|
| **P73** | | | 00448849 | Photograph:<br>Rick's Bar (window to outside seating) |
| **P74** | | | 00448850 | Photograph:<br>Rick's Bar (restroom) |
| **GITMO Location: Hanger Deck** | | | | |
| **P75** | | | 00448851 | Photograph:<br>Hanger Deck (Bar) |
| **P76** | | | 00448852 | Photograph:<br>Hanger Deck (staircase) |
| **P77** | | | 00448853 | Photograph:<br>Hanger Deck (doorway) |
| **P78** | | | 00448854 | Photograph:<br>Hanger Deck (doorway) |
| **P79** | | | 00448855 | Photograph:<br>Hanger Deck (Bar) |
| **P80** | | | 00448856 | Photograph:<br>Hanger Deck (Bar) |
| **P81** | | | 00448857 | Photograph:<br>Hanger Deck (Bar) |
| **P82** | | | 00448858 | Photograph:<br>Hanger Deck (staircase) |
| **P83** | | | 00448859 | Photograph:<br>Hanger Deck (exterior) |

| | | | | |
|---|---|---|---|---|
| **P84** | | | 00448860 | Photograph:<br>Hanger Deck (exterior) |
| **P85** | | | 00448861 | Photograph:<br>Hanger Deck (ladies' restroom) |
| **P86** | | | 00448862 | Photograph:<br>Hanger Deck (ladies' restroom) |
| **P87** | | | 00448863 | Photograph:<br>Hanger Deck (ladies' restroom) |
| **P88** | | | 00448864 | Photograph:<br>Hanger Deck (ladies' restroom) |
| **P89** | | | 00448865 | Photograph:<br>Hanger Deck (ladies' restroom) |
| **Photographs of Tiki Bar Area** | | | | |
| **P90** | | | 00448872 | Photograph:<br>Tiki Bar |
| **P91** | | | 00448676 | Photograph:<br>Tiki Bar Exterior |
| **P92** | | | 00448873 | Photograph:<br>Tiki Bar |
| **P93** | | | 00448874 | Photograph:<br>Tiki Bar Patio |
| **P94** | | | 00448875 | Photograph:<br>Tiki Bar Patio |
| **P95** | | | 00448876 | Photograph:<br>Tiki Bar Patio |

| | | | | |
|---|---|---|---|---|
| **P96** | | | 00448877 | Photograph: Tiki Bar Patio |
| | | **Photographs of Deer Point Area** | | |
| **P97** | | | 00448780 | Photograph: View of Deer Point |
| **P98** | | | 00448681 | Photograph: Deer Point Sign |
| **P99** | | | 00448734 | Photograph: Deer Point Road View |
| **P100** | | | 00448785 | Photograph: View of Deer Point from Water. |
| **P101** | | | 00448786 | Photograph: View of Deer Point from Water. |
| **P102** | | | 00448787 | Photograph: View of Deer Point from Water. |
| **P103** | | | 00448788 | Photograph: View of Deer Point from Water. |
| **P104** | | | 00448793 | Photograph: View of Deer Point from Water. |
| **P105** | | | 00448789 | Photograph: View of Deer Point from Water |
| **P106** | | | 00448790 | Photograph: View of Deer Point from Water |

| P107 | | | 00448791 | Photograph: View of Deer Point from Water |
| P108 | | | 00448795 | Photograph: View of Deer Point from Water |
| P109 | | | 00448794 | Photograph: View of Deer Point from Water. |
| **Photographs of Area of Captain's Residence and Boat Dock** | | | | |
| P110 | | | 00448736 | Photograph: Driveway on the Right Side of Captain's House |
| P111 | | | 00448737 | Photograph: Front Facing View of Captain's House |
| P112 | | | 00448738 | Photograph: Front Facing View of Captain's House |
| P113 | | | 00448739 | Photograph: Front Facing View of Captain's House |
| P114 | | | 00448740 | Photograph: Front Facing View of Captain's House |
| P115 | | | 00448741 | Photograph: Side Facing View of Captain's House |
| P116 | | | 00448742 | Photograph: Side Facing View of Captain's House |
| P117 | | | 00448743 | Photograph: View of Entrance to Private Boat Dock |

