UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:19-cr-00001-TJC-PDB

UNITED STATES OF AMERICA,

v.

JOHN R. NETTLETON,
        Defendant.
_____/

## JOHN NETTLETON'S WITNESS LIST

Defendant JOHN R. NETTLETON, by and through below counsel, hereby files this

Witness List of persons Defendant may call to testify at trial as follows:

1. Tara Culberson
2. Nancy Devore
3. Dr. Christopher Gordon
4. Shaun Grant
5. Anthony Thibodeaux
6. Kelly Wirful
7. Erica Bisesi
8. William Elflein
9. Carrie MacNamara
10. Michael Scherach
11. Patrice Austin
12. Mark Cameron
13. Paul Tidd
14. Julius McManus
15. Colin Caswell
16. Jeffrey Tidwell
17. Kevin Robarge
18. Julia Nettleton
19. Lara Sabonash
20. Any persons listed on the Government's witness list

Submitted on Dec. 12, 2019, by

s/ Daniel Schwarz

1

Daniel Schwarz
FBN 84665
245 SE 1st Street, Suite 404
Miami, FL 33131
Phone: 305-900-0481
Fax: 305-503-6973
Daniel@danielschwarzlaw.com

Colby Vokey
Texas Bar No. 24043391
The Law Firm of Colby Vokey PC
6924 Spanky Branch Court
Dallas, TX 75248
Phone: 214-697-0274
Fax: 214-594-9034
Email: vokeylaw@colbyvokey.com

Terence Lenamon
Fla. Bar No. 970476
Terence Lenamon P.A.
245 SE 1st Street, Ste. 404
Miami, FL 33131
Phone: 305-373-9911
Fax: 305-503-6973
Email: terry@lenamonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on Dec. 12, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, and thereby served on all interested parties.

s/ Daniel Schwarz
Daniel Schwarz