UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:19-cr-00001-TJC-PDB

UNITED STATES OF AMERICA,

v.

JOHN R. NETTLETON,
    Defendant.
_____/

## JOHN NETTLETON'S EXHIBIT LIST

Defendant JOHN R. NETTLETON, by and through below counsel, hereby files the attached Exhibit List for trial.

Submitted on Dec. 12, 2019, by

| | |
|---|---|
| s/ Daniel Schwarz | Colby Vokey |
| Daniel Schwarz | Texas Bar No. 24043391 |
| FBN 84665 | The Law Firm of Colby Vokey PC |
| 245 SE 1st Street, Suite 404 | 6924 Spanky Branch Court |
| Miami, FL 33131 | Dallas, TX 75248 |
| Phone: 305-900-0481 | Phone: 214-697-0274 |
| Fax: 305-503-6973 | Fax: 214-594-9034 |
| Daniel@danielschwarzlaw.com | Email: vokeylaw@colbyvokey.com |

Terence Lenamon
Fla. Bar No. 970476
Terence Lenamon P.A.
245 SE 1st Street, Ste. 404
Miami, FL 33131
Phone: 305-373-9911
Fax: 305-503-6973
Email: terry@lenamonlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on Dec. 12, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, and thereby served on all interested parties.

                                  s/ Daniel Schwarz
                                  Daniel Schwarz

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:19-cr-00001-TJC-PDB

UNITED STATES OF AMERICA,

v.

JOHN R. NETTLETON,
    Defendant.
_____/

**JOHN NETTLETON'S EXHIBIT LIST**

| Def. # | Govt. # | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|---|
| A | | | | | Bloodstain documentation, photographs (USDOJ Bates 443473-443550) |
| B | | | | | Nettleton house/blood diagrams (USDOJ Bates 449699-449731) |
| C | | | | | Photos of blood at and around John Nettleton's house, dock area (Govt. Discovery #8, additional photos) |
| D | | | | | Any and all photographs taken inside, outside, or near Nettleton's home and boat dock (Government's misc. discovery) |
| E | | | | | Miscellaneous Guantanamo Bay, John Nettleton residence, etc. photographs (USDOJ Bates 448674-448909) |
| F | | | | | Miscellaneous photographs (USDOJ Bates 448974-449043) |
| G | | | | | Aerial photograph of John Nettleton's house, Bayview Club, surrounding areas (USDOJ Bates 442530) |
| H | | | | | Maps/charts of Guantanamo Bay Naval Station (to be provided) |
| I | | | | | Photographs of Guantanamo Bay Naval Station (to be provided) |
| J | | | | | Dr. Christopher Gordon reports, including autopsy reports |
| K | | | | | Dr. Christopher Gordon e-mails |
| L | | | | | Miscellaneous e-mails (USDOJ Bates 70303-70511) |
| M | | | | | Christopher Tur toxicology and pathology reports |
| N | | | | | Christopher Tur medical records |

| | | | | | | |
|---|---|---|---|---|---|---|
| O | | | | | | Charity Day NCIS reports |
| P | | | | | | Walter Bulnes NCIS reports |
| Q | | | | | | Carrie McNamara NCIS reports |
| R | | | | | | Michael Sherach NCIS reports |
| S | | | | | | William Elflein NCIS reports |
| T | | | | | | Patrice Austin NCIS reports |
| U | | | | | | Rick Dunwoodie NCIS reports |
| V | | | | | | Douglas Robinson NCIS reports |
| W | | | | | | Rachel Clergy NCIS reports |
| X | | | | | | Erica Bisesi NCIS reports |
| Y | | | | | | Jason Boswell NCIS reports |
| Z | | | | | | Jodi Gamble NCIS reports |
| A-2 | | | | | | Gregory Hall NCIS reports |
| B-2 | | | | | | Amie Houghton NCIS reports |
| C-2 | | | | | | Fitness Reports for John Nettleton |
| D-2 | | | | | | Instructions relating to possession of firearms in servicemembers' homes |
| E-2 | | | | | | Instruction guide/Operational Reports guide for Navy Blue communications |
| F-2 | | | | | | Phone records for 77553, 7887, and 84600 |
| G-2 | | | | | | Mary Jackson e-mails |
| H-2 | | | | | | Statements of Mary Jackson |
| I-2 | | | | | | Scott Gray e-mails |
| J-2 | | | | | | Statements of Scott Gray |
| K-2 | | | | | | Alonza Ross e-mails |
| L-2 | | | | | | Statements of Alonza Ross |

| | | | | | |
|---|---|---|---|---|---|
| M-2 | | | | | Dale Ziegler e-mails |
| N-2 | | | | | Statements of Dale Ziegler |
| O-2 | | | | | Rick Dunwoodie e-mails |
| P-2 | | | | | Dixon Smith e-mails |
| Q-2 | | | | | John Nettleton e-mails |
| R-2 | | | | | E-mails between Christopher Tur's family members and NCIS agents |
| S-2 | | | | | Statements of Mark Cameron |
| T-2 | | | | | Statements of Randall Barger |
| U-2 | | | | | Statements of Erica Bisesi |
| V-2 | | | | | Statements of Tara Culberson |
| W-2 | | | | | Statements of Nancy Devore |
| X-2 | | | | | Statements of Shaun Grant |
| Y-2 | | | | | Statements of Leon Hendricks |
| Z-2 | | | | | Statements of Stephen Shewell |
| A-3 | | | | | Statements of Leslee Stafford |
| B-3 | | | | | Statements of Anthony Thibodeaux |
| C-3 | | | | | Statements of Paul Tidd |
| D-3 | | | | | Statements of Jeffrey Tidwell |
| E-3 | | | | | Statements of Kelly Wirful |
| F-3 | | | | | Statements of Walter Bulnes |
| G-3 | | | | | Statements of Lara Sabanosh |
| H-3 | | | | | Any and all statements taken by NCIS agents relating to the Tur/Nettleton investigation |
| I-3 | | | | | Any and all grand jury transcripts |
| J-3 | | | | | Any and all documents listed on the Government's exhibit list |