**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  Case No. 3:19-cr-1-J-32PDB

JOHN R. NETTLETON

## O R D E R

Having received a request by a member of the press, the Court waives the requirements of Administrative Order regarding Photography, Broadcasting, Television and Recording Equipment, Case No.3:13-mc-38, for the limited purpose of allowing any member of the press to enter the courthouse with a laptop computer or tablet (no cellular phone) to attend the December 16, 2019 proceedings at 2:00 p.m. in Courtroom 10D and the hearing immediately following in Courtroom 5B before Judge Barksdale. Any member of the press entering the courthouse with a laptop or tablet must present Court Security Officers with media credentials and a copy of this order. Additionally, Defendant John R. Nettleton is permitted to bring a laptop, tablet, or cell phone into the courthouse; however, all cell phones must be turned off in the courtroom. Live transmission of any kind from the courtroom while Court is in session is prohibited. The prohibition includes, but is not limited to, texting,

emailing, tweeting, blogging, and messaging or posting via social media. In addition, no audio or video recording is allowed in the courthouse at any time.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of December, 2019.

                                              TIMOTHY J. CORRIGAN
                                              United States District Judge

jb
Copies:
The Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of Record
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Court Security Officer Division Mgr.
Division Mgr.
Defendant