UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 3:19-cr-00001-TJC-PDB |
| | ) |
| JOHN R. NETTLETON, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S NOTICE OF INTENT NOT TO USE EVIDENCE**

The Government respectfully submits this notice regarding its intent not to introduce evidence in its case-in-chief of the use of Bluestar in the above-captioned trial. At the December 16, 2019 pretrial hearing, the Court took under advisement continuing arguments regarding the Defendant's motion to preclude the Government from introducing evidence regarding the use of Bluestar to search for and photograph suspected invisible blood in and around the Defendant's home and private boat dock. *See* Dkt. 36 at 3 (Motion in Limine); Dkt. 45 at 3-4 (Order).

Upon further consideration, the Government no longer seeks to admit evidence concerning the use of Bluestar in its case-in-chief. As discussed at the hearing on December 16, 2019, the Government will still seek to admit evidence that a swab, D5, was taken from the Defendant's private boat dock which was later determined through testing to be blood that matched Chris Tur's DNA, but it will not seek to admit evidence that swab was taken because the area in which it was taken had a positive reaction to the use of Bluestar. The Government will also not seek to admit evidence

that four swabs (D1-D4) were taken from other areas which had a positive reaction to the use of Bluestar and were not found to be blood .

The Government will still seek to admit evidence of swabs taken inside the Defendant's residence at locations where there was suspected visible blood. However, it will not seek to admit photographs, testimony, and other evidence concerning the subsequent application of Bluestar to those same areas inside the residence and the positive reaction that was photographed. Accordingly, the Government consents to the Court granting the Defendant's Motion in Limine to preclude the Government from introducing evidence concerning the use of Bluestar regarding these matters.

Respectfully submitted,

*/s/ Peter M. Nothstein*
*Counsel for the Government*
TODD GEE
Deputy Chief, Public Integrity Section
Todd.Gee2@usdoj.gov
PETER M. NOTHSTEIN
Trial Attorney, Public Integrity Section
Peter.Nothstein@usdoj.gov
Criminal Division
U.S. Department of Justice
1331 F Street, NW
3rd Floor
Washington, DC, 20005
Telephone:  (202) 514-1412

DATED:  December 16, 2019

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

Dated: December 16, 2019         /s/ *Peter M. Nothstein*
                                             Todd Gee, Deputy Chief
                                             Peter M. Nothstein, Trial Attorney
                                             Public Integrity Section
                                             Criminal Division
                                             U.S. Department of Justice