# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    Case No. 3:19-cr-1-J-32PDB

JOHN R. NETTLETON

---

## O R D E R

On December 16, 2019, the Court held a final pretrial conference, the record of which is incorporated herein.

For the reasons stated on the record, it is hereby

**ORDERED:**

1. On the Government's representation that it no longer intends to offer the opinion testimony of C.D., Defendant's Motion in Limine to preclude the Government from introducing testimony from C.D. that the paper towel he found looked as though it was used for cleaning up blood and not pressed against a wound (Doc. 36 at 1–2), is **MOOT**.

2. On the Government's Notice of Intent not to Use Evidence (Doc. 64), Defendant's Motion in Limine to preclude the Government from introducing evidence that blood was discovered based on the use of Bluestar (Doc. 36 at 2–3), is **MOOT**.

3.  Defendant's Motion in Limine to preclude the Government from making any statement or implying that because of Nettleton's actions no one will know what happened to Tur (Doc. 36 at 3), remains **deferred**. Before opening statements, the Government will proffer what it intends to say in its opening statement regarding this issue.

4.  Not later than **December 20, 2019**, the Government shall file with the Court: (a) its trial brief; (b) its motion in limine regarding Defendant Nettleton's proposed defense; (c) a revised exhibit list; (d) the recording and transcript of Defendant's January 2015 interview with NCIS; and (e) the autopsy report and accompanying photographs that the Government intends to admit.

5.  By that same date, Defendant shall file a motion, with citations to authorities, regarding researching potential juror's social media during voir dire, and he shall file a revised exhibit list.

6.  Not later than **December 23, 2019**, the Government shall provide a copy of all paper and electronic exhibits. Defendant shall also provide a copy of all exhibits he intends to admit in his case in chief that are not included in the Government's exhibits.

7.  By that same date, the parties shall finalize all stipulations for trial.

8. Not later than **December 31, 2019**, Defendant, if he chooses, may file a response to the Government's motion in limine.

9. By that same date, the Government, if it chooses, may file a response to Defendant's motion to research potential juror's social media during voir dire.

10. Not later than **January 3, 2020**, the Government shall disclose to Defendant the witnesses it intends to call on the first day of trial, and in what order.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of December, 2019.

*[signature: Timothy J. Corrigan]*

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:
The Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of Record
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant