United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.                                                                                                   NO.  3:19-cr-01-J-32PDB

**JOHN R. NETTLETON**

---

## Clerk's Minutes

| Proceeding | Conference to Discuss Jury Selection |
|---|---|
| Date | December 16, 2019 |
| Time | 4:05—30 pm. |
| Judge | Patricia Barksdale, United States Magistrate Judge |
| Courtroom Deputy | Angela Loeschen, Courtroom Deputy |
| Counsel for United States | Todd Gee, Esquire<br>Pater Nothstein, Esquire |
| Counsel for Defendant | Colby Vokey, Esquire<br>Terence Lenamon, Esquire |
| Court Reporter | Helen Anderson, Court Reporter (Cornerstone) |

The parties were present to discuss the January 6, 2020, jury selection.

Judge Barksdale advised the parties that she will discuss preliminary matters with the parties on January 6, 2020, at 8:30 a.m., in Courtroom 10D.

Mr. Vokey asked for leave to ask prospective jurors questions himself. Judge Barksdale directed him to submit the questions he would like to ask and stated that the United States can raise any objections to the proposed questions on January 6, 2020, before jury selection.

Mr. Volkey stated he has no objections to the statement of case as filed and requested minor changes to the proposed voir dire. Mr. Gee did not oppose any of the changes.

Judge Barksdale advised Mr. Nettleton and his counsel that a jury room on the fifth floor is available to use as a conference room or "home base" during trial.