**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                              Case No. 3:19-cr-1-J-32PDB

JOHN R. NETTLETON

## O R D E R

Pursuant to Rules 4.11(b) and 1.01(c), Local Rules, United States District Court, Middle District of Florida, it is hereby

**ORDERED:**

The Administrative Order regarding Photography, Broadcasting, Television and Recording Equipment, Case No. 3:13-mc-38, is hereby waived and modified for the limited purpose of allowing **John R. Nettleton and any paralegal assisting the parties** to bring cell phones and/or laptops into the building during the trial of the above captioned matter, commencing on **January 6, 2020**. Cell phones must be turned off while in the courtroom and any live transmission from the courtroom is prohibited.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of December, 2019.

                                                           TIMOTHY J. CORRIGAN
                                                           United States District Judge

md
Copies:
U.S. Marshal Service
Court Security Officer
Division Manager