UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:19-cr-00001-TJC-PDB

UNITED STATES OF AMERICA,

v.

JOHN R. NETTLETON,
        Defendant.
_____/

## JOHN NETTLETON'S REVISED EXHIBIT LIST

Defendant JOHN R. NETTLETON, by and through below counsel, hereby files the

attached Exhibit List for trial.

Submitted on Dec. 20, 2019, by

s/ Daniel Schwarz
Daniel Schwarz
FBN 84665
245 SE 1st Street, Suite 404
Miami, FL 33131
Phone: 305-900-0481
Fax: 305-503-6973
Daniel@danielschwarzlaw.com

Colby Vokey
Texas Bar No. 24043391
The Law Firm of Colby Vokey PC
6924 Spanky Branch Court
Dallas, TX 75248
Phone: 214-697-0274
Fax: 214-594-9034
Email: vokeylaw@colbyvokey.com

Terence Lenamon
Fla. Bar No. 970476
Terence Lenamon P.A.
245 SE 1st Street, Ste. 404
Miami, FL 33131
Phone: 305-373-9911
Fax: 305-503-6973
Email: terry@lenamonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on Dec. 20, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, and thereby served on all interested parties.

s/ Daniel Schwarz
Daniel Schwarz

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:19-cr-00001-TJC-PDB

UNITED STATES OF AMERICA,

v.

JOHN R. NETTLETON,
            Defendant.
_____/

## JOHN NETTLETON'S REVISED EXHIBIT LIST

| Def. # | Govt. # | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|---|
| 1 | | | | | Photograph of dock at Nettleton home, USDOJ Bates 450518 |
| 2 | | | | | Photograph of dock at Nettleton home, USDOJ Bates 450526 |
| 3 | | | | | Photograph of dock at Nettleton home, USDOJ Bates 450528 |
| 4 | | | | | Photograph of house/steps at Nettleton home, USDOJ Bates 450540 |
| 5 | | | | | Photograph of Nettleton home, USDOJ Bates 450545 |
| 6 | | | | | Photograph of Nettleton home back/side USDOJ Bates 450546 |
| 7 | | | | | Photograph of Nettleton home walkway, USDOJ Bates 450549 |
| 8 | | | | | Photograph of Nettleton home back/side, USDOJ Bates 450550 |
| 9 | | | | | Photograph of Nettleton home gate, USDOJ Bates 450551 |
| 10 | | | | | Photograph of Nettleton home back/side, USDOJ Bates 450552 |
| 11 | | | | | Photograph of Nettleton home yard, USDOJ Bates 450554 |
| 12 | | | | | Photograph of Nettleton home yard, USDOJ Bates 450557 |
| 13 | | | | | Photograph of Nettleton home yard, USDOJ Bates 450559 |
| 14 | | | | | Photograph of Nettleton home yard/fence, USDOJ Bates 450563 |
| 15 | | | | | Photograph of Nettleton home fence, USDOJ Bates 450569 |

| 16 | | | | | Photograph of Nettleton home side/open space, USDOJ Bates 450573 |
| 17 | | | | | Photograph of Nettleton home, USDOJ Bates 450574 |
| 18 | | | | | Photograph of Nettleton home porch, USDOJ Bates 450603 |
| 19 | | | | | Photograph Nettleton home living area, USDOJ Bates 450604 |
| 20 | | | | | Photograph of Nettleton home stairwell, USDOJ Bates 450618 |
| 21 | | | | | Photograph of Nettleton home entryway, USDOJ Bates 450619 |
| 22 | | | | | Photograph of Nettleton home office, USDOJ Bates 450628 |
| 23 | | | | | Photograph of Nettleton home office, USDOJ Bates 450631 |
| 24 | | | | | Photograph of Nettleton home office, USDOJ Bates 450632 |
| 25 | | | | | Photograph of Nettleton home living room, USDOJ Bates 450670 |
| 26 | | | | | Photograph of Nettleton home living room, USDOJ Bates 450674 |
| 27 | | | | | Photograph of Nettleton home living room, USDOJ Bates 450683 |
| 28 | | | | | Photograph of Nettleton home dining area, USDOJ Bates 450684 |
| 29 | | | | | Photograph of Nettleton home tv room, USDOJ Bates 450685 |
| 30 | | | | | Photograph of Nettleton home dining area, USDOJ Bates 450686 |
| 31 | | | | | Photograph of Nettleton home doorway, USDOJ Bates 450692 |
| 32 | | | | | Photograph of Nettleton home seating area, USDOJ Bates 450695 |
| 33 | | | | | Photograph of Nettleton home kitchen, USDOJ Bates 450697 |
| 34 | | | | | Photograph of Nettleton home hallway, USDOJ Bates 450698 |
| 35 | | | | | Photograph of Nettleton home kitchen, USDOJ Bates 450702 |
| 36 | | | | | Photograph of Nettleton home kitchen, USDOJ Bates 450706 |
| 37 | | | | | Photograph of Nettleton kitchen doorway, USDOJ Bates 450708 |
| 38 | | | | | Photograph of Nettleton home kitchen, USDOJ Bates 450710 |
| 39 | | | | | Photograph of Nettleton home kitchen/seating area, USDOJ Bates 450713 |

| | | | | | |
|---|---|---|---|---|---|
| 40 | | | | | Photograph of Nettleton home doorway, USDOJ Bates 450715 |
| 41 | | | | | Aerial map of Guantanamo Bay, USDOJ Bates 451134 |
| 42 | | | | | Aerial map of Guantanamo Bay, USDOJ Bates 451135 |
| 43 | | | | | Aerial map of Guantanamo Bay, USDOJ Bates 451136 |
| 44 | | | | | Aerial map of Guantanamo Bay, USDOJ Bates 451137 |
| 45 | | | | | Aerial map of Guantanamo Bay, USDOJ Bates 451138 |
| 46 | | | | | Aerial map of Guantanamo Bay, USDOJ Bates 451139 |
| 47 | | | | | Blood diagram, Nettleton home bar room, USDOJ Bates 449700 |
| 48 | | | | | Diagram, Nettleton home bar room, USDOJ Bates 449703 |
| 49 | | | | | Blood diagram, Nettleton dock, USDOJ Bates 449705 |
| 50 | | | | | Diagram, Nettleton home hallway, USDOJ Bates 449710 |
| 51 | | | | | Blood diagram, Nettleton home hallway, USDOJ Bates 449711 |
| 52 | | | | | Diagram, Nettleton home kitchen, USDOJ Bates 449716 |
| 53 | | | | | Blood diagram, Nettleton home kitchen, USDOJ Bates 449719 |
| 54 | | | | | Blood diagram, Nettleton home master bath, USDOJ Bates 449721 |
| 55 | | | | | Blood diagram, Nettleton home sitting room, USDOJ Bates 449723 |
| 56 | | | | | Blood diagram, Nettleton home sitting room, USDOJ Bates 449725 |
| 57 | | | | | Diagram, Nettleton whole home, USDOJ Bates 449728 |
| 58 | | | | | Blood diagram, Nettleton whole home, USDOJ Bates 449731 |