UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-cr-00001-TJC-PDB |
| | ) | |
| JOHN R. NETTLETON, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S REVISED EXHIBIT LIST

Attached please find the Government's revised exhibit list in the above-captioned matter.

Respectfully submitted,

*/s/ Peter M. Nothstein*
*Counsel for the Government*
TODD GEE
Deputy Chief, Public Integrity Section
Todd.Gee2@usdoj.gov
PETER M. NOTHSTEIN
Trial Attorney, Public Integrity Section
Peter.Nothstein@usdoj.gov
Criminal Division
U.S. Department of Justice
1331 F Street, NW
3rd Floor
Washington, DC, 20005
Telephone:   (202) 514-1412


DATED:  December 20, 2019

US v. JOHN NETTLETON                                    Case No. 3:19-cr-0001-TJC-PDB

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date, I electronically filed the foregoing

pleading with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to the attorneys of record for the defendant.

Dated: December 20, 2019            _/s/ Peter M. Nothstein_____
                                    Todd Gee, Deputy Chief
                                    Peter M. Nothstein, Trial Attorney
                                    Public Integrity Section
                                    Criminal Division
                                    U.S. Department of Justice

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

Government ___X___

v                                               Case No  3:19-cr-0001-TJC-PDB

JOHN R NETTLETON                        _____ Evidentiary
                                         ___X___ Trial
          Defendant _____

| Exhibit Number | Date/Witness Identified | Date/Witness Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | | | | Stipulation: Discovery, recovery, identification, and chain-of-custody of body |
| 2 | | | | Stipulation: DNA testing of suspected blood swabs taken from Defendant's residence |
| 3 | | | | Stipulation: Discovery and DNA testing of paper towel with suspected blood |
| 4 | | | | Stipulation: Toxicology reports of Dr. George Jackson |
| 5 | | | | Stipulation: Authenticity and admissibility of telephone records, reports on downloads of electronic devices, and summary charts |
| 6 | | | | Map – Overview of GTMO [00451138] |

| | | | | |
|---|---|---|---|---|
| **7** | | | | Map – Overview of GTMO (Windward Side) [00451134][00451134] |
| **8** | | | | Map – Deer Point [00451135]00451135] |
| **9** | | | | Map – Location of Recovery of Tur's Body [00451136] |
| **10** | | | | Reserved |
| **11** | | | | L. Tur Cell Phone Nokia Model RM-975 (S/N 353047062574912) [00442516-00442677] |
| **12** | | | | L. Tur Cell Phone Nokia Model RM-975 ( S/N 353047068259575) [00441295-00441309] |
| **13** | | | | Capt. Nettleton Blackberry Curve 9220 (IMEI 352660058277471) [00442224-00442238] |
| **14** | | | | Julia Nettleton iPad (S/N DMQHQQ5PDJ8T) [00442516-00442677] |
| **15** | | | | R. Nettleton's iPhone (S/N C8PHX17MDTFD) [00441295-00441309] |
| **16** | | | | Mobile Data Extraction of T. Heath's iPhone [00440995] |
| **17** | | | | Mobile Data Extraction of K. Wirfel Blackberry [00440995] |
| **18** | | | | Mobile Data Extraction of L. Tur's phone [00440995] |
| **19** | | | | Mobile Data Extractions of L. Tur Cell Phones Nokia Model RM-975, (S/N 353047062574912) and Nokia Model RM-975 (S/N |

| | | | | |
|---|---|---|---|---|
| | | | | 35304706825975) [00268233-00268474] |
| **20** | | | | Mobile Data Extraction of Capt. Nettleton Blackberry Curve 9220 (IMEI 352660058277471) [00440995] |
| **21** | | | | Mobile Data Extraction of K. McManus's iPad Mini [004400995] |
| **22** | | | | Mobile Data Extraction of L. Nettleton's phone [00440995] |
| **23** | | | | Mobile Data Extraction of Julia Nettleton's iPad [00440995] |
| **24** | | | | Printed excerpt of Mobile Data Extraction of Julia Nettleton's iPad [10/22/15, GJ Ex 1] [00445548-00445550] |
| **25** | | | | Mobile Data Extraction of R. Nettleton Phone (S/N C8PHX17MDTFD) [00440995] |
| **26** | | | | Phone Records for Ext 7887 (Nettleton Residence) [0267561-0267571] |
| **27** | | | | GTMO Telephone Records [0268771-0268816] |
| **28** | | | | Summary Chart of Telephone Records and Device Downloads from Jan. 9 to Jan. 11, 2015 [00450471-00450514] |
| **29** | | | | Summary Chart of Julia Nettleton Communications from Jan. 9 to Jan. 10, 2015 [00450457-00450470] |
| **30-34** | | | | Reserved |
| **35** | | | | Charge of Command [00444195-00444201] |

| | | | | |
|---|---|---|---|---|
| **36(a)** | | | | Swab from bottom of west handrail of walkway to boat dock |
| **36(b)** | | | | Swab from north end of handrail of walkway to boat dock |
| **36(c)** | | | | Swab from south end of handrail of walkway to boat dock |
| **36(d)** | | | | Swab from curb near fold down stairs on boat dock |
| **36(e)** | | | | Swab from concrete steps on east side of boat dock |
| **37(a)-37(e)** | | | | Reserved |
| **37(f)** | | | | Two swabs from AT&T telephone on kitchen counter near bar area entryway |
| **37(g)** | | | | Swab from wall (57" from floor) in corner between sitting area and dining room/living room |
| **37(h)** | | | | Swab from wall (50" from floor) in corner between sitting area and dining room/living room |
| **37(i)** | | | | Two swabs from dining area wall |
| **38** | | | | Bloody Paper Towel |
| **39(a)** | | | | Reserved |
| **39(b)** | | | | Two swabs from left side of sink in downstairs master bathroom |
| **39(c)** | | | | Two swabs from right side of sink in downstairs master bathroom |
| **39(f)** | | | | Two swabs from sink drain in master bathroom |
| **39(h)** | | | | Two swabs from corner of green trunk in sitting room |

