**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  Case No. 3:19-cr-1-J-32PDB

JOHN R. NETTLETON

---

## NOTICE OF HEARING

**TAKE NOTICE** that this case is hereby **SET** for **HEARING** on **January 3, 2020** at **2:00 PM** before the Honorable Timothy J. Corrigan, United States District Judge, in the United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.[1]  **Defendant's presence is required**.

**DATED** this 23rd day of December, 2019.

                                TIMOTHY J. CORRIGAN
                                United States District Judge

                                By: /s/Jared Burns
                                Jared Burns
                                Law Clerk
                                (904) 549-1300

Copies to:

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices are not generally allowed in the building, counsel are permitted to bring those items with them upon presentation to Court Security Officers of a Florida Bar card or Order of special admission pro hac vice.

2

Counsel of record
U.S. Pretrial Services
U.S. Probation
U.S. Marshals Service
Defendant