UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 3:19-cr-00001-TJC-PDB |
| ) | |
| JOHN R. NETTLETON, ) | |
| ) | |
| Defendant. ) | |

# **STIPULATIONS**

Attached please find copies of the signed stipulations entered into by the parties to date in the above-captioned matter.

    Respectfully submitted,

    */s/ Todd Gee*
    *Counsel for the Government*
    TODD GEE
    Deputy Chief, Public Integrity Section
    Todd.Gee2@usdoj.gov
    PETER M. NOTHSTEIN
    Trial Attorney, Public Integrity Section
    Peter.Nothstein@usdoj.gov
    Criminal Division
    U.S. Department of Justice
    1331 F Street, NW
    3rd Floor
    Washington, DC, 20005
    Telephone:  (202) 514-1412

    DATED:  December 23, 2019

US v. JOHN NETTLETON                                      Case No. 3:19-cr-0001-TJC-PDB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

Dated: December 23, 2019        /s/ Todd Gee
                                Todd Gee, Deputy Chief
                                Peter M. Nothstein, Trial Attorney
                                Public Integrity Section
                                Criminal Division
                                U.S. Department of Justice