UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:19-cr-00001-TJC-PDB

UNITED STATES OF AMERICA,

v.

JOHN R. NETTLETON,
        Defendant.

_____/

## **DEFENDANT'S EXPERT WITNESS LIST**

Defendant JOHN R. NETTLETON, by and through below counsel, states that he may call

the following expert witness at trial:

1. Dr. Kris Sperry

Attached here is a copy of the expert notice previously provided to the Government on or

about July 2, 2019.

Submitted on Dec. 30, 2019, by

s/ Daniel Schwarz
Daniel Schwarz
FBN 84665
245 SE 1st Street, Suite 404
Miami, FL 33131
Phone: 305-900-0481
Fax: 305-503-6973
Daniel@danielschwarzlaw.com

Colby Vokey
Texas Bar No. 24043391
The Law Firm of Colby Vokey PC
6924 Spanky Branch Court
Dallas, TX 75248
Phone: 214-697-0274
Fax: 214-594-9034
Email: vokeylaw@colbyvokey.com

Terence Lenamon
Fla. Bar No. 970476
Terence Lenamon P.A.
245 SE 1st Street, Ste. 404
Miami, FL 33131
Phone: 305-373-9911
Fax: 305-503-6973
Email: terry@lenamonlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on Dec. 30, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, and thereby served on all interested parties.

s/ Daniel Schwarz
Daniel Schwarz

# DANIEL SCHWARZ, P.A.
## Attorney at Law

245 SE 1st Street, Suite 404                           Phone: (305) 557-4671
Miami, Florida 33131                                       Fax: (305) 503-6973

July 2, 2019

VIA EMAIL & US MAIL

U.S. Department of Justice
Todd Gee
Peter Nothstein
Public Integrity Section
Criminal Division
1400 New York Avenue, NW
The Bond Building, 12th Floor
Washington, D.C. 20005
Todd.gee2@usdoj.gov
Peter.nothstein@usdoj.gov

Re:    Case No. 3:19-cr-0001-TJC-PDB
         Defendant John Nettleton's Expert Witness Disclosure

Counsel,

This letter is sent for the purposes of satisfying Defendant John Nettleton's expert disclosure requirements pursuant to Fed. R. Evid. 16.

Defendant intends to call Dr. Kris Sperry, M.D., as an expert witness in his case as an expert in the field of forensic medicine and pathology. Dr. Sperry received his M.D. Degree from the University of Kansas School of Medicine, and he is board certified by the American Board of Pathology in Anatomic Pathology & Clinical Pathology, and in Forensic Pathology. He is the former Chief Medical Examiner for the State of Georgia, Georgia Bureau of Investigation Division of Forensic Sciences, and is presently a consultant in forensic medicine and pathology. Dr. Sperry's *curriculum vitae* is enclosed with this letter, and incorporated herein.

Dr. Sperry is qualified to render opinions concerning Christopher Tur's cause and manner of death. Dr. Sperry will testify regarding his conclusion that the probable cause of Mr. Tur's death is drowning complicated by acute alcohol and fluoxetine intoxication, but that the manner of death is indeterminable because no persons reported seeing Mr. Tur enter the water. Dr. Sperry will explain that Mr. Tur was severely intoxicated at the time of his death, based on the level of

ethanol found in the blood and vitreous fluid. Dr. Sperry will explain that the level of ethanol found in Mr. Tur's body would have rendered him under the influence of alcohol and caused severe impairment, and that the fluoxetine in Mr. Tur's system could have adversely reacted with the alcohol and caused further impairment.

Dr. Sperry will testify that it is impossible to determine the time of Mr. Tur's death due to the decomposition of the body and the effect of it being in the water.

Dr. Sperry will testify that Mr. Tur's physical injuries, including Mr. Tur's rib fractures, scalp hemorrhage, and facial laceration and contusions, did not individually or collectively contribute to Mr. Tur's death. He will explain that none of these injuries suffered by Mr. Tur would have rendered him unconscious. Dr. Sperry's testimony will include an explanation of the effects these injuries would have had on Mr. Tur.

Dr. Sperry will explain that it is possible that the rib injuries caused Mr. Tur little to no physical pain and had minimal to no impact on Mr. Tur's mobility. Dr. Sperry will testify that while Mr. Tur suffered broken ribs prior to death, it is impossible to determine precisely when Mr. Tur sustained the rib injuries.

Dr. Sperry will testify that alcohol adversely affects platelets and other components of the blood-clotting system, which results in abnormal blood clotting and causes a person to bleed more profusely due to the alcohol. Dr. Sperry will testify that Mr. Tur's alcohol consumption contributed to the amount of bleeding that occurred from Mr. Tur's facial laceration. Dr. Sperry will testify that this wound could account for the blood matched to Mr. Tur which was discovered at and near Mr. Nettleton's residence.

Dr. Sperry has not prepared a report in this matter.

Dr. Sperry's testimony will be based on his review of Dr. Christopher Gordon's autopsy report, autopsy photos and diagrams, Dr. George Jackson's toxicology reports, post-mortem photos of Mr. Tur, Dr. Zhongxue Hua's autopsy report, U.S. Naval investigative reports and photographs related to Mr. Tur's death and the investigation into Mr. Nettleton, and Dr. Sperry's knowledge, training, and experience.

s/ Daniel Schwarz

Daniel Schwarz