UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-cr-00001-TJC-PDB |
| | ) | |
| JOHN R. NETTLETON, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONDUCT INTERNET/SOCIAL MEDIA RESEARCH OF JURORS

The United States of America, by and through undersigned counsel, respectfully defers to the Court with respect to the Defendant's Motion to Conduct Internet/Social Media Research of Jurors [Dkt. 74].

Respectfully submitted,

　　/s/ *Peter M. Nothstein*
*Counsel for the Government*
TODD GEE
Deputy Chief, Public Integrity Section
Todd.Gee2@usdoj.gov
PETER M. NOTHSTEIN
Trial Attorney, Public Integrity Section
Peter.Nothstein@usdoj.gov
Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
12th Floor
Washington, DC, 20005
Telephone:  (202) 514-1412

DATED:   December 31, 2019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

Dated: December 31, 2019        /s/ *Peter M. Nothstein*
                                Todd Gee, Deputy Chief
                                Peter M. Nothstein, Trial Attorney
                                Public Integrity Section
                                Criminal Division
                                U.S. Department of Justice