**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                  Case No. 3:19-cr-1-J-32PDB

JOHN R. NETTLETON

---

**O R D E R**

Having received a request by a member of the press, the Court waives the requirements of Administrative Order regarding Photography, Broadcasting, Television and Recording Equipment, Case No.3:13-mc-38, for the limited purpose of allowing any member of the press to enter the courthouse with a laptop computer, tablet, or cellular phone to attend the January 3, 2020 proceedings at 2:00 p.m. in Courtroom 10D. Any member of the press entering the courthouse with a laptop, tablet, or cellular phone must present Court Security Officers with media credentials and a copy of this order. Additionally, Defendant John R. Nettleton is permitted to bring a laptop, tablet, or cell phone into the courthouse. All cell phones must be turned off in the courtroom. Live transmission of any kind from the courtroom while Court is in session is prohibited. The prohibition includes, but is not limited to, texting, emailing, tweeting, blogging, and messaging or posting via social media. In addition, no audio or video recording is allowed in the courthouse at any time.

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of January, 2020.

*Timothy J. Corrigan*

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of Record
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Court Security Officer Division Mgr.
Division Mgr.
Defendant