**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.

JOHN R. NETTLETON

CASE NO. 3:19-cr-1-J-32PDB

Counsel for Government:
Todd Gee
Peter Marshall Nothstein

Counsel for Defendant:
Terence Lenamon

---

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Marielena Diaz

Court Reporter: Shannon Bishop

---

**CLERK'S MINUTES**

**PROCEEDINGS OF:   Pretrial Conference**

- Discussion regarding pretrial matters.
- Counts 6 and 7 of the Indictment are dismissed.
- The Court ruled on motions as stated on the record.

---

**DATE:** January 3, 2020

**TIME:** 2:04 p.m. – 3:31 p.m.