United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.   NO. 3:19-cr-01-J-32PDB

**JOHN R. NETTLETON**

## Clerk's Minutes

| Proceeding | Jury Selection |
|---|---|
| Date | January 6, 2020 |
| Time | 8:30–46 a.m., Recess, 9:39–10:52 a.m., Recess, 11:08 a.m.—12:25 p.m., Recess, 12:35—2:18 p.m., Recess, 2:52—3:20 p.m. |
| Judge | Patricia Barksdale, United States Magistrate Judge |
| Courtroom Deputy | Angela Loeschen, Courtroom Deputy |
| Counsel for Plaintiff | Todd Gee, Esquire<br>Peter Nothstein, Esquire |
| Counsel for Defendant | Colby Vokey, Esquire<br>Terence Lenamon, Esquire<br>Daniel Schwarz, Esquire |
| Court Reporter | Shannon Bishop, Court Reporter |

Outside the presence of the venire, counsel confirmed consent to Judge Barksdale conducting voir dire and discussed preliminary matters.

Ms. Loeschen provided counsel the names of the prospective jurors.

Before the venire, Judge Barksdale provided an overview of the case and posed questions to the prospective jurors, and prospective jurors provided background information about themselves.

Outside the presence of the venire, Judge Barksdale asked the lawyers if they wanted additional questioning. Counsel provided names of prospective jurors to individually question and names of prospective jurors to excuse for cause.

Outside the presence of the entire venire, Judge Barksdale and counsel posed questions to the identified prospective jurors individually. With consent of both sides, Judge Barksdale excused some of the prospective jurors for cause.

2

Outside the presence of the venire, Judge Barksdale heard and ruled on cause challenges by the defense.

Outside the presence of the venire, the parties used their peremptory strikes and selected the jury. The parties confirmed the selected jurors.

Judge Barksdale asked the selected jurors to sit in the jury box and thanked the remainder of the venire for their service.

Judge Barksdale instructed the jurors on logistical matters and prohibitions on outside research, communications about the case, and the like.