**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  Case No. 3:19-cr-1-J-32PDB

JOHN R. NETTLETON

---

## **O R D E R**

On January 3, 2020, the Court, at the Government's request, dismissed Counts Six and Seven of the Indictment. (Doc. 100). As stated on the record during trial on January 13, 2020, the Court hereby constructively amends the Indictment such that Count Eight is now Count Six, Count Nine is now Count Seven, and Count Ten is now Count Eight. The jury instructions and verdict form will reflect the Count numbers as amended.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of January, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of Record
Defendant