UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:19-cr-00001-TJC-PDB

UNITED STATES OF AMERICA,

v.

JOHN R. NETTLETON,
    Defendant.
_____/

### DEFENDANT'S MOTION FOR SPECIAL JURY INSTRUCTION

Defendant JOHN R. NETTLETON, by and through below counsel, files this motion requesting a special jury instruction, and submits that this Court should include the following jury instruction:

The Defendant cannot be found guilty of any count in this case merely for violating any provisions of the Uniform Code of Military Justice, also known as the UCMJ, or for violating any Navy regulations.

The Defendant was under no obligation to report to any person his alleged violations of the UCMJ, including but not limited to adultery, disorderly conduct, or conduct unbecoming of an officer. Admiral Mary Jackson's personal expectations and guidelines cannot create a legal duty for the Defendant to report any of these violations, nor can they create any other legal duty.

Submitted on Jan. 14, 2020, by

s/ Daniel Schwarz
Daniel Schwarz
Fla. Bar No. 84665
245 SE 1st Street, Suite 404

Miami, FL 33131
Phone: 305-900-0481
Fax: 305-503-6973
Daniel@danielschwarzlaw.com

Colby Vokey
The Law Firm of Colby Vokey PC
6924 Spanky Branch Court
Dallas, TX 75248
214-697-0274
Fax: 214-594-9034
Email: vokeylaw@colbyvokey.com

Terence Lenamon
Terence Lenamon P.A.
Ste. 404
245 SE 1st Street
Miami, FL 33131
305-373-9911
Fax: 305-503-6973
Email: terry@lenamonlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on Jan. 14, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, and thereby served on all interested parties.

s/ Daniel Schwarz
Daniel Schwarz