**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA CASE NO. 3:19-cr-1-J-32PDB
v.
JOHN R. NETTLETON

Counsel for Government: Counsel for Defendant:
Todd Gee Terence Lenamon
Peter Marshall Nothstein Colby Vokey
 Daniel Schwarz

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Marielena Diaz Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF:** Status Conference

- Discussion regarding matters.

**DATE:** January 6, 2020 **TIME:** 3:47 p.m. – 4:52 p.m.