**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA                    CASE NO. 3:19-cr-1-J-32PDB
v.
JOHN R. NETTLETON

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Todd Gee | Terence Lenamon |
| Peter Marshall Nothstein | Colby Vokey |
| | Daniel Schwarz |

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Marielena Diaz                    Court Reporter: Shannon Bishop

## CLERK'S MINUTES

**PROCEEDINGS OF JURY TRIAL:**

By agreement of the parties, juror number 9 is now an alternate; and alternate juror number 1 is on the jury.

Rule previously invoked.

Jury sworn. Court gave preliminary instructions to the jury.

Opening statements.

**Government's Exhibits:**  5, 6, 7, 8, 9, 29, 59, 104, 108, 110, 112, 137, 152, 154, 158, 165, 166, 168, 175, 181, 187, 189, 190, 196, 213, 221, 223, 224, 231, 235, 243, 250, 251, 252, 290, 301, 312, 314, 327, 145

**Government's Witnesses:**  Kelly Wirfel, Randall Barger

Jury recessed, to report back at 9:15 a.m. on January 8, 2020.

**DATE:** January 7, 2020                    **TIME:** 9:18 a.m. – 5:08 p.m.
                                                                  (Recess 12:41 p.m. – 1:46 p.m.)