**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA           CASE NO. 3:19-cr-1-J-32PDB
v.
JOHN R. NETTLETON

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Todd Gee | Terence Lenamon |
| Peter Marshall Nothstein | Colby Vokey |
| | Daniel Schwarz |

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Marielena Diaz      Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF JURY TRIAL:**

Trial resumed.

**Government's Exhibits:**     357A, 357, 358, 97, 98, 1, 3

**Court's Exhibits:**     1

**Government's Witnesses:**     Julia Nettleton, Lara Sabanosh, Anthony Thibodeaux, Eric Michael Bohyer, Alonza Ross

Jury recessed, to report back at 9:15 a.m. on January 9, 2020.

**DATE:** January 8, 2020        **TIME:** 9:22 a.m. – 4:56 p.m.
                                                       (Recess 12:23 p.m. – 1:35 p.m.)

Refresher of the charges requested by Jury.
please remind the Jury of the actual charges.