**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA                    CASE NO. 3:19-cr-1-J-32PDB
v.
JOHN R. NETTLETON

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Todd Gee | Terence Lenamon |
| Peter Marshall Nothstein | Colby Vokey |
|  | Daniel Schwarz |

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Marielena Diaz          Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF JURY TRIAL:**

Trial resumed.

**Government's Exhibits:**     359, 362A, 377, 379, 381, 55, 56, 57, 58, 60, 61, 35

**Government's Witnesses:**    Alonza Ross, Christopher Scott Gray, Mary Jackson

Jury recessed, to report back at 9:15 a.m. on January 13, 2020.

**DATE:** January 9, 2020                **TIME:** 9:14 a.m. – 5:16 p.m.
                                         (Recess 12:43 p.m. – 1:52 p.m.)