**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA                    CASE NO. 3:19-cr-1-J-32PDB
v.
JOHN R. NETTLETON

Counsel for Government:                     Counsel for Defendant:
Todd Gee                                    Terence Lenamon
Peter Marshall Nothstein                    Colby Vokey
                                            Daniel Schwarz

---

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Marielena Diaz            Court Reporter: Shannon Bishop

---

### CLERK'S MINUTES

**PROCEEDINGS OF JURY TRIAL:**

Trial resumed.

**Government's Exhibits:**   305, 307, 308, 311, 315, 317, 328, 329, 335, 338, 4, 86, 30, 31, 32, 2

**Government's Witnesses:**   Christopher Gordon, Jason Boswell, Carrie McNamara

Government rests its case.

Jury recessed, to report back at 9:15 a.m. on January 14, 2020.

---

**DATE:** January 13, 2020                  **TIME:** 9:02 a.m. – 2:43 p.m.
                                            (Recess 12:09 p.m. – 1:14 p.m.)