**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA                    CASE NO. 3:19-cr-1-J-32PDB
v.
JOHN R. NETTLETON

Counsel for Government:                     Counsel for Defendant:
Todd Gee                                    Terence Lenamon
Peter Marshall Nothstein                    Colby Vokey
                                            Daniel Schwarz

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Marielena Diaz            Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF JURY TRIAL:**

Trial resumed.

**Defendant's Witnesses:**       Carla Wolfe, John Robert Nettleton

**Defendant's Exhibits:**        41, 42, 45, 47, 53, 57, 58, 41A, 42A, 45A, 47A, 53A, 57A

**Government's Exhibits:**       350

Jury recessed, to report back at 9:15 a.m. on January 15, 2020.

**DATE:** January 14, 2020                  **TIME:** 8:30 a.m. – 5:08 p.m.
                                            (Recess 12:21 p.m. – 1:32 p.m.)