**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA        CASE NO. 3:19-cr-1-J-32PDB
v.
JOHN R. NETTLETON

<u>Counsel for Government</u>:          <u>Counsel for Defendant</u>:
Todd Gee                          Terence Lenamon
Peter Marshall Nothstein          Colby Vokey
                                  Daniel Schwarz

---

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Marielena Diaz        Court Reporter: Shannon Bishop

---

### CLERK'S MINUTES

**PROCEEDINGS OF JURY TRIAL:**

Trial resumed.

Charge Conference.

**Defendant's Witnesses:**        John Robert Nettleton

**Government's Exhibits:**        355, 388

Defendant rests his case.

Closing arguments.

Court's Instructions to Jury.

Jury recessed, to report back at 8:45 a.m. on January 16, 2020.

---

**DATE:** January 15, 2020              **TIME:** 8:33 a.m. – 5:10 p.m.
                                        (Recess 12:12 p.m. – 1:32 p.m.)