**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA          CASE NO. 3:19-cr-1-J-32PDB
v.
JOHN R. NETTLETON

Counsel for Government:          Counsel for Defendant:
Todd Gee                         Terence Lenamon
Peter Marshall Nothstein         Colby Vokey
                                 Daniel Schwarz

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Marielena Diaz          Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF JURY TRIAL:**

Court's Instructions to Jury.

Jury commenced deliberations.

**Court's Exhibits:**          2

Court provided lunch for the 12 deliberating jurors and the 4 alternate jurors who are required to remain in the courthouse until the jury reaches a verdict.

Jury recessed, to report back at 8:45 a.m. on January 17, 2020.

_____
**DATE:** January 16, 2020          **TIME:** 8:57 a.m. – 5:09 p.m.

Question - Clarification

Does official proceedings include investigations by the Federal Government or the Navy?

I assume you are referring to Count 2. Under Count 2, "official proceedings" is defined only as a "Department of the Navy court martial."

Judge Corrigan
1/16/20
2:03 p.m.