UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                 Case No. 3:19-cr-1-J-32PDB

JOHN R. NETTLETON

_____

# VERDICT

1. With regard to <u>Count One</u> of the Indictment (Jury Instruction No. 9), which charges JOHN R. NETTLETON with Obstruction of Justice by knowingly engaging in misleading behavior towards another person with the intent to hinder, delay, or prevent the communication to Federal law enforcement officers of information relating to the commission and possible commission of a Federal offense, we, the Jury, find the Defendant:

   NOT GUILTY _____     GUILTY __✓__

2. With regard to <u>Count Two</u> of the Indictment (Jury Instruction No. 10), which charges JOHN R. NETTLETON with Obstruction of Justice by corruptly obstructing, influencing, or impeding official proceedings, or attempting to do so, we, the Jury, find the Defendant:

   NOT GUILTY _____     GUILTY __✓__

Case 3:19-cr-00001-TJC-PDB Document 127 Filed 01/17/20 Page 2 of 4 PageID 3159

3. With regard to <u>Count Three</u> of the Indictment (Jury Instruction No. 11), which charges JOHN R. NETTLETON with Concealment of Material Facts, we, the Jury, find the Defendant:

    NOT GUILTY _____ GUILTY \_\_✓\_\_

4. With regard to <u>Count Four</u> of the Indictment (Jury Instruction No. 12), which charges JOHN R. NETTLETON with Falsification of Records with regard to the Navy Blue communication sent to Navy officials, we, the Jury, find the Defendant:

    NOT GUILTY \_\_✓\_\_ GUILTY _____

5. With regard to <u>Count Five</u> of the Indictment (Jury Instruction No. 12), which charges JOHN R. NETTLETON with Falsification of Records with regard to emails to Admiral Mary Jackson and Captain Christopher Gray, we, the Jury, find the Defendant:

    NOT GUILTY _____ GUILTY \_\_✓\_\_

6.  With regard to <u>Count Six</u> of the Indictment (Jury Instruction No. 13), which charges JOHN R. NETTLETON with Making a False Statement by stating to Executive Officer Alonza Ross that Christopher Tur did not come to the Defendant's residence on or about January 9, 2015 after the Hail and Farewell party at the Officers Club/Bayview, we, the Jury, find the Defendant:

        NOT GUILTY_____     GUILTY \_\_\_✓\_\_\_\_\_

7.  With regard to <u>Count Seven</u> of the Indictment (Jury Instruction No. 13), which charges JOHN R. NETTLETON with Making a False Statement by stating to Executive Officer Alonza Ross that Christopher Tur had come to the Defendant's residence on or about January 9, 2015, but that he had not come inside, we, the Jury, find the Defendant:

        NOT GUILTY_____     GUILTY \_\_\_✓\_\_\_\_\_

8. With regard to <u>Count Eight</u> of the Indictment (Jury Instruction No. 13), which charges JOHN R. NETTLETON with Making a False Statement by stating to Admiral Mary Jackson and Captain Christopher Gray that the Defendant and Lara Sabonash (formerly Lara Tur) were not having an affair, we, the Jury, find the Defendant:

NOT GUILTY ___✓___     GUILTY _____

SO SAY WE ALL, this 17th day of January, 2020.

_____
FOREPERSON