**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.   Case No. 3:19-cr-1-J-32PDB

JOHN R. NETTLETON

---

## ADJUDICATION OF GUILT AND NOTICE OF SENTENCING

On January 17, 2020, a jury found defendant guilty as to Counts One, Two, Three, Five, Six and Seven (1, 2, 3, 5, 6 & 7) of the Indictment, and not guilty as to Counts Four and Eight (4 & 8) of the Indictment. It is now

**ORDERED AND ADJUDGED:**

Defendant is hereby adjudged guilty of Counts One, Two, Three, Five, Six and Seven (1, 2, 3, 5, 6 & 7) of the Indictment, and not guilty of Counts Four and Eight (4 & 8) of the Indictment. **SENTENCING** for the defendant is scheduled for **April 23, 2020 at 10:00 a.m.,**[1] before the undersigned in the United States Courthouse, Courtroom No. 10D, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.

---

[1] The Court has reserved a full day for this sentencing hearing. Should the parties believe it will require more or less time to complete the sentencing hearing, they should contact the undersigned's courtroom deputy, Marielena Diaz, at (904) 549-1303, as soon as possible to advise of their estimate of the length of time required for this hearing.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR VARIANCE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED **NO LATER THAN APRIL 16, 2020**.

**NOTE: The parties are advised (and should advise their witnesses) that photo identification is required to enter the United States Courthouse. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice.**

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of January, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

md
Copies:
Todd Gee (AUSA)
Peter Marshall Nothstein (AUSA)
Terence Lenamon, Esquire
Colby Vokey, Esquire
Daniel Schwarz, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant