UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-cr-00001-TJC-PDB |
| | ) | |
| JOHN R. NETTLETON, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S UNOPPOSED
MOTION TO CONTINUE SENTENCING**

The United States of America, by and through undersigned counsel, respectfully moves to continue the sentencing in the above-captioned case, which the Court scheduled for April 23, 2020 at 10:00 a.m. Doc. No. 128. The Government makes this request because one of the Government's counsel of record, Mr. Nothstein, is expected to be in trial in another jurisdiction on that date. The Defense has no objection to this request for a continuance.

Furthermore, the parties have conferred and confirmed that all counsel are available for the sentencing on June 15 or June 16, with a preference for the latter, if either of those dates are convenient for the Court. In the event that another date needs to be scheduled, the parties may have trial scheduling issues that would require a conference with the Court to find a convenient date at a later time for the Court and the parties.

WHEREFORE, for the reasons discussed herein, the Government

respectfully moves to continue the sentencing.

                Respectfully submitted,

                */s/ Todd Gee*
                *Counsel for the Government*
                TODD GEE
                Deputy Chief, Public Integrity Section
                Todd.Gee2@usdoj.gov
                PETER M. NOTHSTEIN
                Trial Attorney, Public Integrity Section
                Peter.Nothstein@usdoj.gov
                Criminal Division
                U.S. Department of Justice
                1331 F Street NW, 3rd Floor
                Washington, DC, 20005
                Telephone:   (202) 514-1412

                DATED:   February 5, 2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

Dated: February 5, 2020            */s/ Todd Gee*
                                               Todd Gee, Deputy Chief
                                               Peter M. Nothstein, Trial Attorney
                                               Public Integrity Section
                                               Criminal Division
                                               U.S. Department of Justice