UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-cr-00001-TJC-PDB |
| | ) | |
| JOHN R. NETTLETON, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION OF THE TIME TO FILE ITS RESPONSES TO THE DEFENDANT'S MOTION FOR A JUDGMENT OF ACUITTAL AND MOTION FOR A NEW TRIAL

The United States of America, by and through undersigned counsel, respectfully moves for an extension of the time to file its responses to the Defendant's Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29, Dkt. 129, and a Motion for New Trial Pursuant to Federal Rule of Criminal Procedure 33, Dkt. 130.  The Government has consulted with the Defense and there is no objection to this motion.

The Defendant's motions were filed on January 31, 2020 and the Government's responses are therefore due on February 14, 2020.  *See* Local Rules for the United States District Court for the Middle District of Florida, Rule 3.01(b) (Dec. 1, 2009) (requiring responses to motions to be filed within 14 days).  After reviewing the Defendant's motions, the Government expects that it will need to conduct extensive legal research and a thorough review of the

trial record in order to prepare appropriate responses to the Defendant's arguments. Given that an extension of the time for filing responses will not delay other matters in this case, the Government respectfully requests an additional two weeks to file its responses, which will make them due on February 28, 2020.

WHEREFORE, for the reasons discussed herein, the Government respectfully requests that this motion be granted and the deadline for the Government's responses be rescheduled to February 28, 2020.

                Respectfully submitted,

                  /s/ Todd Gee
                *Counsel for the Government*
                TODD GEE
                Deputy Chief, Public Integrity Section
                Todd.Gee2@usdoj.gov
                PETER M. NOTHSTEIN
                Trial Attorney, Public Integrity Section
                Peter.Nothstein@usdoj.gov
                Criminal Division
                U.S. Department of Justice
                1331 F Street NW, 3rd Floor
                Washington, DC, 20005
                Telephone: (202) 514-1412

DATED: February 6, 2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

Dated: February 6, 2020              /s/ *Todd Gee*
                                                 Todd Gee, Deputy Chief
                                                 Peter M. Nothstein, Trial Attorney
                                                 Public Integrity Section
                                                 Criminal Division
                                                 U.S. Department of Justice