**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.   CASE NO. 3:19-cr-1-J-32PDB

JOHN R. NETTLETON

**ORDER**

This case is before the Court on Government's Unopposed Motion to Continue Sentencing (Doc. 131). The defendant does not oppose the Motion. The Court is reluctant to continue the sentencing, given the interest of justice in getting this case resolved. However, the Court will agree to do so, but will be unlikely to grant any further continuance. Accordingly, it is now

**ORDERED:**

The Motion (Doc. 131) is **GRANTED**. Defendant's sentencing scheduled for April 23, 2020 is <u>rescheduled</u> to **June 16, 2020 at 9:30 a.m.,**[1] before the undersigned in Courtroom No. 10D, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.

---

[1] The Court has reserved a full day for this sentencing hearing. Should the parties believe it will require more or less time to complete the sentencing hearing, they should contact the undersigned's courtroom deputy, Marielena Diaz, at (904) 549-1303, as soon as possible to advise of their estimate of the length of time required for this hearing.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR VARIANCE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED **NO LATER THAN JUNE 8, 2020**.

**NOTE: The parties are advised (and should advise their witnesses) that photo identification is required to enter the United States Courthouse. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice. Cell phones must be turned off while in the courtroom.**

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of February, 2020.

*[signature: Timothy J. Corrigan]*

TIMOTHY J. CORRIGAN
United States District Judge

md
Copies:
Todd Gee (AUSA)
Peter Marshall Nothstein (AUSA)
Terence Lenamon, Esquire
Colby Vokey, Esquire
Daniel Schwarz, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant