UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-cr-00001-TJC-PDB |
| | ) | |
| JOHN R. NETTLETON, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

The United States of America, by and through undersigned counsel, respectfully requests leave to file pleadings in response to the Defendant's Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29, Dkt. 129, and a Motion for New Trial Pursuant to Federal Rule of Criminal Procedure 33, Dkt. 130, which exceed the 20-page limit imposed by Local Rule 3.01(b). The Government has consulted with the Defense and there is no objection to this motion. The grounds for this motion are described in more detail below:

### INCORPORATED MEMORANDUM OF LAW

Pursuant to Local Rule 3.01(b), any party opposing a motion must file a memorandum of legal authorities which may not exceed 20 pages in length. *See* M.D. Fla. L. R. 3.01(b). However, if the need arises, a party may request leave of Court to file a motion exceeding that page limit. *See id*. at 3.01(d).

On January 31, 2020, the Defendant filed two post-trial motions, a Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29, Dkt. 129, and a Motion for New Trial Pursuant to Federal Rule of Criminal Procedure 33, Dkt. 130. Both motions raise complex issues of law and fact. The Government's response to the Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29, Dkt. 129, is approximately 23 pages long. The Government's response to the Motion for New Trial Pursuant to Federal Rule of Criminal Procedure 33, Dkt. 130, is approximately 28 pages long.

Counsel for the Defendant has consented to the Government's responses exceeding the 20-page limit of Local Rule 3.01(b).

Accordingly, pursuant to Local Rule 3.01(d), the Government respectfully requests leave to file responses to the Defendant's motions (Dkt. 129 and 130) which exceed the 20-page limit imposed by Local Rule 3.01(b).

Respectfully submitted,

    /s/ Peter M. Nothstein
*Counsel for the Government*
TODD GEE
Deputy Chief
PETER M. NOTHSTEIN
Senior Litigation Counsel
Public Integrity Section
Criminal Division
U.S. Department of Justice
1331 F Street NW

Washington, DC, 20005
Telephone: (202) 514-1412
Todd.Gee2@usdoj.gov
Peter.Nothstein@usdoj.gov

DATED:   February 27, 2020

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-cr-00001-TJC-PDB |
| | ) | |
| JOHN R. NETTLETON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon the motion of the United States, it is ORDERED that the United States may file a memorandum of law in opposition to the Defendant's pretrial motions, Dkts. 129 and 130, which exceed the 20-page limit imposed by Local Rule 3.01(d).

Entered in Jacksonville, Florida this ___ day of February 2020.

_____
THE HONORABLE TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

Dated: February 27, 2020           */s/ Peter M. Nothstein*
                                             Todd Gee
                                             Deputy Chief
                                             Peter M. Nothstein
                                             Senior Litigation Counsel
                                             Public Integrity Section
                                             Criminal Division
                                             U.S. Department of Justice