UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:19-cr-00001-TJC-PDB |
| | ) | |
| JOHN R. NETTLETON, | ) | |
|     Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**

**TO CONTINUE SENTENCING**

Defendant JOHN R. NETTLETON, by and through below counsel, respectfully moves to continue the sentencing in the above-captioned case, which the Court scheduled for June 16, 2020. The Defendant makes this request because of the current coronavirus threat and potential dangers to trial participants. Furthermore, members of Defendant's defense team and several witnesses have issues known to increase the risk of complications due to COVID-19 infection. The Government has no objection to this request for a continuance.

Furthermore, the parties have conferred and confirmed that all counsel are available for the sentencing on August 17, 18, 20, or 21, with a preference for August 17th.  In the event that another date needs to be scheduled, the parties may have trial scheduling issues that would require a conference with the Court to find an acceptable date at another time.

WHEREFORE, for the reasons discussed herein, the Defendant respectfully moves the Court to continue the sentencing.

1

Submitted on May 15, 2020, by


/s/ Colby C. Vokey
Colby C. Vokey
Texas Bar No. 24043391
The Law Firm of Colby Vokey PC
6924 Spanky Branch Court
Dallas, TX 75248
Phone: 214-697-0274
Fax: 214-594-9034
Email: voketlaw@colbyvokey.com

Daniel Schwarz
FBN 84665
245 SE 1st Street, Suite 404
Miami, FL 33131
Phone: 305-900-0481
Fax: 305-503-6973
Daniel@danielschwarzlaw.com

Terence Lenamon
Fla. Bar No. 970476
Terence Lenamon P.A.
245 SE 1st Street, Ste. 404
Miami, FL 33131
Phone: 305-373-9911
Fax: 305-503-6973
Email: terry@lenamonlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, and thereby served on all interested parties.

s/ Colby C. Vokey
Colby C. Vokey
Counsel for Defendant John R. Nettleton