**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                  CASE NO. 3:19-cr-1-J-32PDB

JOHN R. NETTLETON

_____

**ORDER**

This case is before the Court on Defendant's Unopposed Motion to Continue Sentencing (Doc. 141). The government does not oppose the Motion. Accordingly, it is now

**ORDERED:**

The Motion (Doc. 141) is **GRANTED**. Defendant's sentencing scheduled for June 16, 2020 is <u>rescheduled</u> to **August 13, 2020 at 9:30 a.m.,**[1] before the undersigned in Courtroom No. 10D, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR VARIANCE OR OTHER WRITTEN MATERIAL

---

[1] The Court has reserved a full day for this sentencing hearing. Should the parties believe it will require more or less time to complete the sentencing hearing, they should contact the undersigned's courtroom deputy, Marielena Diaz, at (904) 549-1303, as soon as possible to advise of their estimate of the length of time required for this hearing.

OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED **NO LATER THAN AUGUST 4, 2020**.

**NOTE:** **The parties are advised (and should advise their witnesses) that photo identification is required to enter the United States Courthouse. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice. Cell phones must be turned off while in the courtroom.**

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of May, 2020.

*[signature]*

TIMOTHY J. CORRIGAN
United States District Judge

md
Copies:

Todd Gee (AUSA)
Peter Marshall Nothstein (AUSA)
Terence Lenamon, Esquire
Colby Vokey, Esquire
Daniel Schwarz, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant