UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:19-cr-00001-TJC-PDB

UNITED STATES OF AMERICA,

v.

JOHN R. NETTLETON,
    Defendant.
_____/

## UNOPPOSED MOTION TO TRAVEL FROM JULY 28, 2020 THROUGH AUGUST 3, 2020

Defendant JOHN R. NETTLETON, by and through undersigned counsel, files this unopposed motion requesting permission to travel, and states in support:

1. Defendant is presently on bond, awaiting sentencing before this Court.

2. The terms of Defendant's release require him to remain within the Middle District of Florida.

3. Defendant is seeking permission to travel outside the state of Florida beginning on July 28, 2020, and going through August 3, 2020, in order to attend the wedding of his girlfriend's brother. Defendant's girlfriend's brother is set to get married in the state of Maine at that time.

4. Defendant requests permission to travel via plane from Orlando to Boston, Massachusetts, on July 28, 2020, and then travel by car to Maine that same day.

5. Defendant would then remain in Maine until August 3, 2020, at which point he would drive back to Boston. On August 3, Defendant's flight would depart Boston and stop in Baltimore, Maryland for a brief layover before arriving back in Orlando on that same date.

6. Defendant has provided the flight information to the Government, along with the address where he intends to stay while in Maine.

7. If this Court grants this motion, Defendant can provide the flight and address information to the probation office.

8. Opposing counsel Todd Gee, of the U.S. Dept. of Justice, has stated that the Government does not oppose this motion.

WHEREFORE, Defendant requests permission to travel to and from Maine between July 28, 2020, and August 3, 2020, as stated above.

Submitted on June 26, 2020, by

s/ Daniel Schwarz
Daniel Schwarz
FBN 84665
245 SE 1st Street, Suite 404
Miami, FL 33131
Phone: 305-900-0481
Fax: 305-503-6973
Daniel@danielschwarzlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, and thereby served on all interested parties.

s/ Daniel Schwarz
Daniel Schwarz