United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

v.     No. 3:19-cr-01-J-32PDB

**JOHN NETTLETON,**

    *Defendant.*

---

# Order

Without opposition from the United States or United States Pretrial Services, the defendant asks the Court to modify his release conditions so he can travel for a wedding. Doc. 143 (motion), Doc. 12 (order setting conditions of release). The request is reasonable. The Court **grants** the motion, Doc. 143, and **permits** the defendant to travel as described (fly from Orlando to Boston on July 28, 2020; drive from Boston to Maine that day; drive back to Boston on August 3, 2020; and to fly back to Orlando—with a layover in Baltimore—that day. At least 24 hours before traveling, he must provide Pretrial Services his itinerary. All other release conditions remain in effect.

**Ordered** in Jacksonville, Florida, on June 30, 2020

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:  Counsel of Record
    United States Pretrial Services