**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                                              CASE NO. 3:19-cr-1-J-32PDB

JOHN R. NETTLETON

---

### NOTICE OF TELEPHONE STATUS CONFERENCE

**TAKE NOTICE** that this case is hereby **SET** for a **telephone status conference** before the Honorable Timothy J. Corrigan, United States District Judge, on **July 17, 2020 at 3:00 p.m.**

Counsel for defendant and the United States will appear telephonically. The undersigned Courtroom Deputy will email the call-in information to the parties using the email addresses as listed on the Court's docket for this case. The conference line will be activated at 2:50 p.m. so the hearing can start promptly at 3:00 p.m.

To reduce background audio interference, the parties should not use the speaker function during the call. Further, parties must put their phones on mute when not speaking. Additionally, each party must identify themselves when speaking so the court reporter can accurately report the proceedings.

Members of the public or press who wish to listen to the proceedings may email the undersigned Courtroom Deputy at Marielena_Diaz@flmd.uscourts.gov to receive the call-in information.

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.

2

Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanction deemed necessary by the Court.

**DATED** this 15th day of July, 2020.

**TIMOTHY J. CORRIGAN**
United States District Judge

s/ Marielena Diaz
Courtroom Deputy Clerk

Copies to:
Todd Gee (AUSA)
Peter Marshall Nothstein (AUSA)
Terence Lenamon, Esquire
Colby Vokey, Esquire
Daniel Schwarz, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant