**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:19-cr-1-J-32PDB |
| v. | |
| JOHN R. NETTLETON | |

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Todd Gee | Colby Vokey |
| Peter Marshall Nothstein | Daniel Schwarz |

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Marielena Diaz          Court Reporter: Shannon Bishop

**CLERK'S MINUTES**

**PROCEEDINGS OF: TELEPHONE STATUS CONFERENCE**

Discussion regarding sentencing.

Order to enter.

**DATE:** July 17, 2020          **TIME:** 3:02 p.m. – 3:33 p.m.