**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                         Case No. 3:19-cr-1-J-32PDB

JOHN R. NETTLETON

## O R D E R

On July 17, 2020, the Court held a hearing to discuss sentencing in light of the ongoing pandemic. Currently, the case is set for sentencing on August 13, 2020. The case is of public interest. Additionally, sentencing is expected to involve a number of participants who wish to address the Court in person. At the hearing, the Government stated that it was prepared to proceed in person on the set date, but that it did not oppose moving the date. Defendant wants to proceed with sentencing on the date set, but via videoconference as his lawyers, who do not live locally, are unable to travel due to the pandemic.

The Court has determined that it must move the sentencing date. This is a case in which sentencing should done in person if at all possible. While the Court regrets the further delay, given the realities of the pandemic, it is in the interests of justice to do so.

Accordingly, it is hereby

**ORDERED:**

1. The sentencing in this case is rescheduled to **October 8, 2020 at 9:30 a.m.** before the undersigned in the United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.[1]

2. The final presentence investigation report will be due from the United States Probation Office not later than **August 17, 2020**.

3. The parties sentencing memoranda, exhibits, and any motions for departures or variances are due no later than **September 24, 2020**.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of July, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of Record
Defendant
United States Probation Office (Officer Anderson)
United States Marshal Service

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices are not generally allowed in the building, counsel are permitted to bring those items with them upon presentation to Court Security Officers of a Florida Bar card or Order of special admission pro hac vice.