UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:19-cr-00001-TJC-PDB

UNITED STATES OF AMERICA,

v.

JOHN R. NETTLETON,
     Defendant.

_____/

## UNOPPOSED MOTION TO MODIFY BOND CONDITIONS

Defendant JOHN R. NETTLETON, by and through undersigned counsel, files this unopposed motion requesting for this Court to modify his bond conditions as follows:

1.     Defendant is presently on bond, awaiting sentencing before this Court.

2.     Defendant and his girlfriend have resided together since prior to the indictment in this case. They resided in St. John's County.

3.     On July 31, 2020, Defendant's girlfriend finalized the sale of the house where they were residing (at the time, Defendant and his girlfriend were out of state for a wedding, with permission of this Court).

4.     Defendant and his girlfriend have just recently returned to Florida and moved to East Palatka in Putnam County, approximately 30 minutes south of their prior address.

5.     The new home is still in the Middle District of Florida.

6.     Defendant has already provided his pre-trial/probation officer with the new home address.

7.     Defendant is seeking for this Court to grant a modification of his bond conditions permitting the change of address, so that he can reside at the new home pending sentencing.

1

8.    Opposing counsel Todd Gee, of the U.S. Dept. of Justice, has stated that the Government does not oppose this motion.

WHEREFORE, Defendant requests that this Court grant this motion to modify bond conditions, permitting the change of address as discussed herein.

Submitted on August 3, 2020, by

s/ Daniel Schwarz
Daniel Schwarz
FBN 84665
245 SE 1st Street, Suite 404
Miami, FL 33131
Phone: 305-900-0481
Fax: 305-503-6973
Daniel@danielschwarzlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, and thereby served on all interested parties.

s/ Daniel Schwarz
Daniel Schwarz