United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**,

 *Plaintiff,*

v.                 No. 3:19-cr-01-J-32PDB

**JOHN R. NETTLETON**,

 *Defendant.*

___

## Order

 John Nettleton moves for permission to modify his bond conditions by allowing him to reside in a new home. Doc. 12 (release order), Doc. 152 (motion). He has provided the address of the new home to his Probation and Pretrial Services Officers. The United States has no opposition.

 Considering the circumstances presented in the motion, the modification is warranted. The Court **grants** the motion and permits Mr. Nettleton to reside in the new home. All other conditions remain in effect.

 Ordered in Jacksonville, Florida, on August 14, 2020.

                _____
                  PATRICIA D. BARKSDALE
                  *United States Magistrate Judge*

c: Counsel of Record
  John R. Nettleton