**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA                    CASE NO. 3:19-cr-1-J-32PDB
v.
JOHN R. NETTLETON

Counsel for Government:                     Counsel for Defendant:
Peter Marshall Nothstein                    Colby Vokey
                                            Daniel Schwarz

_____

**HONORABLE TIMOTHY J. CORRIGAN, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Marielena Diaz            Court Reporter: Shannon Bishop

_____

**CLERK'S MINUTES**

**PROCEEDINGS OF: TELEPHONE STATUS CONFERENCE**

Discussion regarding sentencing.

_____
**DATE:** September 23, 2020                **TIME:** 3:35 p.m. – 4:02 p.m.