
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                                  CASE NO. 3:19-cr-1-J-32PDB

JOHN R. NETTLETON

## ORDER

The Court has been informed that defendant is scheduled to self-surrender at FCI Edgefield, South Carolina, on January 18, 2021; however, FCI Edgefield is in COVID-19 lockdown and is not able to accept entry into the facility on the designated date. Accordingly, it is now

**ORDERED:**

The date for defendant to self-surrender as previously designated for the beginning of the service of his sentence is extended to **March 1, 2021**.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of January, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies:
Todd Gee (AUSA)
Peter Marshall Nothstein (AUSA)
Terence Lenamon, Esquire
Colby Vokey, Esquire
Daniel Schwarz, Esquire
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Bureau of Prisons
Defendant