| P118 | | | 00448744 | Photograph: Side Facing View of the Captain's House |
|------|--|--|----------|---------------------------------------------------|
| P119 | | | 00448745 | Photograph: View of the Captain's Backyard |
| P120 | | | 00448746 | Photograph: View of the Back of the Captain's House |
| P121 | | | 00448747 | Photograph: View of the Back of the Captain's House |
| P122 | | | 00448748 | Photograph: View of the Back of the Captain's House |
| P123 | | | 00448749 | Photograph: View of the Back of the Captain's House |
| P124 | | | 00448750 | Photograph: View of the Back of the Captain's House |
| P125 | | | 00448751 | Photograph: View of the Back of the Captain's House |
| P126 | | | 00448752 | Photograph: View of the Back of the Captain's House |
| P127 | | | 00448753 | Photograph: View of the Back of the Captain's House |
| P128 | | | 00448754 | Photograph: View of Captain's Backyard towards 2nd Floor Bedroom |
| P129 | | | 00448755 | Photograph: View of the Back of the Captain's House |

| P130 | | | 00448682 | Photograph: Front Courtyard of Captain's House |
|------|--|--|----------|------------------------------------------------|
| P131 | | | 00448697 | Photograph: Front Yard of Captain's Residence |
| P132 | | | 00448698 | Photograph: Front of Captain's Residence |
| P133 | | | 00448683 | Photograph: Exterior of Captain's House |
| P134 | | | 00448684 | Photograph: Entrance to Captain's Private Dock |
| P135 | | | 00448685 | Photograph: Entrance to Captain's Private Dock |
| P136 | | | 00448697 | Photograph: Front yard of Captain's Residence |
| P137 | | | 00448698 | Photograph: Front of Captain's Residence |
| P138 | | | 00448701 | Photograph: Ground to the Left Side of Captain's Boat Dock |
| P139 | | | 00448702 | Photograph: Ground to the Right of Captain's Boat Dock |
| P140 | | | 00448705 | Photograph: Landscape Near Captain's Private Boat Dock |
| P141 | | | 00448706 | Photograph: Path to the Left of Captain's Boat Dock |

US v JOHN NETTLETON                                Case No 3:19-cr-0001-TJC-PDB

| P142 | | | 00448707 | Photograph:<br>Landscape Near Captain's Boat Dock |
| --- | --- | --- | --- | --- |
| P143 | | | 00448708 | Photograph:<br>Overview of Captain's Boat Dock |
| P144 | | | 00448709 | Photograph:<br>Path to the Left of Captain's Boat Dock |
| P145 | | | 00448710 | Photograph:<br>Overview of Captain's Boat Dock |
| P146 | | | 00448711 | Photograph:<br>Path to the Left of Captain's Boat Dock |
| P147 | | | 00448712 | Photograph:<br>Landscape Near Captain's Boat Dock |
| P148 | | | 00448713 | Photograph:<br>Railing on Captain's Boat Dock |
| P149 | | | 00448714 | Photograph:<br>Stairs Leading to Path on Captain's Boat Dock |
| P150 | | | 00448715 | Photograph:<br>Railing on Captain's Boat Dock |
| P151 | | | 00448716 | Photograph:<br>Railing on Captain's Boat Dock |
| P152 | | | 00448717 | Photograph:<br>Overview of Captain's Boat Dock |
| P153 | | | 00448718 | Photograph:<br>Overview of Captain's Boat Dock |

| | | | | |
|---|---|---|---|---|
| **P154** | | | 00448719 | Photograph:<br>Water Bank to the Right of Captain's Boat Dock |
| **P155** | | | 00448720 | Photograph:<br>Water Bank to the Left of Captain's Boat Dock |
| **P156** | | | 00448721 | Photograph:<br>View from Captain's Boat Dock Facing Towards Bayview |
| **P157** | | | 00448722 | Photograph:<br>View from Captain's Boat Dock Facing Towards Bayview |
| **P158** | | | 00448723 | Photograph:<br>View from Captain's Boat Dock Facing Towards Bayview |
| **P159** | | | 00448724 | Photograph:<br>View from Captain's Boat Dock Facing Towards Deer Point |
| **P160** | | | 00448725 | Photograph:<br>Captain's Boat Slip on Dock |
| **P161** | | | 00448727 | Photograph:<br>Photo inside of Captain's Dock |
| **P162** | | | 00448728 | Photograph:<br>Photo inside of Captain's Dock |
| **P163** | | | 00448729 | Photograph:<br>View from Captain's Boat Dock Towards Bayview |
| **P164** | | | 00448730 | Photograph:<br>View from Captain's Boat Dock Towards Bayview |
| **P165** | | | 00448731 | Photograph:<br>View of Captain's House from dock |