US v JOHN NETTLETON                                Case No 3:19-cr-0001-TJC-PDB

| 39(i) | | | | Two swabs from front side of green trunk in sitting room |
|---|---|---|---|---|
| 39(j) | | | | Two swabs from side of green trunk |
| 39(k) | | | | Two swabs from sitting room floor |
| 39(l) | | | | Two swabs from sitting room floor |
| 39(m) | | | | Two swabs from sitting room floor |
| 39(n) | | | | Two swabs from sitting room floor |
| 39(o) | | | | Two swabs from sitting room floor |
| 39(p) | | | | Two swabs from door frame between sitting room and bar area (east side) |
| 39(q) | | | | Two swabs from door frame between sitting room and bar area (east side) |
| 39(r) | | | | Two swabs from door frame between sitting room and bar area (west side) |
| 39(s) | | | | Two swabs from door frame between sitting room and bar area (west side) |
| 39(t) | | | | Two swabs from glass on door between living room hall and bar area |
| 39(u) | | | | Two swabs from exterior door of living room hallway to outside |
| 39(v) | | | | Two swabs from interior door handle of exterior door of living room hallway to outside |
| 39(w) | | | | Two swabs from door between bar area and living room hallway |
| 40-43 | | | | Reserved |

| | | | | |
|---|---|---|---|---|
| **44(a)** | | | | Two swabs from table in kitchen |
| **44(b)** | | | | Two swabs from chair in kitchen, middle of south end |
| **44(c)** | | | | Two swabs from north side of kitchen/bar area doorway |
| **44(d)** | | | | Two swabs from south side of kitchen/bar area doorway |
| **44(e)** | | | | Two swabs from door area to kitchen /bar |
| **44(f)** | | | | Swab from Black shelf - north edge of bottom shelf |
| **44(g)** | | | | Swab from Black shelf - west edge of bottom shelf |
| **44(h)** | | | | Two swabs from wall of bar area between shelves |
| **44(i)** | | | | Two swabs from wall of bar area between shelves |
| **44(j)** | | | | Two swabs from south side, top left corner of butcher block table in northwest corner of bar area |
| **44(k)** | | | | Two swabs from right half of south side of butcher block table in northwest corner of bar |
| **44(l)** | | | | Two swabs from bottom of the southwest corner of butcher block table in northwest corner of bar area |
| **44(m)** | | | | Two swabs from top left corner of east side of butcher block table in northwest corner of bar area |
| **44(n)** | | | | Two swabs from southeast leg of butcher block table in northwest corner of bar |

| | | | | |
|---|---|---|---|---|
| **44(o)** | | | | Two swabs from southeast leg of butcher block table in northwest corner of bar area |
| **44(p)** | | | | Two swabs from bottom middle of east side of butcher block table in northwest corner of bar area |
| **44(q)** | | | | Two swabs from northeast leg facing inside and underneath butcher block table in northwest corner of bar area |
| **44(r)** | | | | Two swabs from inside lower portion of northeast leg of butcher block table in northwest corner of bar area |
| **44(s)** | | | | Two swabs from northwest leg of butcher block table in northwest corner of bar area |
| **44(t)** | | | | Two swabs from Butcher block table in northwest corner of bar area - 2 swabs from lower portion of northeast leg of butcher block |
| **44(u)** | | | | Two swabs from Butcher block table in northwest corner of bar area - 2 swabs from wall behind southwest side of butcher block |
| **44(v)** | | | | Two swabs from wall behind southeast corner of butcher block table |
| **44(w)** | | | | Two swabs from floor underneath southeast portion of butcher block table |
| **44(x)** | | | | Two swabs from wall behind north side of butcher block table |
| **44(y)** | | | | Two swabs from wall behind north side of butcher block table |

| | | | | |
|---|---|---|---|---|
| **44(z)** | | | | Two swabs from light switch on north wall above butcher block table |
| **44(aa)** | | | | Two swabs from wall behind northwest corner of butcher block table |
| **44(bb)** | | | | Two swabs from underneath north edge of butcher block table |
| **44(cc)** | | | | Two swabs from floor underneath southeast corner of butcher block table |
| **44(dd)** | | | | Two swabs from picture from on west wall of bar area |
| **44(ee)** | | | | Two swabs from door frame of exterior of exterior door |
| **44(ff)** | | | | Two swabs from  glass outside of exterior of exterior hallway door |
| **44(gg)** | | | | Two swabs from hallway side of door separating bar area and hallway |
| **44(hh)** | | | | Two swabs from hinge edge (interior) of bar door |
| **44(ii) – 44(ll)** | | | | Reserved |
| **44(mm)** | | | | Two swabs from sink faucet handles in bar area |
| **44(nn)** | | | | Two swabs from counter near sink and soap dispenser in bar area |
| **45-52** | | | | Reserved |
| **53(c)** | | | | Swab taken from bottom-side of shelf of bookcase |
| **53(d)** | | | | Swab taken from bottom-side of Shelf E of bookcase |

| 53(e) | | | | Swab taken from bottom-side of Shelf D of bookcase |
|---|---|---|---|---|
| 53(f) | | | | Swab taken from bottom-side of Shelf C of bookcase |
| 53(g) | | | | Swab taken from bottom-side of Shelf C of bookcase |
| 53(h) | | | | Swab taken from bottom-side of top shelf of bookcase |
| 53(i) | | | | Swab taken from side face of rail labeled G |
| 53(j) | | | | Swab from area A1 on rear side of rail labelled A |
| 54 | | | | Reserved |
| 55 | | | | Blood Diagram – Sitting Room [00451178] |
| 56 | | | | Blood Diagram – Kitchen [00451174] |
| 57 | | | | Blood Diagram – Bar Room [00451167] |
| 58 | | | | Blood Diagram – Hallway [00451173] |
| 59 | | | | Diagram – Whole House [004497289731] |
| 60 | | | | Blood Diagram – Whole House [00449731] |
| 61 | | | | Blood Diagram – Dock [00451170] |
| 62 | | | | Reserved |
| 63 | | | | Autopsy Report prepared by Dr. Christopher J. Gordon 00442383-00442390 |
| 64 | | | | Reports of Toxicology Examination prepared by Dr. |