| | | | | |
|---|---|---|---|---|
| **P166** | | | 00448732 | Photograph:<br>View of Captain's House from dock |
| **P177** | | | 00448733 | Photograph:<br>View from Docks towards Bayview |
| **P178** | | | 00448759 | Photograph:<br>Side Door of Captain's House |
| **P179** | | | 00448760 | Photograph:<br>Stairs inside of Captain's House- Side door of Captain's House |
| **P180** | | | 00448761 | Photograph:<br>Stairs inside of Captain's House: Living Room and View Towards Sitting Room |
| **P181** | | | 00448762 | Photograph:<br>View Towards Sitting Room Inside of Captain's House |
| **P182** | | | 00448763 | Photograph:<br>Side Door Inside the Captain's House |
| **P183** | | | 00448766 | Photograph:<br>View of Outside from 2nd Floor Window |
| **P184** | | | 00448768 | Photograph: Second Floor Stairs Inside of Captain's House |
| **P185** | | | 00448769 | Photograph:<br>Lounging Area Outside of the Captain's House |
| **P186** | | | 00448770 | Photograph:<br>View of Street from the Side of The Captain's House |
| **P187** | | | 00448771 | Photograph:<br>Lounging Area Outside of the Captain's House |

US v JOHN NETTLETON                                    Case No 3:19-cr-0001-TJC-PDB

| P188 | | | 00448772 | Photograph: View of Street from the Side of The Captain's House |
| P189 | | | 00448773 | Photograph: View of Street from the Side of The Captain's House |
| P190 | | | 00448800 | Photograph: View of Captain's House |
| P191 | | | 00448804 | Photograph: View of Capitan's Boat Dock |
| P192 | | | 00448810 | Photograph: View of Captain's House |
| P193 | | | 00448811 | Photograph: View of Captain's House |
| P194 | | | 00448813 | Photograph: View of Captain's House/Bayview from Water |
| P195 | | | 00448815 | Photograph: View of Captain's House/Bayview Area from Water |
| P196 | | | 00448883 | Photograph: Bayview parking lot at night |
| P197 | | | 00448880 | Photograph: Captain's residence at night |
| P198 | | | 00448884 | Photograph: Panoramic of Nettleton Boat Dock |
| P199 | | | 00448885 | Photograph: Panoramic of Nettleton Boat Dock |
| P200 | | | 00448886 | Photograph: Captain's Boat Dock |

US v JOHN NETTLETON                                    Case No 3:19-cr-0001-TJC-PDB

| | | | | |
|---|---|---|---|---|
| **P201** | | | 00448887 | Photograph:<br>Captain's Boat Dock |
| **P202** | | | 00448888 | Photograph:<br>Captain's Boat Dock |
| **P203** | | | 00448889 | Photograph:<br>Captain's Boat Dock |
| **P204** | | | 00448890 | Photograph:<br>Captain's Boat Dock |
| **P205** | | | 00448891 | Photograph:<br>Captain's Residence |
| **P206** | | | 00448892 | Photograph:<br>Captain's Residence |
| **P207** | | | 00448893 | Photograph:<br>View of Captain's Residence from water |
| **P208** | | | 00448894 | Photograph:<br>View of Captain's Residence from water |
| **P209** | | | 00448895 | Photograph:<br>View of Captain's Residence from water |
| **P210** | | | 00448896 | Photograph:<br>View of Captain's Residence from water |
| **P211** | | | 00448897 | Photograph:<br>View of Captain's Residence from water |
| **P212** | | | 00448898 | Photograph:<br>View of Captain's Residence from water |
| **P213** | | | 00448899 | Photograph:<br>View of  Captain's boat dock from water |
| **P214** | | | 00448900 | Photograph:<br>View of Captain's boat dock from water |