US v JOHN NETTLETON                              Case No 3:19-cr-0001-TJC-PDB

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Gregory Jackson [00442391-00442394 |
| **65** |  |  |  | Certificate of Death [00442395] |
| **66** |  |  |  | 10 USC § 5947 [00449482] |
| **67** |  |  |  | US Navy Regulations [00449732-00449951] |
| **68** |  |  |  | US Navy Regulations, Ch 8 [00449789- 00449800] |
| **69** |  |  |  | US Navy Regulation Ch 8, § 1, art 0802 (also codified at 32 CFR § 700.802) [00449791-00449792] |
| **70** |  |  |  | US Navy Regulation Ch 8, § 1, art 0815 (also codified at 32 CFR § 700.815)[00449795] |
| **71** |  |  |  | US Navy Regulation Ch 8, § 1, art 0820 [00449797] |
| **72** |  |  |  | US Navy Regulation Ch 8, § 1, art 0826 (also codified at 32 CFR § 700.826) [00449798] |
| **73** |  |  |  | OPNAVINST 553014E  (also referred to as the Physical Security and Law Enforcement Program), Chapter 3, § 0300(a) [00449528-00449622] |
| **74** |  |  |  | CNRSE Notice 5214 [00449486-00449493] |
| **75** |  |  |  | OPNAVINST 31006H [00449494-00449527] |
| **76** |  |  |  | UCMJ 107 – False Official Statement [00449623] |
| **77** |  |  |  | UCMJ 128 – Assault [00449624] |
| **78** |  |  |  | UCMJ 133 – Conduct Unbecoming [00449625] |

| 79 | | | | UCMJ 134 – General Article [00449626] |
|----|--|--|--|----|
| 80 | | | | 1/12/15 anonymous on-line complaint sent to the Navy OIG [00441611-00441614] |
| 81 | | | | Written Statement of Adm. Mary Jackson on 6/5/15 [00443086-00443090] |
| 82 | | | | Calendar for January 2015 [to be provided] |
| 83 | | | | Adm. Mary Jackson notes [00444911] |
| 84 | | | | Autopsy Photo: Overall view of body waist up [00448917] |
| 85 | | | | Autopsy Photo: Overall view of body waist down [00448918] |
| 86 | | | | Autopsy Photo: Laceration above right eye [00448943-A] |
| 87 | | | | Autopsy Photo: Rib cage [00448960] |
| 88 | | | | Autopsy Photo: Rib cage [00448962] |
| 89 | | | | Autopsy Photo: Side of body [00448963] |
| 90 | | | | Body Recovery Photo: View of Body [00448980] |
| 91 | | | | Body Recovery Photo: View of body after recovery, waist up [00448974] |
| 92 | | | | Body Recovery Photo: View of body after recovery waist down [00448976] |

US v JOHN NETTLETON                                    Case No 3:19-cr-0001-TJC-PDB

| 93 | | | | Body Recovery Photo: Picture of Chris Tur's credit card and wallet [0044892] |
|---|---|---|---|---|
| 94 | | | | Body Recovery Photo: Picture of Chris Tur's driver's license found in his wallet [0044983] |
| 95 | | | | Morgue Photo: Keys and other items found in Chris Tur's pockets at the morgue [00449007] |
| 96 | | | | Morgue Photo: Lighter and change found in Chris Tur's pockets at the morgue [00449013] |
| 97 | | | | Paper Towel Discovery: view of towel [00449036] |
| 98 | | | | Paper Towel Discovery: close up view of paper towel [00449039] |
| 99 | | | | Photograph: GITMO watch tower [00448674] |
| 100 | | | | Photograph: Port area [00448693] |
| 101 | | | | Photograph: Port area [00448694] |
| 102 | | | | Photograph: Fueling barge [00448816] |
| 103 | | | | Photograph: Bayview exterior and sign [00448679] |
| 104 | | | | Photograph: Bayview driveway [00448680] |
| 105 | | | | Photograph: Internal view of entry way to the Bayview Club [00448774] |
| 106 | | | | Photograph: Side of Bayview Club [00448775] |
| 107 | | | | Photograph: Photo of sign for Bayview Club [00448776] |

US v JOHN NETTLETON                                   Case No 3:19-cr-0001-TJC-PDB

| 108 |  |  |  | Photograph: Front view of Bayview Club [00448777] |
|---|---|---|---|---|
| 109 |  |  |  | Photograph: Back of Bayview Club [00448778] |
| 110 |  |  |  | Photograph: Parking lot across from Bayview w/view of Deer Point Sign [00448779] |
| 111 |  |  |  | Photograph: Bayview at night [00448909] |
| 112 |  |  |  | Photograph: Bayview at night [00448910] |
| 113 |  |  |  | Photograph: Bayview at night [00448881] |
| 114 |  |  |  | Photograph: Bayview at night [00448882] |
| 115 |  |  |  | Photograph: Bayview parking lot at night [00448883] |
| 116 |  |  |  | Photograph: Bayview Parking Lot looking towards officers' quarters [00448830] |
| 117 |  |  |  | Photograph: Bayview interior [00448832] |
| 118 |  |  |  | Photograph: Patio Seating overlooking water/Bayview exterior [00448833] |
| 119 |  |  |  | Photograph: Patio Seating overlooking water/Bayview exterior [00448834] |
| 120 |  |  |  | Photograph: Patio Seating overlooking water/Bayview exterior [00448835] |