| | | | | |
|---|---|---|---|---|
| **P215** | | | 00448901 | Photograph:<br>View of Captain's house from water |
| **P216** | | | 00448902 | Photograph:<br>View of Captain's house from water |
| **P217** | | | 00448903 | Photograph:<br>View of Captain's house from water |
| **Photographs of Tur Residence/Caribbean Circle** | | | | |
| **P218** | | | 00448686 | Photograph:<br>Tur Residence Exterior |
| **P219** | | | 00448687 | Photograph:<br>Area of Tur Residence |
| **P220** | | | 00448688 | Photograph:<br>Area of Tur Residence |
| **P221** | | | 00448689 | Photograph:<br>Caribbean Circle Neighborhood/<br>Area of Tur Residence |
| **P222** | | | 00448690 | Photograph:<br>Landscape near Caribbean Circle |
| **P223** | | | 00448691 | Photograph: Landscape near Caribbean Circle |
| **Photographs of Airport Area** | | | | |
| **P224** | | | 00448821 | Photograph:<br>View of Airport Area Leeward Side from<br>water |

| | | | | |
|---|---|---|---|---|
| **P225** | | | 00448822 | Photograph:<br>View of Airport Area Leeward Side from water |
| **P226** | | | 00448823 | Photograph:<br>View of Airport Area Leeward Side from water. |
| **P227** | | | 00448824 | Photograph:<br>View of Airport Area Leeward Side from water. |
| **P228** | | | 00448825 | Photograph:<br>View of Airport Area Leeward Side from water. |
| **P229** | | | 00448826 | Photograph:<br>View of Airport Area Leeward Side from water. |
| **P230** | | | 00448827 | Photograph:<br>View of Airport Area Leeward Side from water. |
| **P231** | | | 00448828 | Photograph:<br>View of Airport Area Leeward Side from water. |
| **P232** | | | 00448828 | Photograph:<br>View of Airport Area Leeward Side from water. |
| | | **Photographs from Search Warrants** | | |
| **SW1** | | | 00449688 | Photo of sitting room |
| **SW2** | | | 00449690 | Close up of wall of sitting room |
| **SW3** | | | 00449691 | Close up of wall of sitting room |
| **SW4** | | | 00449692 | Close up of wall of sitting room (with scale) |
| **SW5** | | | 00449693 | Green trunk |
| **SW6** | | | 00449694 | Close up of green trunk |

| SW7 | | | 00449695 | Side of green trunk |
|---|---|---|---|---|
| SW8 | | | 00449696 | Close up of side of green trunk |
| SW9 | | | 00449697 | Close up of suspected blood on floor |
| SW10 | | | 00449698 | Tile floor |
| SW11 | | | 00449644 | Side of leaning shelf |
| SW12 | | | 00449645 | Bar room (front) |
| SW13 | | | 00449646 | Bar room (angle) |
| SW14 | | | 00449647 | Butcher's block |
| SW15 | | | 00449648 | Close up of Butcher's Block |
| SW16 | | | 00449649 | Close up of Butcher's block leg (with scale) |
| SW17 | | | 00449650 | Side of butcher's block |
| SW18 | | | 00449651 | Close up of butcher's block leg |
| SW19 | | | 00449652 | Floor below butcher's block |
| SW20 | | | 00449653 | Dimmer switch |
| SW21 | | | 00449654 | Dimmer switch close up |
| SW22 | | | 00449655 | Floor molding |
| SW23 | | | 00449656 | Dimmer switch close up |
| SW24 | | | 00449657 | Dimmer switch close up with scale |
| SW25 | | | 00449658 | Floor below butcher's block |
| SW26 | | | 00449659 | Leaning shelf |
| SW27 | | | 00449683 | Doorway from bar room to kitchen |