US v JOHN NETTLETON                          Case No 3:19-cr-0001-TJC-PDB

| | | | | |
|---|---|---|---|---|
| **121** | | | | Photograph: Event Room w/Piano-Bayview interior [00448836] |
| **122** | | | | Photograph: Event Room/Bayview interior [00448837] |
| **123** | | | | Photograph: Event Room/Bayview interior [00448838] |
| **124** | | | | Photograph: Event Room/Bayview Interior [00448838] |
| **125** | | | | Photograph: Event Room/Bayview Interior [00448840] |
| **126** | | | | Photograph: Event Room/Bayview interior [00448841] |
| **127** | | | | Photograph: Bayview lobby [00448866] |
| **128** | | | | Photograph: Bayview lobby [00448867] |
| **129** | | | | Photograph: Bayview lobby [00448868] |
| **130** | | | | Photograph: Bayview patio [00448869] |
| **131** | | | | Photograph: Bayview patio [00448870] |
| **132** | | | | Photograph: Bayview patio [00448871] |
| **133** | | | | Photograph: Bayview exterior [00448677] |

US v JOHN NETTLETON                                    Case No 3:19-cr-0001-TJC-PDB

| 134 | | | | Photograph: Bayview exterior [00448678] |
|---|---|---|---|---|
| 135 | | | | Photograph: Internal view of entry way to the Bayview Club [00448774] |
| 136 | | | | Photograph: Side of Bayview Club [00448775] |
| 137 | | | | Photograph: Bayview Parking lot looking towards officers' quarters [00448830] |
| 138 | | | | Photograph: View of Bayview from water [00448904] |
| 139 | | | | Photograph: Leeward Side [00448905] |
| 140 | | | | Photograph: Leeward Side [00448906] |
| 141 | | | | Photograph: Leeward Side [00448907] |
| 142 | | | | Photograph: Leeward Side [00448908] |
| 143 | | | | Photograph: Bayview at night [0448909] |
| 144 | | | | Photograph: Rick's Bar (stage area) [00448842] |
| 145 | | | | Photograph: Rick's Bar (bar area) [00448843] |
| 146 | | | | Photograph: Rick's Bar (bar area) [00448844] |
| 147 | | | | Photograph: Rick's Bar (seating area) [00448845] |
| 148 | | | | Photograph: Rick's Bar (billiard tables) [00448846] |

US v JOHN NETTLETON                                    Case No 3:19-cr-0001-TJC-PDB

| | | | | |
|---|---|---|---|---|
| **149** | | | | Photograph: Rick's Bar (doorway view from inside) [00448847] |
| **150** | | | | Photograph: Rick's Bar (stage area) [00448848] |
| **151** | | | | Photograph: Rick's Bar (window to outside seating) [00448849] |
| **152** | | | | Photograph: Rick's Bar (restroom) [00448850] |
| **153** | | | | Photograph: Hanger Deck (Bar) [00448851] |
| **154** | | | | Photograph: Hanger Deck (staircase) [00448852] |
| **155** | | | | Photograph: Hanger Deck (doorway) [00448853] |
| **156** | | | | Photograph: Hanger Deck (doorway)[00448854] |
| **157** | | | | Photograph: Hanger Deck (Bar) [00448855] |
| **158** | | | | Photograph: Hanger Deck (Bar) [00448856] |
| **159** | | | | Photograph: Hanger Deck (Bar) [00448857] |
| **160** | | | | Photograph: Hanger Deck (staircase) [00448858] |
| **161** | | | | Photograph: Hanger Deck (exterior) [00448859] |
| **162** | | | | Photograph: Hanger Deck (exterior) [00448860] |
| **163** | | | | Photograph: Hanger Deck (ladies' restroom) [00448861] |
| **164** | | | | Photograph: Hanger Deck (ladies' restroom) [00448862] |

| | | | | |
|---|---|---|---|---|
| **165** | | | | Photograph: Hanger Deck (ladies' restroom) [00448863] |
| **166** | | | | Photograph: Hanger Deck (ladies' restroom) [00448864] |
| **167** | | | | Photograph: Hanger Deck (ladies' restroom) [00448865] |
| **168** | | | | Photograph: Tiki Bar [00448872] |
| **169** | | | | Photograph: Tiki Bar Exterior [00448676] |
| **170** | | | | Photograph: Tiki Bar [00448873] |
| **171** | | | | Photograph: Tiki Bar Patio [00448874] |
| **172** | | | | Photograph: Tiki Bar Patio [00448875] |
| **173** | | | | Photograph: Tiki Bar Patio [00448876] |
| **174** | | | | Photograph: Tiki Bar Patio [00448877] |
| **175** | | | | Photograph of NEX Area [00448780] |
| **176** | | | | Photograph: Deer Point Sign [00448681 |
| **177** | | | | Photograph: Deer Point Road View [00448734] |
| **178** | | | | Photograph: View of Deer Point from Water [00448785] |
| **179** | | | | Photograph: View of Deer Point from Water [00448786] |
| **180** | | | | Photograph of Windward Area [00448787] |

US v JOHN NETTLETON                                    Case No 3:19-cr-0001-TJC-PDB

| | | | | |
|---|---|---|---|---|
| **181** | | | | Photograph: View of Deer Point from Water [00448788] |
| **182** | | | | Photograph: Guantanamo Bay [00448793] |
| **183** | | | | Photograph: View of Deer Point from Water [00448789] |
| **184** | | | | Photograph: View of Deer Point from Water [00448790] |
| **185** | | | | Photograph: View of Deer Point from Water [00448791] |
| **186** | | | | Photograph: View of Deer Point from Water [00448795] |
| **187** | | | | Photograph: View of Deer Point from Water [00448794] |
| **188** | | | | Photograph: Driveway on the Right Side of Captain's House [0448736] |
| **189** | | | | Photograph: Front Facing View of Captain's House [00448737] |
| **190** | | | | Photograph: Front Facing View of Captain's House [00448738] |
| **191** | | | | Photograph: Front Facing View of Captain's House [00448739] |
| **192** | | | | Photograph: Front Facing View of Captain's House [00448740] |
| **193** | | | | Photograph: Side Facing View of Captain's House [00448741] |
| **194** | | | | Photograph: Side Facing View of Captain's House [00448742] |
| **195** | | | | Photograph: View of Entrance to Private Boat Dock [00448743] |