| SW28 | | | 00449684 | Kitchen table |
|------|--|--|----------|---------------|
| SW29 | | | 00449685 | Close up of kitchen table and chair |
| SW30 | | | 00449686 | Master bathroom |
| SW31 | | | 00449687 | Bluestar of master bathroom sink |
| SW32 | | | 00449668 | Dock right side railing |
| SW33 | | | 00449669 | Dock right side railings |
| SW34 | | | 00449670 | Dock right side railing and step |
| SW35 | | | 00449671 | Steps from dock walkway to gravel path |
| SW36 | | | 00449672 | Close up of step from walkway to gravel path |
| SW37 | | | 00449673 | Steps to dock |
| SW38 | | | 00449674 | Overview of walkway to dock |
| SW39 | | | 00449675 | Close up of suspected blood with scale |
| SW40 | | | 00449676 | Door from hallway to exterior |
| SW41 | | | 00449677 | Close up of suspected blood and scale |
| SW42 | | | 00449678 | Door between bar and hallway from hallway side |
| SW43 | | | 00449679 | Door between bar and hallway from hallway side |
| SW44 | | | 00449680 | Midrange of door between bar and hallway from hallway side, showing two suspected bloodstains |
| SW45 | | | 00449681 | lose up of suspected blood on door between bar and hallway from hallway side showing two suspected bloodstains |

US v JOHN NETTLETON                                      Case No 3:19-cr-0001-TJC-PDB

| | | | | |
|---|---|---|---|---|
| **SW46** | | | 00449682 | Close up of suspected blood on door between bar and hallway from hallway side showing two suspected blood stains |
| **SW47** | | | 00449675 | Close up of suspected blood on door between bar and hallway from hallway side |
| **SW48** | | | 00449663 | Bluestar of sofas in sitting room |
| **SW49** | | | 00449664 | Bluestar of wall in sitting room |
| **SW50** | | | 00449665 | Bluestar of butcher's block area |
| **SW51** | | | 00449666 | Bluestar of butcher's block area |
| **SW52** | | | 00449667 | Bluestar of doorway from hallway to exterior |
| **SW53** | | | 00449687 | Bluestar of master bathroom sink |
| **SW54** | | | 00450372 | Photo of sitting room |
| **SW55** | | | 0045373 | Close up of wall of sitting room |
| **SW56** | | | 0045374 | Close up of wall of sitting room |
| | | | | |
| | | | **Videos and Video Transcripts** | |
| **V1** | | | 00449929 | Recorded Interview of Lara Tur |
| **V2** | | | 00449230-00449346 | Transcript of Recorded Interview of Lara Tur |
| **V3** | | | 00449929 | Recorded Interview Julia Nettleton (with Leslee Nettleton present) |
| **V4** | | | 00449382-00449460 | Transcript of Recorded Interview Julia Nettleton (with Leslee Nettleton present) |
| **V5** | | | 00449929 | Recorded Interview of Capt. Nettleton |

| **V6** |  |  | 00449347-00449381 | Transcript of Recorded Interview of Capt. Nettleton Interview (Transcript) |
| --- | --- | --- | --- | --- |

US v JOHN NETTLETON                                    Case No 3:19-cr-0001-TJC-PDB

| | | | | **Emails** |
|---|---|---|---|---|
| **E1** | | | 00324435-00324447 | 1/11/15 email from XO Ross to J. Crabtree, copying Capt. Nettleton, subject: re: Missing Person Navy Blue (and attachment) |
| **E2** | | | 00332357-00332359 | 1/11/15 email from Capt. Nettleton to J. Crabtree and XO Ross, subject: OPREP-3NB/NAVSTA GUANTANAMO BAY CU// |
| **E3** | | | 00332345-00332346 | 1/11/15 email from Capt. Nettleton to Adm. Jackson, copying Capt. Gray, XO Ross, and others, subject: Re: Missing Person |
| **E4** | | | 00042122 | 1/12/15 email from Capt. Gray to Adm. Jackson and others, copying Lt. Cmdr. Antonacci, subject: RE: CCIR: MEDIA INTEREST (CCIR# 3b1) - GUANTANAMO |
| **E5** | | | 00042125 | 1/12/15 email from P. Bedsole to Adm. Jackson, copying , subject: ACTION: NEED TO TALK TO YOU RE IG HOTLINE COMPLAINT |
| **E6** | | | 00322693-00322694 | 1/12/15 email from SA Snowdon to Capt. Nettleton, Capt. Gray, SA Dunwoodie, and others, copying XO Ross, subject: RE: Transpiration to GITMO for NCIS |
| **E7** | | | 00441609-00441610 | 1/12/15 email from SA Snowdon to NCIS Agent Dunwoodie and others forwarding a copy of the Inspector General complaint received on 1/12/15 |
| **E8** | | | 00042108 | 1/13/15 email from Capt. Eldredge to Adm. Jackson, copying , subject: RE: Guidance |
| **E9** | | | 00042119 | 1/13/15 email from SA Snowdon to Adm. Jackson, copying SA Dunwoodie and others, subject: Gitmo Case |