| | | | | |
|---|---|---|---|---|
| **196** | | | | Photograph: Side Facing View of the Captain's House [00448744] |
| **197** | | | | Photograph: View of the Captain's Backyard [00448745] |
| **198** | | | | Photograph: View of the Back of the Captain's House [00448746] |
| **199** | | | | Photograph: View of the Back of the Captain's House [00448747] |
| **200** | | | | Photograph: View of the Back of the Captain's House [00448748] |
| **201** | | | | Photograph: View of the Back of the Captain's House [00448749] |
| **202** | | | | Photograph: View of the Back of the Captain's House [00448750] |
| **203** | | | | Photograph: View of the Back of the Captain's House [00448751] |
| **204** | | | | Photograph: View of the Back of the Captain's House [00448752] |
| **205** | | | | Photograph: View of the Back of the Captain's House [00448753] |
| **206** | | | | Photograph: View of Captain's Backyard  towards 2nd Floor Bedroom [00448754] |
| **207** | | | | Photograph: View of the Back of the Captain's House [00448755] |
| **208** | | | | Photograph: Front Courtyard of Captain's House [00448682] |
| **209** | | | | Photograph: Front Yard of Captain's Residence [00448697] |
| **210** | | | | Photograph: Front of Captain's Residence [00448698] |

| | | | | |
|---|---|---|---|---|
| **211** | | | | Photograph: Exterior of Captain's House [00448683] |
| **212** | | | | Photograph: Entrance to Captain's Private Dock [00448684] |
| **213** | | | | Photograph: Entrance to Captain's Private Dock [00448685] |
| **214** | | | | Photograph: Front yard of Captain's Residence [00448697] |
| **215** | | | | Photograph: Front of Captain's Residence [00448698] |
| **216** | | | | Photograph: Ground to the Left Side of Captain's Boat Dock [00448701] |
| **217** | | | | Photograph: Ground to the Right of Captain's Boat Dock [00448702] |
| **218** | | | | Photograph: Landscape Near Captain's Private Boat Dock [00448705] |
| **219** | | | | Photograph: Path to the Left of Captain's Boat Dock [00448706] |
| **220** | | | | Photograph: Landscape Near Captain's Boat Dock [00448707] |
| **221** | | | | Photograph: Overview of Captain's Boat Dock [00448708] |
| **222** | | | | Photograph: Path to the Left of Captain's Boat Dock [00448709] |
| **223** | | | | Photograph: Overview of Captain's Boat Dock [00448710] |
| **224** | | | | Photograph: Path to the Left of Captain's Boat Dock [00448711] |
| **225** | | | | Photograph: Landscape Near Captain's Boat Dock [00448712] |

US v JOHN NETTLETON                                    Case No 3:19-cr-0001-TJC-PDB

| | | | | |
|---|---|---|---|---|
| **226** | | | | Photograph: Railing on Captain's Boat Dock [00448713] |
| **227** | | | | Photograph: Stairs Leading to path on Captain's Boat Dock [0448714] |
| **228** | | | | Photograph: Railing on Captain's Boat Dock [00448715] |
| **229** | | | | Photograph: Railing on Captain's Boat Dock [00448716] |
| **230** | | | | Photograph: Overview of Captain's Boat Dock [00448717] |
| **231** | | | | Photograph: Overview of Captain's Boat Dock [00448718] |
| **232** | | | | Photograph: Water Bank to the Right of Captain's Boat Dock [00448719] |
| **233** | | | | Photograph: Water Bank to the Left of Captain's Boat Dock [0448720] |
| **234** | | | | Photograph: View from Captain's Boat Dock Facing Towards Bayview [00448721] |
| **235** | | | | Photograph: View from Captain's Boat Dock Facing Towards Bayview [00448722] |
| **236** | | | | Photograph: View from Captain's Boat Dock Facing Towards Bayview [00448723] |
| **237** | | | | Photograph: View from Captain's Boat Dock Facing Towards Deer Point[00448724] |
| **238** | | | | Photograph: Captain's Boat Slip on Dock [00448725] |

US v JOHN NETTLETON                                    Case No 3:19-cr-0001-TJC-PDB

| | | | | |
|---|---|---|---|---|
| **239** | | | | Photograph: Photo inside of Captain's Dock [00448727] |
| **240** | | | | Photograph: Photo inside of Captain's Boat Dock Towards Bayview [00448728] |
| **241** | | | | Photograph: View from Captain's Boat Dock Towards Bayview [00448729] |
| **242** | | | | Photograph: View from Captain's Boat Dock Towards Bayview [00448730] |
| **243** | | | | Photograph: View of Captain's House from dock [00448731] |
| **244** | | | | Photograph: View of Guantanamo Bay from dock [00448732] |
| **245** | | | | Photograph: View from Captain's Boat Dock [00448733] |
| **246** | | | | Photograph: Side Door of Captain's House [00448759] |
| **247** | | | | Photograph: Stairs inside of Captain's House- Side door of Captain's House [0448760] |
| **248** | | | | Photograph: Living Room View Towards Sitting Room [00448761] |
| **249** | | | | Photograph: Side Door Inside of Captain's House [00448762] |
| **250** | | | | Photograph: Stairway Inside Captain's House [00448763] |
| **251** | | | | Photograph: View of Outside from 2nd Floor Window [00448766] |
| **252** | | | | Photograph: Second Floor Stairs Inside of Captain's House [00448768] |