33

US v JOHN NETTLETON                           Case No 3:19-cr-0001-TJC-PDB

| | | | | |
|---|---|---|---|---|
| **E10** | | | 00332457-00332460 | 1/13/15 email from Capt. Nettleton to Capt. Gray, copying , subject: FW: Update on Guantanamo Bay Loss. |
| **E11** | | | 00042097-00042098 | 1/14/15 email from Adm. Jackson to Adm. Smith, copying Adm. Jackson, Capt. Gray, and others, subject: LES/FOUO: NRSE: Issue at NS Guantanamo Bay |
| **E12** | | | 00042099-00042101 | 1/14/15 email from Adm. Jackson to Adm. Jackson, copying Capt. Gray, subject: RE: Update on Guantanamo Bay Loss. |
| **E13** | | | 00042104 | 1/14/15 email from Capt. Gray to Adm. Jackson and Cdr. Evans, copying , subject: Gitmo travel for Tur Family |
| **E14** | | | 00332486 | 1/14/15 email from Capt. Nettleton to Capt. Gray, copying , subject: FW: C-12 Use |
| **E15** | | | 00042139 | 1/15/15 email from M. Andrews to Cdr. Snyder and Capt. Eldredge, copying Adm. Jackson, Capt. Gray, and others, subject: Public Affairs: NS Guantanamo Bay - Proposed statement for use in response to query only |
| **E16** | | | 00042140 | 1/15/15 email from Cdr. Evans to Adm. Jackson and Capt. Eldredge, copying , subject: RE: GTMO GHOST as discussed |
| **E17** | | | 00042143 | 1/15/15 email from Adm. Jackson to Capt. Nettleton and Capt. Gray, copying XO Ross, K. Wirfel, and others, subject: RE: QUERY FROM CAROL ROSENBERG (UNCLASSIFIED) |
| **E18** | | | 00042166 | 1/15/15 email from Cdr. Evans to Adm. Jackson and SA Snowdon, copying Capt. Gray and others, subject: RE: Trial Counsel to GTMO |

US v JOHN NETTLETON                          Case No 3:19-cr-0001-TJC-PDB

| E19 | | | 00042170 | 1/15/15 email from Adm. Jackson to Adm. Smith and Capt. Eldredge, copying Adm. Jackson, subject: Follow-up questions |
|---|---|---|---|---|
| E20 | | | 00042177 | 1/15/15 email from SA Snowdon to Adm. Jackson, Capt. Gray, and others, copying Various recipients, subject: FW: 15JAN15 Update re V/TUR Investigation |
| E21 | | | 00288605-00288607 | 1/15/15 email from Capt. Nettleton to Adm. Jackson and Capt. Gray, copying XO Ross, K. Wirfel, and others, subject: RE: QUERY FROM CAROL ROSENBERG (UNCLASSIFIED) |
| E22 | | | 00042172 | 1/16/15 email from Capt. Gray to SA Snowdon, copying , subject: RE: 15JAN15 Update re V/TUR Investigation |
| E23 | | | 00042176 | 1/16/15 email from Capt. Nettleton to Adm. Jackson, copying Capt. Gray, subject: RE: Checking In |
| E24 | | | 00288640 | 1/16/15 email from Adm. Jackson to Adm. Smith, copying Adm. Jackson, Capt. Gray, and others, subject: Update: FOUO: GTMO Death Investigation of NEX employee |
| E25 | | | 00042190 | 1/17/15 email from Capt. Nettleton to Adm. Jackson, copying , subject: Saturday |
| E26 | | | 00288578 | 1/17/15 email from XO Ross to Adm. Jackson, copying Capt. Nettleton and Capt. Gray, subject: RE: Memorial! |
| E27 | | | 00042193-00042194 | 1/20/15 email from Capt. Eldredge to Adm. Jackson, copying , subject: RE: Your call |