US v JOHN NETTLETON                                        Case No 3:19-cr-0001-TJC-PDB

| 253 | | | | Photograph: Lounging Area Outside of the Captain's House [00448769] |
|-----|--|--|--|--------------------------------------------------------------------------|
| 254 | | | | Photograph: View of Street from the Side of The Captain's House [00448770] |
| 255 | | | | Photograph: Lounging Area Outside of the Captain's House [00448771] |
| 256 | | | | Photograph: View of Street from the Side of The Captain's House [00448772] |
| 257 | | | | Photograph: View of Street from the Side of The Captain's House [00448773] |
| 258 | | | | Photograph: View of Deer Point [00448800] |
| 259 | | | | Photograph: View of Capitan's Boat Dock [00448804] |
| 260 | | | | Photograph: View of Captain's House [00448810] |
| 261 | | | | Photograph: View of Captain's House [00448811] |
| 262 | | | | Photograph: View of Bayview from Water [00448813] |
| 263 | | | | Photograph: View of Bayview Area from Water [00448815] |
| 264 | | | | Photograph: Bayview parking lot at night [00448883] |
| 265 | | | | Photograph: Captain's residence at night [00448880] |
| 266 | | | | Photograph: Panoramic of Nettleton Boat Dock [00448884] |

| | | | | |
|---|---|---|---|---|
| **267** | | | | Photograph: Panoramic of Nettleton Boat Dock [00448885] |
| **268** | | | | Photograph: Captain's Boat Dock [00448886] |
| **269** | | | | Photograph: Captain's Boat Dock [00448887] |
| **270** | | | | Photograph: Captain's Boat Dock [00448888] |
| **271** | | | | Photograph: Captain's Boat Dock [00448889] |
| **272** | | | | Photograph: Captain's Boat Dock [00448890] |
| **273** | | | | Photograph: Captain's Residence [00448891] |
| **274** | | | | Photograph: Captain's Residence [00448892] |
| **275** | | | | Photograph: View of Captain's Residence from water [00448893] |
| **276** | | | | Photograph: View of Captain's Residence from water [00448894] |
| **277** | | | | Photograph: View of Bayview from water [00448895] |
| **278** | | | | Photograph: View of Deer Point from water [00448896] |
| **279** | | | | Photograph: View of Deer Point from water [00448897] |
| **280** | | | | Photograph: View of Captain's Residence from water [00448898] |
| **281** | | | | Photograph: View of  Officers' Landing from water [00448899] |
| **282** | | | | Photograph: View of Captain's boat dock from water [00448900] |

| | | | | |
|---|---|---|---|---|
| **283** | | | | Photograph: View of Captain's house from water [00448901] |
| **284** | | | | Photograph: View of Captain's house from water [00448902] |
| **285** | | | | Reserved |
| **286** | | | | Photograph: Tur Residence Exterior [00448686] |
| **287** | | | | Photograph: Area of Tur Residence [00448687] |
| **288** | | | | Photograph: Area of Tur Residence [00448688] |
| **289** | | | | Photograph: Caribbean Circle Neighborhood/Area of Tur Residence [00448689] |
| **290** | | | | Photograph: Landscape near Caribbean Circle [00448690] |
| **291** | | | | Photograph: Landscape near Caribbean Circle [00448691] |
| **292** | | | | Photograph: View of Airport Area Leeward Side from water [00448821] |
| **293** | | | | Photograph: View of Airport Area Leeward Side from water [00448822] |
| **294** | | | | Photograph: View of Airport Area Leeward Side from water [00448823] |
| **295** | | | | Photograph: View of Airport Area Leeward Side from water [00448824] |
| **296** | | | | Photograph: View of Airport Area Leeward Side from water [00448825] |

US v JOHN NETTLETON                                      Case No 3:19-cr-0001-TJC-PDB

| 297 |  |  |  | Photograph: View of Airport Area Leeward Side from water [00448826] |
| 298 |  |  |  | Photograph: View of Airport Area Leeward Side from water [00448827] |
| 299 |  |  |  | Photograph: View of Airport Area Leeward Side from water [00448828] |
| 300 |  |  |  | Reserve |
| 301 |  |  |  | Photograph: sitting room [00449688] |
| 302 |  |  |  | Photograph: Close up of wall of sitting room [00449690] |
| 303 |  |  |  | Photograph: Close up of wall of sitting room [00449691] |
| 304 |  |  |  | Photograph: Close up of wall of sitting room (with scale) [00449692] |
| 305 |  |  |  | Photograph: Green trunk [00449693] |
| 306 |  |  |  | Photograph: Close up of green trunk [00449694] |
| 307 |  |  |  | Photograph: Side of green trunk [00449695] |
| 308 |  |  |  | Photograph: Close up of side of green trunk [00449696] |
| 309 |  |  |  | Photograph: Close up of suspected blood on floor [00449697] |
| 310 |  |  |  | Photograph: Tile floor [00449698] |
| 311 |  |  |  | Photograph: Side of leaning shelf [00449644] |

US v JOHN NETTLETON                                    Case No 3:19-cr-0001-TJC-PDB

| 312 | | | | Photograph: Bar room (front) [00449645] |
|---|---|---|---|---|
| 313 | | | | Photograph: Bar room (angle) [00449646] |
| 314 | | | | Photograph: Butcher's block [00449647] |
| 315 | | | | Photograph: Close up of Butcher's Block [00449648] |
| 316 | | | | Photograph: Close up of Butcher's block leg (with scale) [00449649] |
| 317 | | | | Photograph: Side of butcher's block [00449650] |
| 318 | | | | Photograph: Close up of butcher's block leg [00449651] |
| 319 | | | | Photograph: Floor below butcher's block [00449652] |
| 320 | | | | Photograph: Dimmer switch [00449653] |
| 321 | | | | Photograph: Dimmer switch close up [00449654] |
| 322 | | | | Photograph: Floor molding [00449655] |
| 323 | | | | Photograph: Dimmer switch close up [00449656] |
| 324 | | | | Photograph: Dimmer switch close up with scale [00449657] |
| 325 | | | | Photograph: Floor below butcher's block [00449658] |
| 326 | | | | Photograph: Leaning shelf [00449659] |
| 327 | | | | Photograph: Doorway from bar room to kitchen [00449683] |