US v JOHN NETTLETON                                    Case No 3:19-cr-0001-TJC-PDB

| | | | | |
|---|---|---|---|---|
| **E28** | | | 00042195-00042196 | 1/20/15 email from Capt. Eldredge to Adm. Jackson, copying , subject: RE: Your call |
| **E29** | | | 00288705-00288708 | 1/20/15 email from Capt. Eldredge to Adm. Jackson, copying , subject: RE: Your call |
| **E30** | | | 00042204 | 1/21/15 email from Adm. Jackson to Capt. Nelson, copying Adm. Jackson and others, subject: Update |
| **E31** | | | 00042232 | 5/28/15 email from Adm. Jackson to Adm. Smith, copying Adm. Jackson, Capt. Gray, and others, subject: GTMO Death Investigation - Update |
| **E32** | | | 00332447-00332449 | Jan. 13, 2015 email from Capt. Nettleton to SA Bisesi, subject: FW: Update on Guantanamo Bay Loss |
| | | | | **<u>Diagrams and Summary Charts</u>** |
| **DI1** | | | 00449722-00449727 | Blood Diagram – Sitting Room |
| **DI2** | | | 00449714-00449719 | Blood Diagram – Kitchen |
| **DI3** | | | 00449699-00449704 | Blood Diagram – Bar Room |
| **DI4** | | | 00449720-00449721 | Blood Diagram – Master Bath |
| **DI5** | | | 00449728-00449731 | Blood Diagram – Whole House |
| **DI6** | | | 00449705-00449707 | Blood Diagram - Dock |

| CH1 | | | [to be provided] | Telephone Records and Device Download Summary Chart from Jan. 9 to Jan. 11, 2015 (all sources) |
| CH2 | | | [to be provided] | Telephone Records and Device Download Summary Chart from Jan. 9 to Jan. 11, 2015 (limited sources) |
| CH3 | | | [to be provided] | Summary of Julia Nettleton Communications from January 9 to January 10, 2015 |
| | | | **Grand Jury Transcripts** | |
| GJ1 | | | 00445381-00445451 | Christopher Scott Gray 08DEC16 |
| GJ2 | | | 00445452-00445494 | Dawnell Pavao 10NOV16 |
| GJ3 | | | 00445495-USSDOJ-00445591 | Eric Bohyer 08DEC16 |
| GJ4 | | | 00445556-0045574 | Jacob Nettleton 22OCT15 |
| GJ5 | | | 00445607-00445639 | John Riley Nettleton 22OCT2015 |
| GJ6 | | | 00445575-00445606 | John Riley Nettleton (2)  11MAY17 |
| GJ7 | | | 00445787-00445848 | Julia Nettleton 22OCT15 |
| GJ8 | | | 00445667-00445786 | Julia Nettleton (2) 11MAY17 |
| GJ9 | | | 00445849-00445866 | Kelby Brake 22OCT15 |
| GJ10 | | | 00445867-00445927 | Kelly Wirfel 03DEC15 |
| GJ11 | | | 00445928-00446039 | Lara Sabonash 14DEC17 |

US v JOHN NETTLETON                                    Case No 3:19-cr-0001-TJC-PDB

| GJ12 | | | 00446040-00446130 | Lara Tur 03DEC15 |
|------|--|--|-------------------|------------------|
| GJ13 | | | 00446131-00446150 | Lee Merrill 10NOV16 |
| GJ14 | | | 00446151-00446153 | Leslee Nettleton 22OCT15 |
| GJ15 | | | 004446154 | Leslee Stafford |
| GJ16 | | | 00446232-00446254 | Madison Tur 22OCT2015 |
| GJ17 | | | 00446255-00446326 | Paul Tidd 23MAR17 |
| GJ18 | | | 00446327-00446406 | Randall Barger 23MAR17 |
| GJ19 | | | 00446407-00446425 | Savannah Tur 22OCT15 |
| GJ20 | | | 00446426-00446443 | Susan Merrill 10NOV16 |
| GJ21 | | | 00446444-00446505 | Tara Culbertson 11MAY17 |
| | | | | |