| 328 | | | | Photograph: Kitchen table [00449684] |
|-----|---|---|---|---|
| 329 | | | | Photograph: Close up of kitchen table and chair [00449685] |
| 330 | | | | Photograph: Master bathroom [00449686] |
| 331 | | | | Photograph: Bluestar of master bathroom sink [00449687] |
| 332 | | | | Photograph: Dock right side railing [00449668] |
| 333 | | | | Photograph: Dock right side railings [00449669] |
| 334 | | | | Photograph: Dock right side railing and step [00449670] |
| 335 | | | | Photograph: Steps from dock walkway to gravel path [00449671] |
| 336 | | | | Photograph: Close up of step from walkway to gravel path [00449672] |
| 337 | | | | Photograph: Steps to dock [00449673] |
| 338 | | | | Photograph: Overview of walkway to dock [00449674] |
| 339 | | | | Photograph: Close up of suspected blood with scale [00449675] |
| 340 | | | | Photograph: Door from hallway to exterior [00449676] |
| 341 | | | | Photograph: Close up of suspected blood and scale [00449677] |
| 342 | | | | Photograph: Door between bar and hallway from hallway side [00449678] |

US v JOHN NETTLETON                                      Case No 3:19-cr-0001-TJC-PDB

| | | | | |
|---|---|---|---|---|
| **343** | | | | Photograph: Door between bar and hallway from hallway side [00449679] |
| **344** | | | | Photograph: Midrange of door between bar and hallway from hallway side, showing two suspected bloodstains [00449680] |
| **345** | | | | Photograph: Close up of suspected blood on door between bar and hallway from hallway side showing two suspected bloodstains [00449681] |
| **346** | | | | Photograph: Close up of suspected blood on door between bar and hallway from hallway side showing two suspected blood stains [00449682] |
| **347** | | | | Photograph: Close up of suspected blood on door between bar and hallway from hallway side [00449675] |
| **348** | | | | Photograph: sitting room [00450372] |
| **349** | | | | Photograph: Close up of wall of sitting room [0045373] |
| **350** | | | | Photograph: Close up of wall of sitting room [0045374] |
| **351** | | | | Recorded Interview of Lara Tur [00449929] |
| **352** | | | | Transcript of Recorded Interview of Lara Tur [00449230-00449346] |
| **353** | | | | Recorded Interview Julia Nettleton (with Leslee Nettleton present) [00449929] |

| | | | | |
|---|---|---|---|---|
| **354** | | | | Transcript of Recorded Interview Julia Nettleton (with Leslee Nettleton present) [00449382-00449460] |
| **355** | | | | Recorded Interview of Capt. Nettleton [00449929] |
| **356** | | | | Transcript of Recorded Interview of Capt. Nettleton Interview [00449347-00449381] |
| **357** | | | | 1/11/15 email from XO Ross to J. Crabtree, copying Capt. Nettleton, subject: re: Missing Person Navy Blue (+att.) [00324435-00324437] |
| **358** | | | | 1/11/15 email from Capt. Nettleton to J. Crabtree and XO Ross, subject: OPREP-3NB/NAVSTA GUANTANAMO BAY CU// [00332357- 00332359] |
| **359** | | | | 1/11/15 email from Capt. Nettleton to Adm. Jackson, copying Capt. Gray, XO Ross, and others, subject: Re: Missing Person [00332345- 00332346] |
| **360** | | | | 1/12/15 email from Capt. Gray to Adm. Jackson and others, copying Lt. Cmdr. Antonacci, subject: RE: CCIR: MEDIA INTEREST (CCIR# 3b1) - GUANTANAMO BAY, CUBA (FOUO) [00042122] |
| **361** | | | | 1/12/15 email from P. Bedsole to Adm. Jackson, subject: ACTION: NEED TO TALK TO YOU RE IG HOTLINE COMPLAINT [00042125] |
| **362** | | | | 1/12/15 email from SA Snowdon to Capt. Nettleton, Capt. Gray, SA |

| | | | | |
|---|---|---|---|---|
| | | | | Dunwoodie, and others, copying XO Ross, subject: RE: Transpiration to GITMO for NCIS [00322693- 00322694] |
| **362-A** | | | | 1/12/15 email from Capt. Gray to Adm. Jackson cc: Cwalina re: End of Day [00042121] |
| **363** | | | | 1/12/15 email from SA Snowdon to NCIS Agent Dunwoodie and others forwarding a copy of the Inspector General complaint received on 1/12/15 [00441609- 00441610] |
| **364** | | | | 1/13/15 email from Capt. Eldredge to Adm. Jackson, subject: RE: Guidance [00042108] |
| **365** | | | | 1/13/15 email from SA Snowdon to Adm. Jackson, copying SA Dunwoodie and others, subject: Gitmo Case [00042119] |
| **366** | | | | 1/13/15 email from Capt. Nettleton to Capt. Gray, subject: FW: Update on Guantanamo Bay Loss. [00332457- 00332460] |
| **367** | | | | 1/14/15 email from Adm. Jackson to Adm. Smith, copying Adm. Jackson, Capt. Gray, and others, subject: LES/FOUO: NRSE: Issue at NS Guantanamo Bay [00042097- 00042098] |
| **368** | | | | 1/14/15 email from Adm. Jackson to Adm. Jackson, copying Capt. Gray, subject: RE: Update on Guantanamo Bay Loss. [00042099- 00042101] |
| **369** | | | | 1/14/15 email from Capt. Gray to Adm. Jackson and Cdr. Evans, |

| | | | | |
|---|---|---|---|---|
| | | | | subject: Gitmo travel for Tur Family [00042104] |
| **370** | | | | 1/14/15 email from Capt. Nettleton to Capt. Gray, subject: FW: C-12 Use [00332486] |
| **371** | | | | 1/15/15 email from M. Andrews to Cdr. Snyder and Capt. Eldredge, copying Adm. Jackson, Capt. Gray, and others, subject: Public Affairs: NS Guantanamo Bay - Proposed statement for use in response to query only [00042139] |
| **372** | | | | 1/15/15 email from Cdr. Evans to Adm. Jackson and Capt. Eldredge, subject: RE: GTMO GHOST as discussed [00042140] |
| **373** | | | | 1/15/15 email from Adm. Jackson to Capt. Nettleton and Capt. Gray, copying XO Ross, K. Wirfel, and others, subject: RE: QUERY FROM CAROL ROSENBERG (UNCLASSIFIED) [00042143] |
| **374** | | | | 1/15/15 email from Cdr. Evans to Adm. Jackson and SA Snowdon, copying Capt. Gray and others, subject: RE: Trial Counsel to GTMO [00042166] |
| **375** | | | | 1/15/15 email from Adm. Jackson to Adm. Smith and Capt. Eldredge, copying Adm. Jackson, subject: Follow-up questions [00042170] |
| **376** | | | | 1/15/15 email from SA Snowdon to Adm. Jackson, Capt. Gray, and others, copying various recipients, subject: FW: 15JAN15 Update re V/TUR Investigation [00042177] |

US v JOHN NETTLETON                                   Case No 3:19-cr-0001-TJC-PDB

| | | | | |
|---|---|---|---|---|
| **377** | | | | 1/15/15 email from Capt. Nettleton to Adm. Jackson and Capt. Gray, copying XO Ross, K. Wirfel, and others, subject: RE: QUERY FROM CAROL ROSENBERG (UNCLASSIFIED) [00288605-00288607] |
| **378** | | | | 1/16/15 email from Capt. Gray to SA Snowdon, subject: RE: 15JAN15 Update re V/TUR Investigation [00042172] |
| **379** | | | | 1/16/15 email from Capt. Nettleton to Adm. Jackson, copying Capt. Gray, subject: RE: Checking In [00042176] |
| **380** | | | | 1/16/15 email from Adm. Jackson to Adm. Smith, copying Adm. Jackson, Capt. Gray, and others, subject: Update: FOUO: GTMO Death Investigation of NEX employee [00288640] |
| **381** | | | | 1/17/15 email from Capt. Nettleton to Adm. Jackson, subject: Saturday [00042190] |
| **382** | | | | 1/17/15 email from XO Ross to Adm. Jackson, copying Capt. Nettleton and Capt. Gray, subject: RE: Memorial! [00288578] |
| **383** | | | | 1/20/15 email from Capt. Eldredge to Adm. Jackson, subject: RE: Your call [00042193-00042194] |
| **384** | | | | 1/20/15 email from Capt. Eldredge to Adm. Jackson, subject: RE: Your call [00042195-00042196] |

| 385 | | | | 1/20/15 email from Capt. Eldredge to Adm. Jackson, subject: RE: Your call [00288705-00288708] |
|-----|--|--|--|--|
| 386 | | | | 1/21/15 email from Adm. Jackson to Capt. Nelson, copying Adm. Jackson and others, subject: Update [00042204] |
| 387 | | | | 5/28/15 email from Adm. Jackson to Adm. Smith, copying Adm. Jackson, Capt. Gray, and others, subject: GTMO Death Investigation – Update [00042232] |
| 388 | | | | Jan. 13, 2015 email from Capt. Nettleton to SA Bisesi, subject: FW: Update on Guantanamo Bay Loss [00332447- 00332449] |
| 389 | | | | Alonza Ross 10NOV16 [0445273-00445349] |
| 390 | | | | Christopher Scott Gray 08DEC16 [00445381- 00445451 |
| 391 | | | | Dawnell Pavao 10NOV16 [00445452-00445494] |
| 392 | | | | Eric Bohyer 08DEC16 [00445495 - 00445521] |
| 393 | | | | Jacob Nettleton 22OCT15 [00445556- 00445574] |
| 394 | | | | John Riley Nettleton 22OCT2015 [00445607-00445639] |
| 395 | | | | John Riley Nettleton (2) 11MAY17 [00445575- 00445606] |
| 396 | | | | Julia Nettleton 22OCT15 [00445787- 00445848] |

| | | | | |
|---|---|---|---|---|
| **397** | | | | Julia Nettleton (2) 11MAY17 [00445667- 00445786] |
| **398** | | | | Kelby Brake 22OCT15 [00445849-00445866] |
| **399** | | | | Kelly Wirfel 03DEC15 [00445867-00445927] |
| **400** | | | | Lara Sabonash 14DEC17 [00445928-00446039] |
| **401** | | | | Lara Tur 03DEC15 [00446040-00446130] |
| **402** | | | | Lee Merrill 10NOV16 [00446131-00446150] |
| **403** | | | | Leslee Nettleton 22OCT15 [00446151-00446153] |
| **404** | | | | Leslee Stafford [0446154-00446230] |
| **405** | | | | Madison Tur 22OCT2015 [00446232-00446254] |
| **406** | | | | Paul Tidd 23MAR17 [00446255-00446326] |
| **407** | | | | Randall Barger 23MAR17 [00446327- 00446406] |
| **408** | | | | Savannah Tur 22OCT15 [00446407-00446425] |
| **409** | | | | Susan Merrill 10NOV16 [00446426-00446443] |
| **410** | | | | Tara Culbertson 11MAY17 [00446444-00446505] |
| **411** | | | | Email re: GITMO Talking Points for Phone Call (Adm. Jackson) [00444920] |

US v JOHN NETTLETON                                    Case No 3:19-cr-0001-TJC-PDB

| 412 | | | | Excerpt of Julia Nettleton messages [00445548-00445550] |
|-----|--|--|--|--------------------------------------------------------------|